Joseph A. Boyle
Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Attorneys for Defendants
Sprint Nextel Corporation and
Sprint Spectrum L.P.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON and TESSIE ROBB, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL<br><br>Defendants. | Civ. Action No. 2:07-cv-05325-(JLL-ES)<br><br>**DEFENDANTS SPRINT NEXTEL CORPORATION'S AND SPRINT SPECTRUM L.P.'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br><u>**ORAL ARGUMENT REQUESTED**</u><br>(Returnable March 17, 2008) |

TO:   James E. Cecchi
      CARELLA, BYRNE, BAIN,
      GILFILLAN, CECCHI,
      STWEART & OLSTEIN
      5 Becker Farm Road
      Roseland, New Jersey 07068
      Attorneys for Plaintiffs

Jonathan Shub
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Attorneys for Plaintiffs

| | |
|---|---|
| Paul M. Weiss | Eric Stoppenhagen |
| FREED & WEISS LLC | LAW OFFICE OF ERIC |
| 111 West Washington Street | STOPPENHAGEN |
| Suite 1331 | 285 Avenue C, Suite #MB |
| Chicago, Illinois 60602 | New York, New York 10009 |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |

PLEASE TAKE NOTICE that, on March 17, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for defendants Sprint Nextel Corporation and Sprint Spectrum, L.P. (collectively, "Defendants"), shall move before the Honorable Jose L. Linares, United States District Court for the District of New Jersey, at the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order dismissing plaintiffs' complaint with prejudice as it pertains to Defendants pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, in support of its Motion, Defendants will rely upon the accompanying Brief in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument of this motion.

DATED: February 13, 2008

KELLEY DRYE & WARREN LLP

By: _____
Joseph A. Boyle
Lauri A. Mazzuchetti
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
865 South Figuerora Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Attorneys for Defendants
Sprint Nextel Corporation and
Sprint Spectrum L.P