| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, BAIN, GILFILLAN,<br> CECCHI, STEWART & OLSTEIN<br>5 Becker Farm Rd.<br>Roseland, New Jersey 07068<br>(973) 994-1700 | Jonathan Shub<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>(215) 564-2300 |

Paul M. Weiss
George K. Lang
Eric C. Brunick
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, Illinois  60602
(312) 220-0000

Attorneys for Plaintiffs and
Interim Class Counsel

Joseph A. Boyle, Esq.
KELLEY DRYE & WARREN
200 Kimball Drive
Parsippany, New Jersey 07054
Attorneys for Defendants
SPRINT NEXTEL CORPORATION and
SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON and TESSIE ROBB, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL<br><br>          Defendants. | Civil Action No. 07-5325(JLL)<br><br><br><br><br><br>**NOTICE OF JOINT MOTION** |

To:   Hon. Jose L. Linares, U.S.D.J.
      United States District Court
      Martin Luther King Federal Building
      50 Walnut Street
      Newark, New Jersey 07102

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that on Thursday, December 4, 2008, at 11 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs and for Defendants Sprint Nextel Corporation and Sprint Spectrum L.P. d/b/a Sprint Nextel (together "Sprint") shall jointly move before Hon. Jose L. Linares, U.S.D.J. at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey for an Order granting preliminary approval of the settlement between Plaintiffs and Sprint and for leave to file a Second Amended Complaint.

The undersigned intend to rely upon the annexed Stipulation and Settlement Agreement, and exhibits thereto, Declaration of James E. Cecchi and Brief.

The undersigned hereby requests oral argument.

          CARELLA, BYRNE, BAIN, GILFILLAN,
          CECCHI, STEWART & OLSTEIN
          Attorneys for Plaintiffs

          By:   /s/ James E. Cecchi
                JAMES E. CECCHI

          KELLEY DRYE & WARREN
          Attorneys for Defendants
          SPRINT NEXTEL CORPORATION and
          SPRINT SPECTRUM L.P. d/b/a SPRINT
          NEXTEL

          By:   /s/ Joseph A. Boyle
                JOSEPH A. BOYLE

Dated:  December 3, 2008