| | |
|---|---|
| Joseph A. Boyle<br>Lauri A. Mazzuchetti<br>KELLEY DRYE & WARREN LLP<br>200 Kimball Drive<br>Parsippany, New Jersey 07054<br>(973) 503-5900<br><br>Attorneys for Defendants<br>Sprint Nextel Corporation<br>Sprint Spectrum L.P. d/b/a Sprint Nextel<br>and Nextel Finance Company | Dominic Surprenant<br>A. Brooks Gresham<br>QUINN EMANUEL URQUHART<br>OLIVER<br>& HEDGES, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>(213) 443-3000 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>-against-<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY,<br><br>  Defendants. | No. 2:07-cv-05325-JLL-ES<br><br>**NOTICE OF MOTION TO SEAL MATERIALS PURSUANT TO LOCAL RULE 5.3(c)(2)** |

**PLEASE TAKE NOTICE** that Defendants Sprint Nextel Corporation, Sprint Spectrum, L.P. and Nextel Finance Company ("Sprint Nextel") by and through their attorneys, Kelley Drye & Warren LLP and Quinn Emanuel Urquhart Oliver & Hedges, LLP, hereby file the Notice of Motion to Seal

Materials Pursuant to Local Rule 5.3(c)(2), and granting such other and further relief as the Court deems proper and just.

DATED: March 2, 2009  KELLEY DRYE & WARREN LLP

By: *s/ Joseph A. Boyle*
Joseph A. Boyle
200 Kimball Drive
Parsippany, NJ 07054

Dominic Surprenant
A. Brooks Gresham
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Attorneys for Defendants
Sprint Nextel Corporation, Sprint Spectrum
L.P. d/b/a Sprint Nextel,
and Nextel Finance Company