**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Jennifer Sarnelli
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

*DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| JUDY LARSON, et al. | Civil Action No. 07-5325(JLL) |
| Plaintiff, | **NOTICE OF MOTION IN SUPPORT OF JOINT MOTION FOR AWARD OF ATTORNEY'S FEES AND NONTAXABLE COSTS RELATED TO THE *AYYAD*, *ROBERTSON*, *MOLFETAS*, AND *LEE* CASES AND REIMBURSEMENT OF EXPENSES** |
| v. | |
| AT&T MOBILITY LLC, et al | |
| Defendants. | |

**PLEASE TAKE NOTICE** that pursuant to the Preliminary Approval Order dated December 5, 2008, on March 12, 2009 10:00 a.m., or soon thereafter, counsel will move before the Honorable Jose L. Linares, U.S.D.J. at the U.S. District Court, 50 Walnut Street, Newark, New Jersey for an order awarding attorneys' fees and reimbursement of expenses pursuant to Fed. R. 23(h). In support of this motion are the Memorandum of Law in support thereof and the Declarations of all moving counsel. A proposed form of Order is also submitted herewith.

                                                               **LITE DEPALMA GREENBERG & RIVAS, LLC**

Date: March 3, 2009            */s/ Joseph J. DePalma*
                                       JOSEPH J. DEPALMA
                                       Two Gateway Center, 12th Floor
                                       Newark, New Jersey 07102
                                       Tel: (973) 623-3000
                                       Fax: (973) 623-0858

**BRAMSON, PLUTZIK, MAHLER &**
 **BIRKHAEUSER, LLP**
Alan R. Plutzik (pro hac vice)
aplutzik@bramsonplutzik.com
L. Timothy Fisher
ltfisher@bramsonplutzik.com
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

**FRANKLIN & FRANKLIN**
J. David Franklin
jdfranklaw@san.rr.com
550 W "C" St #950
San Diego, CA 92101-8569
Telephone:  (619) 239-6300
Fax:  (619) 239-6363

**COUGHLIN STOIA ROBBINS GELLER**
 **& RUDMAN, LLP**
Jacqueline E. Mottek
jacquim@csgrr.com
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone:  (415) 288-4545
Facsimile:  (415) 288-4534

**LAW OFFICES OF SCOTT A. BURSOR**
Scott A. Bursor (pro hac vice)
scott@bursor.com
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  (212) 989-9113

**FARUQI & FARUQI, LLP**
Adam Gonnelli (pro hac vice)
agonnelli@faruqilaw.com
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone:  (212) 983-9330

201706 v1

**GILMAN AND PASTOR, LLP**
David Pastor
dpastor@gilmanpastor.com
225 Franklin Street, 16th Floor
Boston, MA  02110
Telephone:  (617) 742-9700
Facsimile:  (617) 742-9701

**LAW OFFICES OF ANTHONY A. FERRIGNO**
Anthony A. Ferrigno
A-trust-fraudlaw@msn.com
P.O. Box 5799
San Clemente, CA  92674
Telephone:  (949) 366-9700

**REICH RADCLIFFE, LLP**
Marc G. Reich
mgr@reichradcliffe.com
4675 MacArthur Court, Suite 550
Newport Beach, CA  92660
Telephone:  (949) 975-0512

**CARL HILLIARD, ESQ.**
Carl Hilliard
carl@carlhilliard.com
1246 Stratford Court
Del Mar, CA 92014
Telephone:  (858) 509-2938
Facsimile:  (858) 509-2937

**MAGER & GOLDSTEIN**
Jayne Goldstein
jgoldstein@sfmslaw.com
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: (954) 943-9191
Fax: (954) 943-9173

**CUNEO GILBERT & LADUCA**
Pamela Gilbert
507 C Street, N.E.
Washington, DC 20002
Telephone: (202) 789-3960
Fax: (202) 789-1813

201706 v1