# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY,<br><br>Defendants. | Civil Action No. 07-05325(JLL)<br><br>**ORDER GRANTING REQUEST BY SPRINT NEXTEL CORPORATION AND CLASS COUNSEL TO UTILIZE VISUAL AID AT THE FINAL APPROVAL HEARING** |

Upon the request to utilize visual aid at the Final Approval Hearing ("Hearing") in *Sampang, et al. v. Sprint Nextel, et. al.*, on March 12, 2009, the Court grants permission for Class Counsel and Sprint Nextels' Counsel to use eight (8) to ten (10) 3X4 feet boards at the Hearing.

Dated: March 11, 2009

_____
HON. JOSE L. LINARES, U.S.D.J.

1