NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARSON, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 07-5325 (JLL) |
| AT&T MOBILITY LLC, et al., | : |
| | : **ORDER** |
| Defendants. | : |

**LINARES, District Judge.**

This matter having been opened to the Court upon a joint application by Plaintiff Judy Larson ("Plaintiff" or "Larson") and Defendant Sprint[1] to grant final approval to a class action settlement in this matter; and the Court having considered the briefs from all of the parties, including the many objectors; and the Court having conducted a Fairness Hearing in accordance with Rule 23(e); and for reason set forth in the Opinion dated April 29, 2009; and for good cause shown;

IT IS on this 29th day of April, 2009,

**ORDERED** that final approval to the proposed settlement is **DENIED WITHOUT PREJUDICE**; and

**IT IS FURTHER ORDERED** that Class Counsel and Sprint shall submit a new notice plan to the Court within **21** days of the date of this Order; and

---

[1] "Sprint" is defined as Sprint Nextel Corporation, Sprint Spectrum L.P. d/b/a Sprint Nextel Corporation, and Nextel Finance Company.

**IT IS FURTHER ORDERED** that upon approval of the new notice plan, the Court will set down a date for a new fairness hearing; and

**IT IS FURTHER ORDERED** that because this matter still remains under "preliminary approval" pending re-noticing of the class and a subsequent Fairness Hearing, the injunctions issued by this Court on January 16, 2009 (Docket Entry # 139) are extended until the date on which this Court issues an opinion regarding final approval of the settlement in this matter.

**SO ORDERED.**

Jose L. Linares
United States District Judge