**Object To The Settlement:** *Larson, et al v. Sprint Nextel 2:07-CV-0532*

The Court will hold a Final Approval Hearing, presently scheduled for October 21, 2009, to consider whether to approve the Settlement and the application for attorneys' fees and expenses. To object to the settlement, you or your attorney must file an objection with the Court by no later than **October 7, 2009**. The Court is located at 50 Walnut Street, Newark, New Jersey, and your objection should reference the following case name and docket number: Larson, et al. v. Sprint Nextel Corporation, et al., Civ. Action No. 2:07-cv-05325 (JLL-ES).

You must also send a copy of your objection to Class Counsel at Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, Attn: Sprint ETF Settlement, 5 Becker Farm Road, Roseland, New Jersey 07068, and you or your attorney may appear at the Final Approval Hearing.

For additional information, including the settlement documents, you can contact the Claims Administrator via e-mail at claims@sprintetfsettlement.com. or by calling 1-800-916-6940.

## Objection

I object to the terms of this class action suit. I am currently under a 2 year contract. Since Sprint purchased Nextel, the service has declined. I want to end service on 3 phones I have with Sprint but cannot until 12-10-09.

Why do I have this current 2 year contract? Because I was in a 2 year contract with Nextel "502c" phone which was supposed to get better service immediately after merging. I faced early term fees then and they offered to change my plan because they knew my plan was not functioning as they promised. They had me over a barrel so to speak. I had 2 choices, pay early term fees or add another 2 year contract.

I have 3.5 months left on my contract. Sprint will not prorate my fees and still want to charge me $200 per phone for early termination, even though one customer service rep told me they would prorate it, but the prorated fee was $200? They way I calculate proration, the fee should be 8.33 per month on remaining months. Roughly $30 per phone or $90.00 total, NOT $600.00.

This class action suit is rewarding Sprint. $36.00 toward a $200-250 termination fee? That is a complete insult. I suppose that is all that is left over after the attorneys get their fees.
I understand why Sprint has these early term fees, but the prices they are saying these phones cost to begin with are inflated.

I am a victim of the early term fees and this suit does not help me resolve my issues. I need either forgiveness of the remaining early term fee or truly prorated fees.

Pamela Orbison
304 Forrest Dr.
Salisbury, NC 28147
orbisonp@bellsouth.net

*Pamela Orbison*

304 Forest Dr.
Salisbury, NC 28147

CHARLOTTE NC 282
13 AUG 2009 PM 5 T

US Courts
Civil Court
50 Walnut St.
Newark, NJ 07102-3551

Sprint Nextel Settlement 071024355I