NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| LARSON, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 07-5325 (JLL) |
| AT&T MOBILITY LLC, et al., | : |
| Defendants. | : ORDER |

**LINARES, District Judge.**

Currently pending in this matter is a motion for attorney fees brought by several groups of attorneys involved in the California Sprint litigation (Docket Entry #247). The final fairness hearing in this matter is scheduled for October 21, 2009. On June 2, 2009, this Court issued an Order setting forth a schedule leading up to the October 21, 2009 fairness hearing. (Docket Entry # 344). That schedule includes a date by which Counsel shall file motions for fees. Because the pending motion for fees relates to the first fairness hearing, the Court shall dismiss it without prejudice, and the parties may re-file it, as appropriate, in conjunction with the second fairness hearing.

**IT IS THEREFORE** on this 25th day of August, 2009,

**ORDERED** that the motion for fees (Docket Entry #247) is terminated without prejudice.

**SO ORDERED.**

/s/ Jose L. Linares
United States District Judge