To: The Court
50 Walnut Street
Newark, New Jersey

Case No 2:07-CV-05325-JLL-ES
(USDC, DNJ)

From: Latrell Barfield
P.O. box 1824
Sanford, Fla. 32772
321-262-3255

**RECEIVED**
SEP -8 2009
AT 8:30 _____M
WILLIAM T. WALSH, CLERK

If it is legal to do so.
Latrell Barfield would like to enter an objection to a class action settlement in Case No 2:07-CV-05325-JLL-ES (USDC, DNJ) filed against Sprint.

Latrell Barfield is a Sprint customer and Latrell Barfield suspects Sprint, Nextel and or Sprint Nextel flat rate early termination fee is not illegal and was not illegally charged.

Latrell Barfield
P.O. box 1824
Sanford, Fla. 32772

Latrell Barfield
P.O. box 1824
Sanford, Fla. 32772

2009 SEP -8 P 2:50
RECEIVED CLERK
U.S. DISTRICT COURT

MID FLORIDA FL 327
04 SEP 2009 PM 1 L

The Court
50 Walnut Street
Newark, New Jersey

071 02+3551