September 3, 2009

To The Court Located at
50 Walnut Street,
Newark, New Jersey - ---

I Priscilla Maestas Object
To The settlement on Case No: 2:07-CV-05325-JLL-ES (USDC, DNJ

I Priscilla Maestas do not want To Be part of This class action Suit - Please remove my name - - - -

Thank-you

Priscilla Maestas

And I do not want To Be part of The Settlement - - - - -

Priscilla Maestas

My phone is 619-218-4376
I Am A Sprint customer

U.S. DISTRICT COURT
RECEIVED CLERK

## LEGAL NOTICE

*Judy Larson, et al. v. Sprint Nextel Corp., Sprint Spectrum, L.P. and Nextel Finance Co.,*
Case No.: 2:07-cv-05325-JLL-ES (USDC, DNJ)

THIS NOTICE PROVIDES LIMITED INFORMATION ABOUT A CLASS ACTION SETTLEMENT.

Your rights may be affected by a proposed class action Settlement of claims against Sprint, Nextel and/or Sprint Nextel. The Settlement would resolve lawsuits in which plaintiffs allege that the Sprint, Nextel and/or Sprint Nextel flat rate early termination fee ("ETF") is illegal or was illegally charged. Plaintiffs brought this suit on their own behalf and on behalf of all Sprint, Nextel or Sprint Nextel subscribers who entered into a personal fixed-term subscriber agreement for a Wireless Service Account for personal or mixed business/personal use, with Sprint, Nextel and/or Sprint Nextel between July 1, 1999 and December 31, 2008. Sprint Nextel denies the allegations.

Sprint Nextel has agreed to pay $14 million into a common fund to be distributed pursuant to the Settlement benefit rules set forth in the Settlement Agreement. Sprint Nextel has also agreed to provide qualified Settlement Class Members up to $3.5 million in Non-Cash Benefits. Sprint Nextel has also agreed to not insert a flat-rate ETF provision into its customer service agreements for personal wireless service in the U.S. until January 1, 2011, but may charge a pro-rated ETF during this time period. The Settlement will release all claims that customers may have against Sprint, Nextel and/or Sprint Nextel relating in any way to its flat-rate ETFs and term contracts, and will bar future claims, unless the individual excludes him/herself from the Settlement. To receive a benefit under the Settlement, you must timely complete and submit a Claim Form. You may obtain complete information about the Settlement (including a Long Form Notice) and a Claim Form, and information about deadlines, by visiting www.sprintetfsettlement.com, telephoning 1-800-916-6940, or writing the Sprint ETF Settlement Administrator, c/o Gilardi & Co., PO Box 6002, Larkspur, CA 94977-6002. **This settlement does not apply to Government or Corporate Accounts.**

*Please continue on the opposite side for further information.*

P. Maestas
P.O. Box 23288
San Diego, Calif. 92193

SAN DIEGO CA 920
08 SEP 2020 PM 3 L

The Court
50 Walnut Street
Newark, New Jersey

0710245551