Brian R. Strange
**STRANGE & CARPENTER**
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
310.207.5055

James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**
5 Becker Farm Rd.
Roseland, New Jersey 07068
973.994.1700
*Attorneys for Plaintiffs*

Andrew B. Joseph
Seamus C. Duffy
William M. Connolly
**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florham Park, New Jersey 07932
973.549.7264

*Attorneys for Defendant
AT&T Mobility LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*,<br><br>Defendants. | Civil Action No. 07-05325 (JLL)<br><br><br>**NOTICE OF JOINT MOTION** |

To: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that at such date and time as the Court shall designate, the undersigned counsel for Plaintiffs Barry Hall, Roman Sasik, David Dickey, Steven Wright, Jane Waldmann, Robert Wise, Jackie Thurman, Richard Chisolm, Mary Pitsikoulis, Debra Lively (formerly Debra Lipton), Jacqueline Sims, and Kiisha Orr (collectively "Class Plaintiffs") and Defendant AT&T Mobility, LLC ("ATTM") shall move before Hon. Jose L. Linares, U.S.D.J. at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey 07102 for an

order pursuant to Fed.R.Civ.P. 23: (1) certifying a class action for settlement purposes, (2) granting preliminary approval to a proposed settlement between Class Plaintiffs and ATTM, (3) granting preliminary approval to a proposed plan of allocation of the Settlement Fund, (4) approving the form and manner of notice of the settlement to be disseminated to the members of the settlement classes, and (5) authorizing a proposed schedule for completing the approval process. ATTM consents to the relief sought herein for settlement purposes.

The undersigned intend to rely upon the annexed Memorandum of Law, and Declarations of James E. Cecchi and Brian R. Strange.

The undersigned hereby requests oral argument.

Dated: September 15, 2009

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN,
Attorneys for Plaintiffs

By: /s/
JAMES E. CECCHI

STRANGE & CARPENTER
Attorneys for Plaintiffs

By: /s/
BRIAN R. STRANGE

DRINKER, BIDDLE & REATH
Attorneys for Defendant
AT&T MOBILITY LLC

By: /s/
ANDREW B. JOSEPH