Andrew B. Joseph
Seamus C. Duffy
William M. Connolly
**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florham Park, New Jersey 07932
973.549.7264
*Attorneys for Defendant AT&T Mobility LLC*

Brian R. Strange
**STRANGE & CARPENTER**
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
310.207.5055

James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**
5 Becker Farm Rd.
Roseland, New Jersey 07068
973.994.1700

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, et al., <br><br> Defendants. | Civil Action No. 07-05325 (JLL) <br><br> **DECLARATION OF BRIAN R. STRANGE IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

I, Brian R. Strange, declare under penalty of perjury as follows:

1. I am an attorney in the State of California with offices located at 12100 Wilshire Blvd., Suite 1900, Los Angeles, California 90025.

2. I make this Declaration in support of Plaintiffs' and Defendants' Brief in Support of Motion for Preliminary Approval of Settlement before this Court.

3. I am familiar with the facts, issues and pleadings in this action and represent Plaintiffs Roman Sasik, David Dickey, Steven Wright, Jane Waldmann, Robert Wise, Jackie Thurman, Richard Chisolm, Mary Pitsikoulis, Debra Lively, Jacqueline Sims, and Kiisha Orr. I, along with Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, move to be appointed Class Counsel in connection with this settlement.

4. Strange & Carpenter is qualified, experienced and able to conduct this litigation. Strange & Carpenter specializes in class actions in courts throughout the country, with an emphasis on consumer claims such as those asserted in this case.

5. Strange & Carpenter has extensive experience in class actions and particular expertise with the issues involved herein, including unfair/deceptive practices and consumer claims. Strange & Carpenter has been approved as Class Counsel in numerous federal and state class actions. I have tried cases in Puerto Rico, Florida, California and Hawaii and have obtained verdicts and settlements in excess of $500 million. In addition, Strange & Carpenter has been Class Counsel in numerous class actions representing consumers and entities in a variety of areas, including cases involving investment schemes, financial institutions, insurance companies and drug companies. I have also lectured on class actions before the California State Bar and at mandatory continuing legal education conferences conducted by Practicing Law Institute and the National Business Institute.

6. I am the founding Partner of Strange & Carpenter (formerly Strange & Hoey). Strange & Carpenter was formed in October of 1988 with a commitment to excellence and unsurpassed legal representation. The members were educated at this Nation's top law schools and then combined forces in a small environment which allows superior and responsive service to clients. Strange & Carpenter has substantial expertise in representing plaintiffs in high profile

business cases. The firm was featured as one of the five most successful small firms in California in 1994 by California Law Business. Strange & Carpenter has been at the forefront of several current issues, including the review of class action bans found in arbitration clauses, which was decided in favor of the consumers by the California Supreme Court in <u>Discover Bank v. Superior Court</u>, 36 Cal. 4th 148 (2005). Strange & Carpenter primarily litigates cases in California, but is involved in cases nationwide. Strange & Carpenter has been successful in trying and settling many complex business cases including class actions, as well as investment fraud cases.

7. Strange & Carpenter has also been appointed as settlement Class Counsel in several cases against financial institutions based on credit card practices, including without limitation <u>Boehr v. Bank of America</u>, Case No. CIV-99-2265-PHX-RCB (United States District Court for the District of Arizona); <u>Schwartz, et al. v. Citibank South Dakota, N.A., et al.</u>, Case No. 00-00075 LGB (JWJx) (United States District Court for the Central District of California); <u>Mayemura, et al. v. Chase Manhattan Bank USA, N.A.</u>, Case No. 00-00753 LGB (JWJx) (United States District Court for the Central District of California); <u>Klausner v. First Union Direct Bank, N.A.</u>, Case No. 00-04267 LGB (AJWx) (United States District Court for the Central District of California); <u>Boehr v. American Express</u>, Case Number BC256499 (Los Angeles Superior Court - Complex Division); and <u>Cardenas, et al. v. Chase Manhattan Bank USA, National Association</u>, Case Number 04CC00013 (Orange County Superior Court – Complex Division), among others.

8. In addition to the credit card cases discussed above, Strange & Carpenter has been appointed as Class Counsel in numerous other type of cases, including, without limitation, <u>Simonet, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline</u>, et al., United States District Court – District of Puerto Rico, Case No. 06-1230 (GAG); <u>Benchmark, Inc. v. Payment</u>

Resources International, LLC, Orange County Superior Court – Complex Division, Case No. 07CC01202; Moretti v. Lear Financial, Inc., Los Angeles Superior Court – Complex Division, Case No. BC394027; Talwar v. Creative Labs, Inc., United States District Court for the Central District of California, Case No. CV 05 3375 FMC (AJWx) (certified as a litigation class and then as a nationwide settlement class for unfair and deceptive representations relating to storage and song capacity of MP3 players); MacGregor v. Schering Plough Corporation, Los Angeles Superior Court Case No. BC 248041 (a nationwide settlement for defective asthma inhalers); McKernan v. Black & Decker, Santa Clara Superior Court Case No. CV 772488 (a nationwide settlement for defective windows); Cornwell v. City of Los Angeles, Los Angeles Superior Court Case No. BC 202775 (a certified settlement which stopped the imposition of improper taxes by American Telephone and Telegraph Company on Los Angeles residences); In re Citi Equity Group, Inc., United States District Court MDL docket number 1082 (a nationwide class action which, under certified settlements, returned millions of dollars to investors); Carmel v. Glickman, Los Angeles Superior Court Case No. BC 090898 (a certified class action regarding the collapse of an investment company); Blake H. Brown, Inc. v. Fremont Compensation Insurance Company, Los Angeles Superior Court Case No. BC 180443 (a certified class action which resulted in millions of dollars for settlement class members for being overcharged for insurance), among others.

9. Attached hereto as Exhibit 1 is a true and correct photocopy of the Stipulation and Settlement Agreement.

10. Attached hereto as Exhibit 2 is Strange & Carpenter's Firm Resume.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 15, 2009

_____
Brian R. Strange