# EXHIBIT 2

**STRANGE & CARPENTER**
ATTORNEYS AT LAW
12100 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90025
TELEPHONE (310) 207-5055
FACSIMILE (310) 826-3210

FILE NO. _____

lacounsel@earthlink.net
www.strangeandcarpenter.com

# FIRM RESUME

Strange & Carpenter (formerly Strange & Hoey) was formed in October of 1988 with a commitment to excellence and unsurpassed legal representation. The members were educated at this Nation's top law schools then combined forces in a small environment which allows superior and responsive service to clients.

The firm specializes in complex class actions, with an emphasis on consumer protection. The firm also has substantial expertise in representing plaintiffs in high profile business cases. The firm was featured as one of the five most successful small firms in California in 1994 by California Law Business. In the last two years, Strange & Carpenter's settlements in various cases are in excess of $100 million. In addition, Strange & Carpenter has been at the forefront of several current issues, including the review of class action bans found in arbitration clauses. The issue was decided in favor of consumers by the California Supreme Court in <u>Discover Bank v. Superior Court</u>, 36 Cal. 4th 148, 30 Cal. Rptr. 3d 76 (2005).

The following are some of the class action settlements in which the firm has served as lead counsel over the last several years: <u>Simonet, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, et al.</u>, United States District Court - District of Puerto Rico, Case No. 06-1230 (GAG); <u>Carpenters and Joiners Welfare Fund, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline, et al.</u>, United States District Court - District of Minnesota, Case No. CV 04-3500 MJD/SRN; <u>MacGregor v. Schering-Plough Corporation</u>, Los Angeles Superior Court Case No. BC 24804; <u>Schwartz, et al. v. Citibank (South Dakota), N.A., et al.</u>, United States District Court for the Central District of California Case No. 00-00075 LGB (JWJx) (settled for $36 million); <u>Mayemura, et al. v. Chase Manhattan Bank</u>, United States District Court for the Central District of California Case No. 00-00753 LGB (JWJx) (settled for $22.5 million); <u>Blake H. Brown v. Fremont Compensation Insurance Company</u>, Los Angeles Superior Court Case No. BC 180443 (settled for $25 million); <u>Edelist v. First USA, N.A.</u>, Case No. 02CC00294 (settled for $57 million); and <u>Shea v. Household Bank (SB), National Association</u>, Case No. 00CC12588 (settled for $34.9 million).

Strange & Carpenter selectively monitors and chooses its cases and clientele in order to provide the highest quality work and immediate attention to the needs of its clients. The firm utilizes paralegals and law clerks as well as computerized legal research and document control, which enables its lawyers to effectively manage large cases and the needs of its clientele.

The following is a biographical sketch of the some of the members of Strange & Carpenter.

**Brian R. Strange**

Brian R. Strange is an experienced and respected trial lawyer and litigation strategist and has lectured on class actions before various organizations, including the California State Bar and the Practicing Law Institute. Mr. Strange has been involved in such noted litigation as the MGM Grand Hotel fire litigation; the "Crandall" gem case; the San Juan Dupont Plaza Hotel fire litigation in Puerto Rico; litigation arising out of the Iran-Contra scandal; and numerous consumer class actions against various banks and insurance companies, among others. The San Juan Dupont Plaza Hotel fire litigation has been described as the largest mass disaster case ever tried. See In re Allied Signal, Inc. 891 F.2d 967, 968 (1st Cir. 1989), cert. denied sub. nom., ACW Airwall, Inc. v. U.S. District Court for Puerto Rico, 495 U.S. 957 (1990). Trial victories include a $160 million judgment against the principals of an investment scam in a case tried in Los Angeles Superior Court in 1991. In February 1993, Mr. Strange obtained a $21 million punitive damage verdict against First State Insurance Company, reportedly one of the largest verdicts in California in 1993. In May 1993, Mr. Strange obtained the first punitive damage verdict in 17 years in a courtroom in Santa Barbara on behalf of a homeless family. Since 2000, Mr. Strange acted as lead counsel in several class action cases with settlements obtained in excess of $300 million, including settlements with the nation's largest banks and pharmaceutical companies.

Mr. Strange has lectured on class actions before the California State Bar, the Practicing Law Institute and other organizations. Mr. Strange received his Bachelor of Arts in Economics from the University of California at Los Angeles and his law degree from the University of California, Hastings College of Law, where he was a David Snodgrass Moot Court winner. Mr. Strange is admitted to practice before the United States Supreme Court, all courts in the State of California, and numerous federal courts throughout the country, including several Courts of Appeals. Mr. Strange authored "Municipalities: Welcome to the Antitrust Restraints of the Free Market," Century City Bar Journal, Spring, 1982.

**Gretchen Carpenter**

Gretchen Carpenter is a partner of Strange & Carpenter. She received her Bachelor of Arts in Political Science and Theatre, cum laude, from the University of California at San Diego, where she was a member of Phi Beta Kappa. Ms. Carpenter received her law degree from UCLA School of Law, where she was an editor of the Women's Law Journal. She is admitted to practice before all courts in the State of California and several federal courts throughout the country, including several Courts of Appeals.

Ms. Carpenter is an experienced class action litigator, having been successful in helping analyze, draft and argue numerous class certification and other complex motions.

Ms. Carpenter's victories include <u>Griggs, et al. v. Pace American Group, Inc., et al.</u>, District of Arizona Case No. CIV-96-277-TUC-RHW, where the court held in favor of Strange & Carpenter's clients on a securities law class action and <u>Egerstrom v. Topa Insurance Company</u>, Los Angeles Superior Court Case No. BC 099052, where the court reversed a ruling in favor of Strange & Carpenter's client with respect to an insurance dispute. Ms. Carpenter has extensive knowledge of Rule 23 procedures and her superior drafting and analytical skills have earned her a position as a named partner in Strange & Carpenter.

**Tamina Madsen**

Tamina Madsen is an associate of Strange & Carpenter. She received her Bachelor of Arts in Rhetoric, with a Distinction in General Scholarship, from the University of California at Berkeley. Ms. Madsen received her law degree from UCLA School of Law, where she was Director of Development of the Women's Law Journal and Vice Magister of Phi Delta Phi. She is admitted to practice before all courts in the State of California, the United States District Court for the Central District of California, and the Ninth Circuit Court of Appeals.

**John Ohanesian**

John Ohanesian is an associate of Strange & Carpenter. He received his Bachelor of Arts in Latin, *magna cum laude*, from Loyola Marymount University. Mr. Ohanesian received his law degree from Loyola Law School, where he was Senior Production Editor of the Loyola of Los Angeles International and Comparative Law Review and a member of the Saint Thomas More Law Honor Society. While at Loyola, Mr. Ohanesian was the recipient of a Faculty Academic Honors Scholarship, as well as First Honors awards for receiving the highest grades in International Law, Income Taxation, and Tax-Exempt Organizations.

**Jill Hood**

Jill Hood is a paralegal of Strange & Carpenter. She received her Associate of Science and Bachelor of Science degrees in Paralegal from the University of La Verne, where she served as Secretary to the Paralegal Association. Ms. Hood has been with Strange & Carpenter since 1997 and has many years of experience in complex litigation matters. Ms. Hood has extensive experience involving preliminary and final approval of class action settlements, including claim administration and distribution processes. Ms. Hood has extensive experience handling settlement classes consisting of multi-millions of members. Ms. Hood also has extensive experience in investigating claims and corporate wrongdoing.