Brian R. Strange
Gretchen Carpenter
**STRANGE & CARPENTER**
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
310.207.5055

James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**
5 Becker Farm Rd.
Roseland, New Jersey 07068
973.994.1700
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BARRY HALL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*, <br><br> Defendants. | Civil Action No. 07-05325 (JLL) <br><br><br> **DECLARATION OF JAMES E. CECCHI** |

JAMES E. CECCHI, of full age, hereby declares under penalty of perjury as follows:

1.     I am an attorney licensed to practice in New Jersey and am a member of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, co-counsel for Plaintiffs. In such capacity, I am fully familiar with the facts contained herein.

2.     Annexed hereto as Exhibit A is the firm resume of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein.  Our firm resume sets forth the firm's experience generally, and, in particular with respect to class action litigation such as the captioned matter.

I hereby declare under penalty of perjury that the foregoing is true and correct.


                                                        /s/ James E. Cecchi
                                                        JAMES E. CECCHI

Dated: September 15, 2009