DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone (973) 360-1100
Facsimile (973) 360-9831

*Attorneys for Defendant AT&T Mobility LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, et al., | Civil Action No. 07-5325 (JLL-ES) |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE** |
| AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, et al., | **Document electronically filed** |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned attorney appears in the above-captioned action as counsel for Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC ("AT&T Mobility").

DRINKER BIDDLE & REATH LLP

Attorneys for Defendant
AT&T Mobility LLC

By: _____
William M. Connolly
william.connolly@dbr.com

Dated: September 17, 2009