07-5325

RECEIVED CLERK
U.S. DISTRICT COURT

2009 SEP 25 P 2: 21

9/21/09

The Court
50 Walnut St
Newark, New Jersey, and

Sprint ETF
Settlement Administrator
C/o Gilardi & Co.
P.O. Box 6002
Larkspur, Ca. 94977-6002

To whom It may concern!

Please exclude myself from this settlement, and consider this as my objection with the Courts.

Sincerely,
Nilam V. Wade

9999 Biltmore Park Dr. #105  
Orlando, FL 32835

RECEIVED CLERK  
U.S. DISTRICT COURT  
2009 SEP 25 P 2:21

The Courts  
50 Walnut St.  
Newark, New Jersey