James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Stephen A. Weiss
Jonathan Shub
SEEGER WEISS LLP
One William Street
New York, New York 10004
(212) 584-0700

Class Counsel

Joseph A. Boyle
Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

Paul M. Weiss
George K. Lang
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
(312) 220-0000

Dominic Surprenant
A. Brooks Gresham
QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Attorneys for Defendants
SPRINT NEXTEL CORPORATION
SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL
and NEXTEL FINANCE COMPANY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUDY LARSON, et al.<br>              Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY<br><br>              Defendants. | Civil Action No. 07-05325(JLL)<br><br>**JOINT STIPULATION REGARDING THE CY PRES TERMS OF <u>SETTLEMENT AGREEMENT</u>** |

Counsel for the Class and for defendants Sprint Nextel Corporation, Sprint Spectrum L.P. d/b/a Sprint Nextel and Nextel Finance Company (together "Sprint"), hereby stipulate as follows to clarify certain terms of the Settlement Agreement:

1. On page 28 of the Court's Opinion entered on the docket on April 30, 2009 (Docket No. 321), the Court addressed the *cy pres* provision of the Settlement Agreement. In order to avoid any uncertainty relating to the *cy pres* provision, Class Counsel and Sprint state as follows.

2. The parties agree, subject to the Court's discretion and approval, that if any money remains in the Common Fund after the expiration of the Claim Period, that money would be used: (a) to purchase prepaid long distance calling cards to be donated to a charitable organization or for a charitable purpose (since the Settlement Agreement was first signed, the parties have agreed that these prepaid calling cards would be donated to the U.S. Military for use by members of the armed forces and their families); or (b) in any other appropriate manner the Court directs. It is not the intent of the parties that this *cy pres* provision would work as a reverter or result in any portion of the Common Fund being returned to Sprint.

3. This is the position which was explained to the Court at the first final approval hearing (*see* Tr. 3/17/09, p. 51, l. 23 to p. 53, l. 6).

| | |
|---|---|
| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, Co-Class Counsel | KELLEY DRYE & WARREN LLP Attorneys for Defendants SPRINT NEXTEL CORPORATION, SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL, and NEXTEL FINANCE COMPANY |
| By: /s James E. Cecchi<br>     JAMES E. CECCHI | |
| | By: /s Joseph A. Boyle<br>     JOSEPH A. BOYLE |