**PINILISHALPERN, LLP**
William J. Pinilis
237 South Street
Morristown, NJ 07960
Telephone: (973) 401-1111
Facsimile: (973) 401-1114
wpinilis@consumerfraudlawyer.com

**LAW OFFICES OF SCOTT A. BURSOR**
Scott A. Bursor
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
scott@bursor.com

*Counsel To Objectors Lina Galleguillos, Michael Moore, and Antranick Harrentsian*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY <br><br><br> Defendants, | Civ. Act. No. 07-5325 (JLL) <br><br> **NOTICE OF MOTION AND MOTION TO SEAL GALLEGUILLOS *et al.* OBJECTIONS TO THE PROPOSED SETTLEMENT** |

**PLEASE TAKE NOTICE THAT** objectors Lina Galleguillos, Michael Moore, and Antranick Harrentsian (hereafter, Galleguillos, *et al.*) hereby move to seal the Galleguillos *et al.* Objections To The Proposed Settlement and Appendices thereto, and the Supplemental Declaration of Scott A. Bursor and exhibits thereto, pursuant to Local Rule 5.3(c)(2). The grounds for such motion are that these documents include and refer to information which Sprint has designated confidential pursuant to a protective order entered in this action.

Dated: October 7, 2009.  Respectfully submitted,

**PINLISHALPERN, LLP**

By: */s/ Willilam J. Pinilis*

William J. Pinilis
237 South Street
Morristown, NJ 07960
Telephone: (973) 401-1111
Facsimile: (973) 401-1114
wpinilis@consumerfraudlawyer.com

**LAW OFFICES OF SCOTT A. BURSOR**
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone: (212) 989-9113
Fax: (212) 989-9163
scott@bursor.com

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
Anthony Vozzolo
369 Lexington Ave., 10th Floor
New York, NY 10017-6531
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
nfaruqi@faruqilaw.com
avozzolo@faruqilaw.com

**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Alan R. Plutzik (*pro hac vice*)
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
ltfisher@bramsonplutzik.com

*Counsel To Objectors Lina Galleguillos, Michael Moore, and Antranick Harrentsian*