Mark Berard
**DURKIN & DURKIN, LLP**
1120 Bloomfield Avenue
West Caldwell, NJ 07007
Telephone: (973) 244-9969
Facsimile: (973) 244-9955
mberard@durkinlawfirm.com

Daniel F. Johnson, Washington SBN 27848
**BRESKIN JOHNSON & TOWNSEND, PLLC**
1111 Third Avenue, Suite 2230
Seattle, Washington 98101
Telephone: (206) 652-8660
Facsimile: (206) 652-8290
djohnson@bjtlegal.com
*Admitted pro hac vice*

Counsel for Dean Short

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and SPRINT NEXTEL FINANCE COMPANY,<br><br>                Defendants. | Civil Action No. 07-05325 (JLL)<br><br>OBJECTOR DEAN SHORT'S <u>RENEWED</u> OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT |

Objector Dean Short hereby renews his objections to the proposed Settlement because Plaintiffs and their counsel purport to release claims against Sprint that they do not have, did not litigate, and did not and cannot settle, and which do not share the same factual predicate with the claims they brought in the case. Please see Mr. Short's

1

previous objection (docket nos. 181 and 270-2) and the brief of the Minnesota Attorney General (docket no. 275).

DATED: October 6, 2009.

BRESKIN JOHNSON & TOWNSEND PLLC


By /s/ Daniel F,. Johnson
    Daniel F. Johnson

Daniel F. Johnson, Wash. SBN 27848
1111 Third Avenue, Suite 2230
Seattle, Washington 98101
Telephone: (206) 652-8660
Facsimile: (206) 652-8290
djohnson@bjtlegal.com

Attorneys for Dean Short