STRANGE & CARPENTER
ATTORNEYS AT LAW
12100 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90025
TELEPHONE (310) 207-5055
FACSIMILE (310) 826-3210

FILE NO. _____

lacounsel@earthlink.net
www.strangeandcarpenter.com

October 8, 2009

**VIA ECF FILING AND U.S. MAIL**

Hon. Jose L. Linares
United States District Court for the District of New Jersey
Courtroom MLK 5D
50 Walnut Street
Newark, NJ 07101

    Re:    **Judy Larson, et al. v. AT&T Mobility LLC, et al.
Civ. Action No. 2:07-cv-05325 (JLL-ES)**

Dear Judge Linares:

    Objectors Chad Garner and Thomas Lambert hereby withdrawal their objections to the Sprint Nextel Corporation, Sprint Spectrum L.P. d/b/a Sprint Nextel and Nextel Finance Company (together "Sprint") settlement.

                      Respectfully submitted,

                      STRANGE & CARPENTER

                      Brian R. Strange

/jh
cc:    ECF service list