# ANITA C. LEVINE
340 15TH St. N.W.
Canton Ohio 44703

October 7, 2009

Clerk
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

RE: Larson v. Sprint Nextel; No. 07-5325 (JLL)

Dear Clerk:

Please file this document as if it were a more formal pleading in the captioned matter.

Please be advised that I hereby re-allege and re-state the objections that were previously filed by my attorneys on behalf.

I have sent copies of this letter to counsel for the Class and counsel for Sprint.

Thank You,

*Anita Levine*
Anita Levine

CC:
James E. Cecchi, Esq.
Carella Byrne Bain Gilfillan Cecchi Stewart
5 Becker Farm Rd.
Roseland, NJ 07068

Joseph A. Boyle, Esq.
Kelley Drye & Warren LLP
200 Kimball Dr.
Parsippany, NJ 07504
200 Kimball Dr.
Parsippany, NJ 07504

RECEIVED
OCT - 9 2009
AT 8:30_____M
WILLIAM T. WALSH, CLERK

0710243570

Clerk
MARTIN LUTHER KING BLDG.
& US COURTHOUSE
50 Walnut Street, Rm. 4015
Newark, NJ 07101