To whom it may concern,

       I choose to object to the sprint settlement, and would like to be taken off the settlement list. I have been a sprint customer for probably five years now. I have a child and need a cell phone with decent coverage and sprint, at the time of my renewal of contracts, was one of the only companies with the lowest rates, even though they weren't that much lower. Sprint within this settlement claims still no responsibility for their actions and maintain no wrong doing. This is a problem for me along with the fact that after the term of this settlement they are allowed to go right back and keep on doing whatever they wish to. Unfortunately this has become a country on which greed prevails. Big corporations are allowed to charge whatever they want without many caps or penalties and it's just plain wrong. We, the people, are the ones who keep these businesses afloat; we are the ones that pay them so really if you think about it, they work for us.  Yet they are ones looking for any way possible to get over on us, the American people. Sometimes we are forced into using these companies for a multitude of reasons and so it just continues. We work hard for our money and these days, more than ever, have to penny pinch sometimes just to get food on the table for our kids, yet all across the board the higher ups are still living comfy lives looking for ways to rip us off. The actions that sprint has taken along with many companies, is illegal. They can say that they have done nothing wrong in the matter, but if that were really the case they would not be settling. It is time for the greed and dishonesty in this country to stop and for people to be held accountable for what they do to others. I have not had to pay an etf but it is in my contract and many times I wanted out but was bound in until the contract was over. Unfortunately most of the time your phone dies after a year and a half and your contract is a two year term, the only way to get a deal on a phone is to do it when you have an upgrade available that saves you money, laugh, and of course your upgrade is always there for you a little after a year and only lasts for a couple months, then you're roped into automatically having another two year contract with your upgrade. See all the sneaky little tricks. If I am included in one this settlement that means that never again in my life can I dispute any of this, even though it should be disputed. I do not wish to be a part of this settlement in the least.

Sincerely,

*Danielle M. Koenig* (signature)

Danielle M. Koenig

Ms Danielle Koenig
4393 Cahill Dr
Troy MI 48098-4488



DETROIT MI 482
07 OCT 2009 PM 1 T

United States District Court for the district
of New Jersey
50 Walnut St
Newark NJ 07101