**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Jennifer Sarnelli
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@ldgrlaw.com
jsarnelli@ldgrlaw.com

*Objectors' Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br>                    Defendants. | Civil Action No. 07-5325 (JLL)<br><br>**NOTICE OF MOTION IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br><u>Return Date: October 21, 2009</u> |

**PLEASE TAKE NOTICE** that pursuant to this Court's Order dated June 2, 2009, on October 21, 2009 10:00 a.m., or soon thereafter, counsel will move before the Honorable Jose L. Linares, U.S.D.J. at the U.S. District Court, 50 Walnut Street, Newark, New Jersey for an order awarding attorneys' fees and

220284 v1

reimbursement of expenses. In support of this motion are the Memorandum of Law and the Declaration of Joseph J. DePalma. A proposed form of Order is also submitted herewith.

Date: October 14, 2009

        **LITE DEPALMA GREENBERG & RIVAS, LLC**

        /s/ *Joseph J. DePalma*
        JOSEPH J. DEPALMA
        Two Gateway Center, 12th Floor
        Newark, New Jersey 07102
        Tel: (973) 623-3000
        Fax: (973) 623-0858