**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Jennifer Sarnelli
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@ldgrlaw.com
jsarnelli@ldgrlaw.com

*Objectors Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br>        Defendants. | Civil Action No. 07-5325 (JLL)<br><br>**PROPOSED ORDER FOR AWARD OF ATTORNEYS' FEES AND EXPENSES** |

  **THIS MATTER** having come before the court upon the motion of counsel for an Order approving attorneys' fees and reimbursement of expenses and the Court having reviewed the submissions of counsel,

220283 v1

IT IS on this _____ day of _____, 2009

**ORDERED** that movants are awarded payment of attorneys' fees in the amount of _____, and it is

**FURTHER ORDERED** that movants are awarded reimbursement of expenses in the amount of _____.

_____
Honorable Jose L. Linares, U.S.D.J.