**LITE DEPALMA GREENBERG & RIVAS, LLC**
Joseph J. DePalma
Jennifer Sarnelli
Two Gateway Center – 12th Floor
Newark, NJ 07102
(973) 623-3000 (tel)
(973) 623-0858 (fax)
jdepalma@ldgrlaw.com
jsarnelli@ldgrlaw.com

*Objectors' Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br>      Defendants. | Civil Action No. 07-5325 (JLL)<br><br>CERTIFICATE OF SERVICE |

**Carla DaSilva**, of full age, hereby certifies:

  I am a legal assistant with the law firm of Lite DePalma Greenberg & Rivas, LLC, objectors' counsel.

220313 v1

On this day, the following documents were served via electronic mail upon all counsel via the ECF System:

1. Objectors' Notice of Motion in Support of Motion for Award of Attorneys' Fees and Reimbursement of Expenses;

2. Declaration of Joseph J. DePalma with Exhibits;

3. Memorandum of Law in Support of Motion for Attorneys' Fees and Expenses;

4. Proposed Form of Order; and

5. Certificate of Service.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                                           Carla DaSilva

Dated: October 14, 2009