| | |
|---|---|
| James E. Cecchi | Stephen A. Weiss |
| Lindsey H. Taylor | Jonathan Shub |
| CARELLA, BYRNE, BAIN, GILFILLAN, | SEEGER WEISS LLP |
|  CECCHI, STEWART & OLSTEIN | One William Street |
| 5 Becker Farm Rd. | New York, New York 10004 |
| Roseland, New Jersey 07068 | |
| (973) 994-1700 | |

Paul M. Weiss
Jeffrey Leon
George K. Lang
Eric C. Brunick
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
(312) 220-0000

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, *et al.* individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL<br><br>      Defendants. | Civil Action No. 07-5325(JLL)<br><br><br><br>**DECLARATION OF<br>LINDSEY H. TAYLOR** |

    LINDSEY H. TAYLOR, of full age, hereby declares under penalty of perjury as follows:

    1.  I am an attorney licensed to practice in New Jersey and am a member of the law firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, P.C., co-Class Counsel in the above matter. In such capacity, I am fully familiar with the facts contained herein.

2.      Annexed hereto as Exhibit A is a true copy of the transcript of proceedings before Hon. Winifred Smith in the *In re Cellphone Termination Fee Cases* in California on August 21, 2009.

I hereby declare under penalty of perjury that the foregoing is true and correct.


          /s/ Lindsey H. Taylor
          LINDSEY H. TAYLOR

Dated: October 14, 2009