James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN
CECCHI, STEWART & OLSTEIN
5 Baker Farm Road
Roseland, NJ 07068
(973) 994-1700

Stephen A. Weiss
Jonathan Shub
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
(215) 564-2300

Paul M. Weiss
George K. Lang
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, IL 60602
(312) 220-0000

Interim Class Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRIN SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY,<br><br>Defendants. | Civil Action No. 07-05325 (JLL)<br><br>**DECLARATION OF KARIN CARMIN RE MAILING OF NOTICE AND REPORT ON EXCLUSIONS AND CLAIM FORMS RECEIVED** |

I, Karin Carmin, declare as follows:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was appointed as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify

competently thereto.

2. Pursuant to the Order dated June 2, 2009, Gilardi was directed to perform a direct postcard Notice mailing to six classes identified by Sprint and Class Counsel. On or before May 11, 2009, Gilardi received from counsel for Defendants a data list containing the Robertson potential class members. Gilardi formatted the list for mailing purposes, removed duplicate records, and processed the names and addresses through the National Change of Address Database to update any addresses on file with the United States Postal Service ("USPS"). On or before June 12, 2009, Gilardi caused the postcard Notice to be mailed to the 234,488 names on the Robertson list. A true and correct copy of the postcard Notice is attached hereto as Exhibit A.

3. Between June 23, 2009 and July 10, 2009, Gilardi received from counsel for Defendants separate lists of names and addresses containing the records identified through the Sprint Executive and Regulatory Services department, the customers identified through Sprint's Quality Assurance Program, the subscribers identified in connection with the Smith et al. v. Sprint Spectrum, L.P. arbitration, the customers identified by the Minnesota Attorney General, and the subscribers identified through Sprint email addresses. Gilardi formatted the lists for mailing purposes, removed duplicate records, and processed the names and addresses through the National Change of Address Database to update any addresses on file with the USPS. On or before July 17, 2009, Gilardi caused the postcard Notice to be mailed to the 48,293 names on the address lists and emailed to the 161 electronic addresses on the email list.

4. Since mailing the postcard Notice to the class members, Gilardi has received 1,090 postcard Notices returned by the USPS with updated addresses. Gilardi immediately remailed these Notice Packets to the updated address supplied by the USPS.

5. Since mailing the postcard Notices to the class members, Gilardi has received 34,086 postcard Notices returned by the USPS with undeliverable addresses.

6. On or before June 3, 2009, Gilardi caused a copy of the Order to

Disseminate Notice, Extending Deadlines and Rescheduling Final Approval Hearing to be posted on our website at www.sprintetfsettlement.com. From this website, potential Settlement Class Members are able to download and print a copy of the Long Form Notice in English and Spanish, the Stipulation and Settlement Agreement, the Second Amended Complaint, the Preliminary Approval Order, the Exhibit Documents, and the Order Rescheduling Final Approval Hearing. Also on the website is the Electronic Claim Form. Potential class members who were mailed the postcard Notice were directed to the website where they can fill out and submit the Electronic Claim Form online.

7. The postcard Notice also directed potential Class Members to the toll free telephone number established by Gilardi, 800-916-6940, that class members could call and request that the Long Form Notice and Claim Form be mailed to them, listen to Frequently Asked Questions, or request to speak to a live operator. English and Spanish speaking live operators are available Monday through Friday between the hours of 8:00 a.m. and 5:00 p.m. Pacific Time. As of October 12, 2009, Gilardi has fulfilled requests for 6,051 Claim Forms.

9. As of the second Notice Period, Gilardi had received 12,501 Claim Forms for 19,105 lines of service. Since commencement of the second Notice Period, Gilardi has received an additional 44,808 Claim Forms for 66,913 lines of service.

10. Of the 57,309 Claim Forms for 86,018 lines of service received to date, 74,385, or approximately 86.5 %, have requested a cash benefit election. Of the 74,385 claims filed requesting a cash benefit, 3,508, or approximately 4.72%, selected a $25.00 benefit category; 58,258, or approximately 78.32%, selected a $35.00 benefit category; and 12,619, or approximately 16.96%, selected a $90.00 benefit category. The dollar value of the Claim Forms requesting a cash benefit to date is $3,262,440.00.

11. The filing postmark deadline to submit a Request for Exclusion was on October 7, 2009. To date, Gilardi has received 628 timely and one (1) late Requests For Exclusion from the Settlement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 14th day of October, 2009 at San Rafael, California.

_____
KARIN CARMIN