# EXHIBIT A

| | |
|---|---|
| **NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>**THE BACK OF THIS CARD PROVIDES A WEBSITE, TELEPHONE NUMBER AND ADDRESS WHERE YOU CAN OBTAIN ADDITIONAL INFORMATION AND/OR SUBMIT A CLAIM FORM.**<br><br>**THIS NOTICE ADVISES YOU OF A PROPOSED CLASS ACTION SETTLEMENT WITH SPRINT NEXTEL**<br><br>**THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS.**<br><br>SETF1 | Sprint ETF Settlement Administrator<br>c/o Gilardi & Co.<br>PO BOX 808054<br>Petaluma, CA 94975-8054<br><br>John Doe<br>123 Main Street<br>Los Angeles, CA 91111 |

Judy Larson, et al. v. Sprint Nextel Corp., Sprint Spectrum, L.P. and Nextel Finance Co.,
Case No.: 2:07-cv-05325-JLL-ES (USDC, DNJ)

**THIS CARD PROVIDES LIMITED INFORMATION ABOUT THIS SETTLEMENT.**

Your rights may be affected by a proposed class action Settlement of claims against Sprint, Nextel and/or Sprint Nextel. The Settlement would resolve lawsuits in which plaintiffs allege that the Sprint, Nextel and/or Sprint Nextel flat rate early termination fee ("ETF") is illegal or was illegally charged. Plaintiffs brought this suit on their own behalf and on behalf of all Sprint, Nextel and Sprint Nextel subscribers who entered into a personal fixed-term subscriber agreement for a Wireless Service Account for personal or mixed business/personal use, with Sprint, Nextel and/or Sprint Nextel between July 1, 1999 and December 31, 2008. Sprint Nextel denies the allegations.

Sprint Nextel has agreed to pay $14 million into a common fund to be distributed pursuant to the Settlement benefit rules set forth in the Settlement Agreement. Sprint Nextel has also agreed to provide qualified Settlement Class Members up to $3.5 million in Non-Cash Benefits. Sprint Nextel has also agreed to not insert a flat-rate ETF provision into its customer service agreements for personal wireless service in the U.S. until January 1, 2011, but may charge a pro-rated ETF during this time period. The Settlement will release all claims that customers may have against Sprint, Nextel and/or Sprint Nextel relating in any way to its flat-rate ETFs and term contracts, and will bar future claims, unless the individual excludes him/herself from the Settlement. To receive a benefit under the Settlement, you must timely complete and submit a Claim Form. You may obtain complete information about the Settlement (including a Long Form Notice) and a Claim Form, and information about deadlines, by visiting www.SprintETFsettlement.com, telephoning 1-800-916-6940, or writing the Sprint ETF Settlement Administrator, c/o Gilardi & Co., PO Box 6002, Larkspur, CA 94977-6002. *This settlement does not apply to Government or Corporate Accounts.*

**IF YOU DO NOT WISH TO BE PART OF, OR IF YOU WISH TO OBJECT TO, THIS SETTLEMENT**, you may exclude yourself or file an objection with the Court. To exclude yourself, you must mail a Request for Exclusion Form, postmarked no later than October 7, 2009 to Sprint ETF Settlement Administrator, c/o Gilardi & Co., PO Box 6002, Larkspur, CA 94977-6002. If you do not submit a written Request for Exclusion, you will be bound by the Final Judgment entered in the class action. To object to the settlement, you must file an objection with the Court by no later than October 7, 2009. The Court, located at 50 Walnut Street, Newark, New Jersey, will conduct a hearing on whether to approve the Settlement, and if so, will determine what fees and expenses should be awarded to class counsel. The hearing is presently scheduled for October 21, 2009, but may be changed. Any Settlement Class Member may enter an appearance with the Court through an attorney. If you have already submitted a claim form, or excluded yourself from the Settlement, you need not take any further action.

*Go to www.SprintETFSettlement.com or call 800.916.6940 for additional information.*
*Please do not contact the Court or Sprint.*

NJ01/HERBL/143101.2