**PINILISHALPERN, LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: (973) 401-1111
Facsimile: (973) 401-1114
wpinilis@consumerfraudlawyer.com

**LAW OFFICES OF SCOTT A. BURSOR**
Scott A. Bursor
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
scott@bursor.com

*Counsel To Objectors Lina Galleguillos, Michael Moore, and Antranick Harrentsian*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br>Defendants, | Civ. Act. No. 07-5325 (JLL)<br><br>**NOTICE OF MOTION IN SUPPORT OF GALLEGUILLOS *et al.* APPLICATION FOR ATTORNEYS FEES AND EXPENSES** |

**PLEASE TAKE NOTICE** that, pursuant to the Preliminary Approval Order dated December 5, 2008, on October 21, 2009 10:00 a.m., or soon thereafter, counsel will move before the Honorable Jose L. Linares, U.S.D.J. at the U.S. District Court, 50 Walnut Street, Newark, New Jersey for an order awarding attorneys' fees and reimbursement of expenses pursuant to Fed. R. Civ. P. 23. In support of this motion are the Memorandum of Law in support thereof and the declarations of all moving counsel. A proposed form of Order is also submitted herewith.

Dated: October 14, 2009.

**PINLISHALPERN, LLP**

By: */s/ William J. Pinilis*

William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: (973) 401-1111
Facsimile: (973) 401-1114
wpinilis@consumerfraudlawyer.com

**LAW OFFICES OF SCOTT A. BURSOR**
Scott A. Bursor (*pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
scott@bursor.com

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
Anthony Vozzolo
369 Lexington Ave., 10th Floor
New York, NY 10017-6531
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
nfaruqi@faruqilaw.com
avozzolo@faruqilaw.com

**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Alan R. Plutzik (*pro hac vice*)
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
ltfisher@bramsonplutzik.com

*Counsel To Objectors Lina Galleguillos, Michael Moore, and Antranick Harrentsian*