**PINILISHALPERN, LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: (973) 401-1111
Facsimile: (973) 401-1114
wpinilis@consumerfraudlawyer.com

**LAW OFFICES OF SCOTT A. BURSOR**
Scott A. Bursor
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
scott@bursor.com

*Counsel To Objectors Lina Galleguillos, Michael Moore, and Antranick Harrentsian*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br>                    Defendants, | Civ. Act. No. 07-5325 (JLL)<br><br>**DECLARATION OF SCOTT A. BURSOR IN SUPPORT OF GALLEGUILLOS *et al.* APPLICATION FOR ATTORNEYS FEES AND EXPENSES** |

I, Scott A. Bursor, declare:

1.  I make this Declaration in support of the Galleguillos *et al.* Application For Attorneys Fees And Expenses.

2.  I am one of the counsel to the Galleguillos objectors.

3.  My regular hourly rate is $535. I was admitted to the bar in February, 1997. Before starting my own firm in 2002, I was an associate at Cravath, Swaine & Moore, and later at Chadbourne & Parke LLC, two large New York City law firms. Since 1997 I have specialized in complex commercial litigation and class actions. I have represented both plaintiffs and defendants in more than sixty lawsuits in approximately twenty jurisdictions. I have been appointed lead or co-lead counsel in many class actions, including several involving classes of cellphone customers. I was lead trial counsel for the ETF Payer Class in *Ayyad v. Sprint Spectrum L.P.* I was also lead trial counsel for the ETF Payer Class in *White v. Cellco Partnership d/b/a Verizon Wireless*. I also was appointed lead counsel and class counsel in *Brown v. Cellco Partnership d/b/a Verizon Wireless*, AAA Case No. 11 494 01274 05, a 49-state class arbitration on behalf of Verizon Wireless customers challenging handset locking and early termination fees. More detailed information about my experience and qualifications is available at [www.bursor.com](www.bursor.com). Based on my knowledge and experience, the hourly rates I charge are within the range of market rates charged by attorneys of equivalent experience, skill, and expertise.

4.  I worked 555.3 hours on the Galleguillos objections. At my regular hourly rate of $535, my lodestar for the Galleguillos objections is $297,085.50. Attached hereto as **Exhibit 1** is a detailed summary indicating the amount of time spend by my on tasks necessary to the prosecution of the Galleguillos *et al.* objections and the lodestar calculation utilizing normal billing rates.

5.  I incurred $5,756.79 in unreimbursed expenses necessary to the prosecution of the Galleguillos *et al.* objections. Attached hereto as **Exhibit 2** is a summary of expenses incurred in connection with this matter.

1

2

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed at New York, NY this 14th day of October, 2009.

_____
Scott A. Bursor

**EXHIBIT 1**

**EXHIBIT 1**

**Galleguillos *et al.* Objections**
**TIME REPORT**

**Firm Name:** Law Offices of Scott A. Bursor
**Time Period:** Dec. 15, 2008 to Oct. 9, 2009

**Categories:**

A - RE -   INVESTIGATIONS, FACTUAL RESEARCH
B - DI -   DOCUMENT DISCOVERY
C - DE -   DEPOSITION DISCOVERY
D - PI -   PLEADINGS, BRIEFS & PRETRIAL MOTIONS
E - ME -   MEETINGS/COMMUNICATIONS
F - SE -   SETTLEMENT
G - LI -   LITIGATION STRATEGY AND ANALYSIS
H - CL -   CLASS CERTIFICATION
I - CT -   COURT APPEARANCES (Including Prep)

| Name | A | B | C | D | E | F | G | H | I | Total Hours | Hourly Rate | Total Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S. Bursor |  | 35.9 |  | 264.1 | 6.1 | 32.3 | 51.7 |  | 165.2 | 555.3 | $535 | $297,085.50 |

**EXHIBIT 2**

**Galleguillos *et al.* Expenses**

| | |
|---|---:|
| In-house copying 2844 pp. @ .25/pp | $711.00 |
| Long distance telephone 622 min. @ .19 / min. | $118.18 |
| Facsimile  388 pp. @ .25/pp | $97.00 |
| Computerized legal research | $1,815.77 |
| Itemized Expenses (see below) | $3,014.84 |
| **Total** | **$5,756.79** |

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 02.21.09 | Larson | $13.77 | Office Depot copying charges |
| 03.04.09 | Larson | $19.47 | Kinko's binding |
| 03.05.09 | Larson | $14.60 | Kinko's binding |
| 03.09.09 | Larson | $200.00 | NJ Lawyers' Fund for Client Protection |
| 03.09.09 | Larson | $2,532.00 | Judge Politan mediation fee |
| 03.11.09 | Larson | $4.00 | NJ Transit |
| 03.11.09 | Larson | $4.00 | NJ Transit |
| 03.12.09 | Larson | $4.00 | NJ Transit |
| 03.12.09 | Larson | $4.00 | NJ Transit |
| 03.13.09 | Larson | $4.00 | NJ Transit |
| 03.13.09 | Larson | $4.00 | NJ Transit |
| 03.16.09 | Larson | $4.00 | NJ Transit |
| 03.16.09 | Larson | $4.00 | NJ Transit |
| 03.17.09 | Larson | $4.00 | NJ Transit |
| 03.17.09 | Larson | $4.00 | NJ Transit |
| 05.05.09 | Larson | $5.00 | Clerk, 1st Dept |
| 05.05.09 | Larson | $190.00 | Clerk, 3d Cir. |
| **Total** | | **$3,014.84** | |