**PINILISHALPERN, LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: (973) 401-1111
Facsimile: (973) 401-1114
wpinilis@consumerfraudlawyer.com

**LAW OFFICES OF SCOTT A. BURSOR**
Scott A. Bursor
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
scott@bursor.com

*Counsel To Objectors Lina Galleguillos, Michael Moore, and Antranick Harrentsian*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br>                            Defendants, | Civ. Act. No. 07-5325 (JLL)<br><br>**PROPOSED ORDER FOR AWARD OF ATTORNEY'S FEES AND NONTAXABLE COSTS TO GALLEGUILLOS *et al.*** |

**THIS MATTER** having come before the court upon the motion of counsel for an Order approving attorney's fees and reimbursement of expenses and the Court having reviewed the submissions of counsel,

**IT IS** on this _____ day of _____, 2009

**ORDERED** that movants are awared payment of attorney's fees in the amount of _____, and further

**ORDERED** that movants are awarded reimbursement of expenses in the amount of _____.

_____

Honorable Jose L. Linares, U.S.D.J.