**PINILISHALPERN, LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: (973) 401-1111
Facsimile: (973) 401-1114
wpinilis@consumerfraudlawyer.com

**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Alan R. Plutzik (*pro hac vice*)
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
ltfisher@bramsonplutzik.com

Plaintiffs' ETF Counsel

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br>        Defendants, | Civ. Act. No. 07-5325 (JLL)<br><br>**NOTICE OF JOINT MOTION FOR AWARD OF ATTORNEY'S FEES AND NONTAXABLE COSTS RELATED TO THE *AYYAD*, *ROBERTSON*, *MOLFETAS* AND *LEE* ACTIONS** |

**PLEASE TAKE NOTICE** that pursuant to the Preliminary Approval Order of this Court dated December 8, 2008, and other orders of the Court, the following counsel in the *Ayyad v. Sprint, Robertson v. Nextel, Molfetas v. Sprint* and *Lee v. Sprint* actions will move, before the Honorable Jose L. Linares, U.S.D.J., at the U.S. District Court, 50 Walnut Street, Newark, New Jersey, and hereby do move, for an order awarding them attorneys' fees and reimbursement of expenses pursuant to Fed. R. Civ. P. 23:

Bramson, Plutzik, Mahler & Birkhaeuser, LLP;

Law Offices of Scott A. Bursor;

Franklin & Franklin;

Faruqi & Faruqi, LLP;

Gilman and Pastor, LLP;

Law Offices of Anthony A. Ferrigno;

Reich Radcliffe & Kuttler, LLP;

Law Offices of Carl Hilliard;

Mager & Goldstein;

Law Offices of Joshua P. Davis; and

Cuneo Gilbert & LaDuca, L.L.P.

In support of this motion are the following documents:

(1) the Memorandum of Law in Support of Joint Motion for Award of Attorney's Fees and Nontaxable Costs Related to the *Ayyad, Robertson, Molfetas* and *Lee* Cases filed in this Court on March 3, 2009;

(2) the Declarations of Scott A Bursor, Alan R. Plutzik, Anthony Ferrigno, Carl Hilliard, J. David Franklin, David Pastor, Jayne Goldstein, Marc Reich, Nadeem Faruqi and Pamela Gilbert in Support of Joint Motion for Award of Attorney's Fees and Nontaxable Costs Related to the *Ayyad, Robertson, Molfetas* and *Lee* Cases, filed in this Court on March 3, 2009;

(3) the Proposed Order in Support of Joint Motion for Award of Attorney's Fees and Nontaxable Costs Related to the *Ayyad, Robertson, Molfetas* and *Lee* Cases, submitted to this Court on March 3, 2009; and

(4) the Supplemental Declaration of Alan R. Plutzik and Declaration of Joshua P. Davis in Support of Joint Motion for Award of Attorney's Fees and

2

Nontaxable Costs Related to the *Ayyad, Robertson, Molfetas* and *Lee* Cases, filed herewith.

Dated: October 14, 2009

                **PINILISHALPERN, LLP**

                By: */s/ William J. Pinilis*

                William J. Pinilis
                160 Morris Street
                Morristown, NJ 07960
                Telephone: (973) 401-1111
                Facsimile: (973) 401-1114
                wpinilis@consumerfraudlawyer.com

                **LAW OFFICES OF SCOTT A. BURSOR**
                Scott A. Bursor (*pro hac vice*)
                369 Lexington Avenue, 10th Floor
                New York, NY 10017-6531
                Telephone: (212) 989-9113
                Facsimile: (212) 989-9163
                scott@bursor.com

                **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
                Alan R. Plutzik (*pro hac vice*)
                L. Timothy Fisher
                2125 Oak Grove Road, Suite 120
                Walnut Creek, California 94598
                Telephone: (925) 945-0200
                Facsimile: (925) 945-8792
                aplutzik@bramsonplutzik.com
                ltfisher@bramsonplutzik.com

                **FRANKLIN & FRANKLIN**
                J. David Franklin (State Bar No. 41659)
                550 W "C" St #950
                San Diego, CA 92101-8569
                Telephone: (619) 239-6300
                jdfranklaw@san.rr.com

**LAW OFFICES OF ANTHONY A. FERRIGNO**
Anthony A. Ferrigno (State Bar No. 61104)
P.O. Box 5799
San Clemente, CA 92674
Telephone: (949) 366-9700
A-trust-fraudlaw@msn.com

**REICH RADCLIFFE & KUTTLER, LLP**
Marc G. Reich (State Bar No. 159936)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
mgr@reichradcliffe.com

**GILMAN AND PASTOR LLP**
David Pastor
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
(617) 742-9700 (tel)
(617) 742-9701 (fax)
dpastor@gilmanpastor.com

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
Anthony Vozzolo
369 Lexington Ave., 10th Floor
New York, NY 10017-6531
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
nfaruqi@faruqilaw.com
avozzolo@faruqilaw.com

**MAGER & GOLDSTEIN LLP**
Jayne Arnold Goldstein
1640 Town Center Circle
Suite 216
Weston, FL 33326
(954) 515-0123 (tel)
(954) 515-0124 (fax)
jgoldstein@sfmslaw.com

4

**CUNEO GILBERT & LaDUCA, L.L.P.**
Pamela Gilbert
507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-1813 (fax)
pamelag@cuneolaw.com

**CARL HILLIARD, ESQ.**
1246 Stratford Court
Del Mar, CA 92014
Telephone: (858) 509-2938
carl@carlhilliard.com

**LAW OFFICES OF JOSHUA DAVIS**
Joshua Davis (State Bar No. 193254)
437 Valley Street
San Francisco, CA 94131
Telephone: (415) 422-6223
davisj@usfca.edu

Plaintiffs' ETF Counsel