**PINILISHALPERN, LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: (973) 401-1111
Facsimile: (973) 401-1114
wpinilis@consumerfraudlawyer.com

**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Alan R. Plutzik (*pro hac vice*)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br>Defendants, | Civ. Act. No. 07-5325 (JLL)<br><br>**DECLARATION OF JOSHUA P. DAVIS IN SUPPORT OF JOINT MOTION FOR AWARD OF ATTORNEY'S FEES AND NONTAXABLE COSTS RELATED TO THE *AYYAD*, *ROBERTSON*, *MOLFETAS*, AND *LEE* ACTIONS** |

I, Joshua P. Davis, declare as follows:

1. I am an attorney at law admitted to practice in the State of California and a partner in the Law Offices of Joshua P. Davis, one of the law firms serving as counsel for plaintiffs in this action. I am a member in good standing of the State Bar of California. I have personal knowledge of the statements contained in this Declaration and if called to testify, I could and would testify competently to them. I am submitting this declaration in support of Class Counsel's Application for an Award of Attorneys' Fees and Costs.

2. Since the inception of this case, my firm has devoted 26.275 of professional hours to the prosecution of this case. The firm has a current lodestar of $14,451.25 with respect to this litigation. Time that related to multiple cases in this Coordinated Proceeding has been appropriately allocated between and among the various cases in this proceeding to which it relates so that the time reported is limited to work performed regarding this case.

3. Specifically, my firm has made the following contributions to the prosecution of these cases on behalf of the class: I participated in drafting the opposition to defendants' demurrers, I personally argued in opposition to those demurrers regarding preemption and alternative performance, I helped identify appropriate expert support for plaintiffs, and I assisted in a few other administrative matters early in the litigation.


2

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed this 14th day of October, 2009, at San Francisco, California.

_____
Joshua P. Davis