Bradley M. Lakin #6243318
**LAKINCHAPMAN LLC**
300 Evans Avenue, P.O. Box 229
Wood River, Illinois 62095
Telephone : (618) 254-1127

Phillip A. Bock
Robert M. Hatch
**BOCK & HATCH, LLC**
134 N. La Salle St., Ste. 1000
Chicago, IL 60603
Telephone: (312)-658-5500

Anthony L. Coviello
**LAW OFFICE OF**
**ANTHONY L. COVIELLO LLC**
307 Montgomery Street
Bloomfield, NJ 07003
Telephone: (973) 748-4600

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated, </br></br>　　　　　Plaintiffs, and </br>JESSICA HALL, </br>　　　　　Plaintiff-Objector </br></br>　　　　　v. </br></br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL, and NEXTEL FINANCE COMPANY </br></br>　　　　　Defendants | Civil Action No. 07-05325(JLL) |

### DECLARATION OF BRAD LAKIN

I, Bradley M. Lakin, under penalty of perjury and pursuant to 28 U.S.C. 1746, state:

1. I am over 18 years of age. The statements herein are based on personal knowledge and based upon my review of documents in my file.

2. I am an attorney for Objector Hall and the Hall certified class.

3. I have reviewed the declaration of Frederic R. Klein dated October 13, 2009.

4. At no time in my negotiations did I use the term "all in" or propose a common fund only settlement without additional relief for the debt relief class members. Moreover, Mr. Klein's term "all in" is inconceivable in light of the fact that a common fund only settlement was entirely inconsistent with our position throughout the entire negotiation process.

5. At no time in my various discussions with Ms. McSweeney, Mr. Klein or anyone else for that matter did I ever indicate, suggest or propose that a common fund only settlement would be acceptable. I always maintained that additional benefits to the debt relief class be included in any settlement.

Dated: October 19, 2009

_____
Bradley M. Lakin

Attorney for Objector Hall