James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN
CECCHI, STEWART & OLSTEIN
5 Baker Farm Road
Roseland, NJ 07068
(973) 994-1700

Stephen A. Weiss
Jonathan Shub
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102
(215) 564-2300

Paul M. Weiss
George K. Lang
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, IL 60602
(312) 220-0000

Class Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRIN SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY,<br><br>Defendants. | Civil Action No. 07-05325 (JLL)<br><br>SUPPLEMENTAL DECLARATION OF KARIN CARMIN RE REPORT ON CLAIM FORMS RECEIVED |

I, Karin Carmin, declare as follows:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was appointed as the Settlement Administrator in

this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. This Declaration is being submitted in supplement of the Declaration of Karin Carmin Re Mailing of Notice and Report On Exclusions and Claim Forms Received, dated October 14, 2009.

2. As of the beginning of the second Notice Period, Gilardi had received a total of 12,105 Claim Forms for 19,105 lines of service. Of those 19,105 lines of service claims, 17,556, or approximately 91.9%, selected a cash election. Of the 17,556 lines of service claimed with a cash election: 716 claimed a $25.00 election (totaling $17,900.00); 13,140 claimed a $35.00 election (totaling $459,900.00); and 3,700 claimed a $90.00 election (totaling $333,000.00). The total amount claimed for cash elections as of the second Notice Period is $810,800.00.

3. As of the beginning of the second Notice Period, Gilardi had received claims for 2,864 lines of service from the State of California. Of those claims, 2,668, or approximately 93.2%, selected a cash election. Of the 2,668 lines of service claimed with a cash election: 112 claimed a $25.00 election (totaling $2,800.00); 1,953 claimed a $35.00 election (totaling $68,355.00); and 603 claimed a $90.00 election (totaling $54,270.00). The total amount claimed for cash elections from the State of California as of the second Notice Period is $125,425.00.

3. Since the commencement second Notice Period, Gilardi has received claims for 11,513 lines of service from the State of California. Of those claims, 10,463, or approximately 90.9%, have selected a cash election. Of the 10,463 lines of service

claimed with a cash election: 928 claimed a $25.00 election (totaling $23,200.00); 7,303 claimed a $35.00 election (totaling $255,605.00); and 2,232 claimed a $90.00 election (totaling $200,880.00). The total amount claimed for cash elections from the State of California since the commencement of the second Notice Period is $479,685.00.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 19th day of October, 2009 at San Rafael, California.

_____
KARIN CARMIN