# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated, | Civil Action No. 07-05325(JLL) |
| Plaintiffs, | |
| v. | **ORDER GRANTING REQUEST BY SPRINT NEXTEL CORPORATION AND CLASS COUNSEL TO UTILIZE VISUAL AID AND A ROLLING CART AT THE FINAL APPROVAL HEARING** |
| AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY, | |
| Defendants. | |

Upon the request to utilize visual aid at the Final Approval Hearing ("Hearing") in *Sampang, et. al. v. Sprint Nextel, et. al.*, on October 21, 2009, the Court grants permission for Class Counsel and Sprint Nextel's Counsel to use eight (8) to ten (10) 3X4 feet boards and a rolling cart at the Hearing.

Dated: October 20, 2009

HON. JOSE L. LINARES, U.S.D.J.