# DrinkerBiddle&Reath
LLP

Matthew J. Fedor
973-549-7329
matthew.fedor@dbr.com

*Law Offices*

500 Campus Drive
Florham Park, NJ
07932-1047

973-360-1100 phone
973-360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

October 21, 2009

**VIA ECF AND FIRST CLASS MAIL**

Honorable Jose L. Linares
United States District Court
Martin Luther King, Jr. Federal Bldg. and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Larson, et al. v. AT&T Mobility LLC, et al.
Civil Action No. 07-5325

Dear Judge Linares:

Please accept this letter confirming that the preliminary approval hearing for the settlement reached between plaintiffs and AT&T Mobility LLC in the above-referenced matter is scheduled for Monday, November 2, 2009, at 3:00 P.M.

Thank you for your attention to this matter.

Respectfully,

*Matthew J. Fedor*
Matthew J. Fedor

cc: All counsel of record (via ECF)

*Edward A. Gramigna, Jr.
Partner responsible for
Florham Park Office*

*Established 1849*