# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Judy Larson, et al.,      :  Civil Action No. 07-5325
             :
      Plaintiffs,  :
             :
      v.       :
             :  **ORDER**
AT&T Mobility LLC f/k/a Cingular  :
Wireless, LLC, et al.,     :
             :
      Defendants. :

  This matter having been brought before the Court by James E. Cecchi, Esq., attorney for

Plaintiff classes, on application for an Order allowing Stephen A. Weiss, Esq., to appear and

participate pro hac vice; and the Court having considered the moving papers; and this matter

being considered pursuant to FED.R.CIV.P. 78, and for good cause shown;

  IT IS on this 20th day of October, 2009,

  ORDERED that Stephen A. Weiss, Esq., a member of the Bar of the State of New York,

be permitted to appear pro hac vice in the above-captioned matter pursuant to L.CIV.R. 101.1(c);

and it is further

  ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be

signed by a member or associate of the law firm of Carella, Byrne, Bain, Gilfillan, Cecchi,

Stewart & Olstein, attorneys of record for Plaintiff classes who is admitted to the Bar of this

Court and shall be held responsible for said papers and for the conduct of the case and who will

be held responsible for the conduct of the attorney admitted hereby; and it is further

  ORDERED that Stephen A. Weiss, Esq., shall pay the annual fee to the New Jersey

Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within

twenty (20) days from the date of the entry of this order; and it is further

ORDERED that Stephen A. Weiss, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Stephen A. Weiss, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Stephen A. Weiss, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

 /s/ Esther Salas_____
**ESTHER SALAS**
**UNITED STATES MAGISTRATE JUDGE**