Bradley M. Lakin #6243318
**LAKINCHAPMAN LLC**
300 Evans Avenue, P.O. Box 229
Wood River, Illinois 62095
(618) 254-1127

Phillip A. Bock
Robert M. Hatch
**BOCK & HATCH, LLC**
134 N. La Salle St., Ste. 1000
Chicago, IL 60603
Telephone: 312-658-5500

Anthony L. Coviello
**LAW OFFICE OF**
**ANTHONY L. COVIELLO LLC**
307 Montgomery Street
Bloomfield, NJ 07003
(973) 748-4600

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs, and<br>JESSICA HALL,<br>        Plaintiff-Objector<br><br>    v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL, and NEXTEL FINANCE COMPANY<br><br>        Defendants | Civil Action No. 07-05325(JLL)<br><br><br><br><br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request by hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

    1.     An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

2. If the admission was granted after March 22, 2005, the Admission Fee in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), had been paid to the Clerk of Court.

                                          LAW OFFICE OF
                                          ANTHONY L. COVIELLO LLC
                                          Attorneys for Plaintiffs

                                          By: /s/ Anthony L. Coviello
                                                Anthony L. Coviello

Dated: October 5, 2009

*PRO HAC VICE* ATTORNEY INFORMATION:

Name:       Robert J. Evola

Address:     LakinChapman, LLC
               300 Evans Avenue
               P.O. Box 229
               Wood River, IL 62905

e-mail:      roberte@lakinchapman.com; docket@lakinchapman.com
              ashleyoglesby@lakinchapman.com

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com