UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JOSE L. LINARES  Date: 10/21/2009
Court Reporter: PHYLLIS LEWIS  Civil No: 07-5325

Title of the Case:

LARSON, et al
v.
AT&T Mobility LLC, et al

**Appearances:**

Attorneys for Plaintiff(s):
James Cecchi, Lindsey H. Taylor, Jeffrey Leon, Paul Weiss & Stephen A. Weiss,

Attorneys for Defendant(s), Sprint:
Joseph A. Boyle, Lauri A. Mazzuchetti & Dominic Surprenant

Attorney for Defendant, AT&T Mobility: William Connelly

**Additional Appearances (Objectors with Counsel):**

Robert J. Evola, Richard J. Doherty & Attorney Coviello, Attorney for Objector(s), Jessica Hall
Scott Bursor, William J. Pinilis & Allen R. Plutzik, Attorneys for Objector(s), Galleguillos, et al
Jeff Weinstein, Attorney for Objector(s), Sandra Griffin & Kenneth Griffin
Joseph DePalma, Attorney for Movant, Lite DePalma

**Nature of Proceeding:** FAIRNESS HEARING

Argument held re: adequacy of notice, reasonableness of settlement
Lunch Recess (12:15 p.m. - 1:00 p.m.)
Argument held re: attorney fees
Court RESERVED decision

Commenced: 10:00 a.m.
Concluded: 3:00 p.m.

Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.