You UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: LINARES　　　　　　　　　　　　　　　Date:　11/04/09
Court Reporter: PHYLLIS T. LEWIS　　　　　　Civil No:　07-5325 (JLL)

<u>Title of the Case</u>:

SAMPANG, et al
v
AT&T MOBILITY LLC, et al

<u>Appearance</u> :

James Cecchi, Stephen Weiss & Brian Strange, Attorneys for Plaintiff(s), Hall
William Connelly & Andrew Joseph, Attorneys for Defendant, AT&T Mobility

<u>Nature of Proceedings</u>:

Preliminary approval hearing held re: motion [#355]
Court ORDERED motion GRANTED
OTBS

　　　　　　　　　　　　　　　　　　　　　　　Lissette Rodriguez, Courtroom Deputy
　　　　　　　　　　　　　　　　　　　　　　　to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced:　9:30 a.m.
Time Concluded:　10:00 a.m.