**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

200 KIMBALL DRIVE

PARSIPPANY, NEW JERSEY 07054

(973) 503-5900

FACSIMILE
(973) 503-5950
www.kelleydrye.com

DIRECT LINE: (973) 503-5924
EMAIL: vrao@kelleydrye.com

December 7, 2009

**VIA ECF**

Hon. Esther Salas, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: *Sampang, et al. v. AT&T Mobility LLC, et al.*
       Civ. Action No.: 07-5325 (JLL)

Dear Judge Salas:

  Pursuant to Your Honor's Order dated October 22, 2009 (Docket Entry No. 417), defendants Sprint Nextel Corporation, Sprint Spectrum L.P. d/b/a Sprint Nextel and Nextel Finance Company (collectively, "Sprint") hereby submit for public viewing in a redacted version the following documents: 1) Objections to proposed settlement; 2) request for judicial notice in support of objections to proposed settlement; 3) reply to Sprint's opposition to objections; 4) reply in support of objections to proposed settlement based on notice and standing; 5) supplemental filing re: objections; and 6) request for judicial notice in support of supplemental filing re: objections.

  Thank you.

              Respectfully submitted,

              Vincent P. Rao, II

Encl.
cc: All counsel of record (VIA ECF)