**PINILISHALPERN, LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: (973) 401-1111
Facsimile: (973) 401-1114
wpinilis@consumerfraudlawyer.com

**LAW OFFICES OF SCOTT A. BURSOR**
Scott A. Bursor
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

*Counsel to Objectors Lina Galleguillos, Michael Moore, and Antranick Harrentsian*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JUDY LARSON, et al., individually and on behalf of all others similarly situated, | : | Civil Action No.: 07-5325 (JLL) |
| Plaintiffs, | : | |
| v. | : | |
| SPRINT NEXTEL CORPORATION, et al., | : | **NOTICE OF APPEAL** |
| Defendants. | : | |

Notice is hereby given that objectors Lina Galleguillos, Michael Moore, and Antranick Harrentsian (the "Galleguillos Objectors") hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's Order dated January 15, 2010, granting final approval to the Settlement Agreement, granting in part and denying in part the motion of Class Counsel for an award of attorneys' fees and expenses, granting in part and denying in part the motion by the Bursor Group for an award of attorneys' fees and expenses associated with their representation

1

of the Galleguillos Objectors, granting in part and denying in part the motion by Lite DePalma for an award of attorneys' fees and expenses associated with their representation of the Galleguillos Objectors, granting in part and denying in part the motion by the Plutzik Group for an award of attorneys' fees and expenses associated with their work on the *Ayyad, Robertson, Molfetas* and *Lee* matters, and entering judgment in this matter.

Dated:  January 22, 2010                            Respectfully submitted,

|  | PinilisHalpern, LLP<br><br>By:  William J. Pinilis /s/____<br>William J. Pinilis<br>160 Morris Street<br>Morristown, NJ 07960<br>Telephone:  (973) 401-1111<br>Facsimile:  (973) 401-1114<br>wpinilis@consumerfraudlawyer.com |
|---|---|
|  | LAW OFFICES OF SCOTT A. BURSOR<br>Scott A. Bursor (pro hac vice)<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017-6531<br>Telephone:  (212) 989-9113<br>Facsimile:  (212) 989-9163<br>scott@bursor.com |

|  | FARUQI & FARUQI, LLP<br>Nadeem Faruqi<br>Anthony Vozzolo<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017-6531<br>Telephone:  (212) 983-9330<br>Facsimile:  (212) 983-9331<br>nfaruqi@faruqilaw.com<br>avozzolo@faruqilaw.com<br><br>Jacob A. Goldberg<br>Sandra G. Smith<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br>Telephone:  (215) 914-2460<br>Facsimile:  (215) 914-2462<br>jgoldberg@faruqilaw.com<br>ssmith@faruqilaw.com |
|---|---|
|  | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP<br>Alan R. Plutzik (pro hac vice)<br>L. Timothy Fisher<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Telephone:  (925) 945-0200<br>Facsimile:  (925) 945-8792<br>aplutzik@bramsonplutzik.com<br>ltfisher@bramsonplutzik.com |
|  | *Counsel to Objectors Lina Galleguillos, Michael Moore, and Antranick Harrentsian* |