To: USDC - New Jersey

1/21/10

In RE: Larson V. Sprint Nextel corp
Civil action # 07-5325

From: John Michaud
MDOC # 84734
807 Cushing RD
Warren, ME
04864

RECEIVED
JAN 25 2010
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

To whom it may concern,

I would like to request a copy of this case please. I should have been brought into this case. Also could you please let me know who i need to contact. Thank you

John Michaud
Return After 5 Days to:
Maine State Prison
807 Cushing Road
Warren, Maine 04864-4600

MDOC # 84734

RECEIVED
JAN 25 2010
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

This correspondence is forwarded from the Maine State Prison-Warren. The contents have not been evaluated and the Maine State Prison-Warren is not responsible for the substance or content of the enclosed communication.

legal Mail

United States District Court
New Jersey Division
P.O. Box 419
Newark, NJ
07101-0419

07101$0419