Danielle.M.Lenox
PO BOX 324
Carlisle, PA 17013
(916) 420-0412

Clerk of the Court
U.S. District Court for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

1/29/2010

To Whom It May Concern,

I have been a loyal customer to AT&T on account number 436057177142 since November 2007. I was also on my mother's family plan with AT&T prior to opening my own account. My AT&T records can be found under my name as given, and under my maiden name of Danielle Parker. My mother's name is Victoria Beck, and I have encouraged her to participate in this class action as I know I paid an ETF fee under her account several years ago.

I am writing to object to the Settlement in *Hall, et al. v. AT&T Mobility LLC*. After reading over the agreements of this class action it appears that some AT&T customers were over looked. I am sure I am not the only customer that has chosen to add an additional line, and pay all of the costs associated with that, vs. pay the flat-rate early termination fee (ETF).

The ETF has forced me to pay additional charges on when my phone was stolen or damaged. Phones can cost hundreds of dollars without a 2 year contract. AT&T would not provide a new phone, without a new contract. Often it was calculated to cost less to add a family plan line to an existing account and pay the additional $9.99 plus taxes and fees vs. pay the ETF.

I feel that compensation for these fees should be factored into this class action suit. I have currently made my own claim as a class III settlement recipient. I feel that the currently agreed long distance card is irrelevant as I have maintained my AT&T account and already have free long distance included in my agreement.

If you have any questions, concerns or would like additional information please contact me at the information provided above, or by email at silviannaquinn@hotmail.com.

Sincerely,

*Danielle M. Lenox*

Danielle.M.Lenox

RECEIVED
FEB 01 2010
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

CF:
Class Counsels
Defense Counsel

Danielle Lenox
PO BOX 324
Carlisle, PA 17013

RECEIVED CLERK
U.S. DISTRICT COURT

2010 FEB -1  P 2: 2

USA FIRST CLASS FOREVER

HARRISBURG PA 171

Clerk of the Court
U.S. District Court for the
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101