Mr Eddy Fonyódi
BSc (Hons), MA, MA (Hons)

Washington, DC, 23 January, 2010

**RECEIVED**

**FEB 02 2010**

AT 8:30_____M
WILLIAM T. WALSH, CLERK

Clerk of the Court
U.S. District Court for the
District of New Jersey
50 Walnut Street
Newark, NJ 07101

## Objection

I hereby wish to object to the Settlement in *Hall, et al. v. AT&T Mobility LLC*.

As I have already communicated to Counsel via e-mail, reading through the Proposed Settlement Agreement, I believe I have found a mistake in one of the sentences on page 9.

The last paragraph, second sentence reads: "ATTM shall compile this list based data available within ATTM's online billing systems and the list shall be provided to the Settlement Administrator."

I believe it should state: "ATTM shall compile this list based **on** data available within ATTM's online billing systems and the list shall be provided to the Settlement Administrator."

The word 'ON' (or alternatively even the two words 'ON THE') has/have thus been omitted from the sentence, which potentially could lead to it being interpreted slightly differently (list-based data as opposed to list based on data; potentially excluding data that ATTM might have that is not list-based).

Hoping that this will help the case,

Sincerely,

Eddy Fonyódi

| *Postal Address* | *ATT Mobile Telephone Number* | *E-mail* |
|---|---|---|
| 2505 13th Street, NW Apt 208 Washington, DC 20009 USA | 202 257 5956 | eddyzfonyodi@hotmail.com |