**PINILISHALPERN, LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ  07960
Telephone: (973) 401-1111
Facsimile:  (973) 401-1114
wpinilis@consumerfraudlawyer.com

**LAW OFFICES OF SCOTT A. BURSOR**
Scott A. Bursor
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  (212) 989-9113
Facsimile:  (212) 989-9163
scott@bursor.com

*Counsel To Objectors Lina Galleguillos, Michael Moore, and Antranick Harrentsian*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated, | Civ. Act. No. 07-5325 (JLL) |
| Plaintiffs, | |
| v. | **SUPPLEMENTAL DECLARATION OF SCOTT A. BURSOR CONCERNING FEES AND EXPENSES FOR THE "CALIFORNIA SUBSCRIBER ACTION"** |
| AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY | |
| Defendants, | |

I, Scott A. Bursor, declare:

1.    I make this Supplemental Declaration to comply with the Order

(Docket Entry No. 437) stating:

> "Members of the Plutzik Group shall submit
> supplemental declarations to Class Counsel clearly listing
> the number of hours and lodestar specifically associated
> with their work on behalf of the California Subscriber
> Action on or before Wednesday, February 10, 2010. …
> Members of the Plutzik Group may submit supplemental
> declarations to the Court by Wednesday, February 10,
> 2010 setting forth the specific types and/or categories of
> expenses associated with their work done solely on
> behalf of the California Subscriber Action …"

2.    The number of hours and lodestar specifically associated with my

work on behalf of the California Subscriber Action is 834.4 hours and $413,028.00

lodestar.  (*See* Bursor Decl. ¶ 74, Docket Entry No. 247-3.)

3.     I have not reported any specific types and/or categories of expenses

associated with work done solely on behalf of the California Subscriber Action.

I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct, and that this Declaration was

executed at New York, NY this 22nd day of January, 2010.


_____
Scott A. Bursor

1