**PINILISHALPERN, LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: (973) 401-1111
Facsimile: (973) 401-1114
wpinilis@consumerfraudlawyer.com

**GILMAN AND PASTOR, LLP**
David Pastor
63 Atlantic Avenue, 3RD Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701
dpastor@gilmanpastor.com

*Counsel To Objectors Lina Galleguillos, Michael Moore, and Antranick Harrentsian*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANPY,<br><br>Defendants. | Civ. Act. No. **07-5325 (JLL)**<br><br>**SUPPLEMENTAL DECLARATION OF DAVID PASTOR CONCERNING FEES AND EXPENSES FOR THE "CALIFORNIA SUBSCRIBER ACTION"** |

I, David Pastor, declare:

1. I make this Supplemental Declaration to comply with the Order (Docket Entry No. 437) stating:

> "Members of the Plutzik Group shall submit supplemental declarations to Class Counsel clearly listing the number of hours and lodestar specifically associated with their work on behalf of the California Subscriber Action on or before Wednesday, February 10, 2010. ... Members of the Plutzik Group may submit supplemental declarations to the Court by Wednesday, February 10, 2010 setting forth the specific types and/or categories of expenses associated with their work done solely on behalf of the California Subscriber Action ..."

2. The number of hours and lodestar specifically associated with my work on behalf of the California Subscriber Action is 76.3 hours and $40,057.50 lodestar. (See Pastor Decl. ¶3, Docket Entry No. 247-11, filed March 3, 2009).

3. I have not reported any specific types and/or categories of expenses associated with work done solely on behalf of the California Subscriber Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed at Boston, MA this 3rd day of February, 2010.

_____
David Pastor