**PINILISHALPERN, LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: (973) 401-1111
Facsimile: (973) 401-1114
wpinilis@consumerfraudlawyer.com

Law Offices of Joshua P. Davis
Joshua P. Davis
437 Valley Street
(415) 422-6223
davisj@usfca.edu

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated, | Civ. Act. No. 07-5325 (JLL) |
| Plaintiffs, v. | SUPPLEMENTAL DECLARATION OF JOSHUA P. DAVIS ON BEHALF OF THE LAW OFFICES OF JOSHUA P. DAVIS IN RESPONSE TO COURT'S JANUARY 15, 2010 ORDER |
| AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY | |
| Defendants, | |

I, Joshua P. Davis, declare under penalty of perjury as follows:

1.  I am an attorney licensed to practice in the State of California. I am a partner in the law firm of Law Offices of Joshua P. Davis, and submit this Declaration on behalf of that law firm to comply with the Court's Order in this action (Docket No. 437) that reads as follows:

> Members of the Plutzik Group shall submit supplemental declarations to Class Counsel clearly listing the number of hours and lodestar specifically associated with their work on behalf of the California Subscriber Action on or before Wednesday, February 10, 2010. ... Members of the Plutzik Group may submit supplemental declarations to the Court by Wednesday, February 10, 2010 setting forth thespecific types and/or categories of expenses associated with their work done solely on behalf of the California Subscriber Action ...

2.  The number of hours and lodestar specifically associated with Law Offices of Joshua P. Davis' work on behalf of the California Subscriber Action is 8.76 hours and $4,817.08.

3.  The specific types of work done on behalf of the California Subscriber Action are: I participated in drafting the opposition to defendants' demurrers, I personally argued in opposition to those demurrers regarding preemption and alternative performance, I helped identify appropriate expert support for plaintiffs, and I assisted in a few other administrative matters early in the litigation.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed at San Francisco, CA this 3rd day of February, 2010.

_____
Joshua P. Davis