
**PINILISHALPERN, LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ  07960
Telephone: (973) 401-1111
Facsimile:  (973) 401-1114
wpinilis@consumerfraudlawyer.com


**REICH RADCLIFFE & KUTTLER LLP**
Marc G. Reich
4675 MacArthur Court, Suite 550
Newport Beach, CA  92660
Telephone:  (949) 975-0512
Facsimile:  (949) 975-0514
mgr@reichradcliffe.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br>v.<br><br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br><br>                          Defendants, | Civ. Act. No. 07-5325 (JLL)<br><br><br>**SUPPLEMENTAL DECLARATION OF MARC G. REICH ON BEHALF OF REICH RADCLIFFE & KUTTLER LLP IN RESPONSE TO COURT'S JANUARY 15, 2010 ORDER** |

I, Marc G. Reich declare under penalty of perjury as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner in the law firm of Reich Radcliffe & Kuttler LLP (formerly called Reich Radcliffe LLP) and submit this Declaration on behalf of the firm to comply with the Court's Order in this action (Docket No. 437) that reads as follows:

> Members of the Plutzik Group shall submit supplemental declarations to Class Counsel clearly listing the number of hours and lodestar specifically associated with their work on behalf of the California Subscriber Action on or before Wednesday, February 10, 2010. … Members of the Plutzik Group may submit supplemental declarations to the Court by Wednesday, February 10, 2010 setting forth thespecific types and/or categories of expenses associated with their work done solely on behalf of the California Subscriber Action …

2. The number of hours and lodestar specifically associated with the firm's work on behalf of the California Subscriber Action are 243.5 hours/$105,487.50 loadstar as explained in ¶ 4 of the Declaration I submitted to the Court dated March 1, 2009 (the "March 1 Reich Declaration"). That Paragraph is incorporated by reference herein as though fully set forth at length.

3. The specific types and/or categories of expenses associated with work done solely on behalf of the California Subscriber Action are as specifically set forth in Paragraph 8 of the March 1 Reich Declaration and total $2,689.33. That Paragraph is incorporated by reference herein as though fully set forth at length.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed at Manhasset, NY, this 3rd day of February, 2010.

*[signature: Marc G. Reich]*

Marc G. Reich