**PINILISHALPERN, LLP**
William J. Pinilis
160 Morris Street
Morristown, NJ 07960
Telephone: (973) 401-1111
Facsimile: (973) 401-1114
wpinilis@consumerfraudlawyer.com

**CUNEO GILBERT & LADUCA, LLP**
Pamela Gilbert
507 C Street NE
Washington, DC 20002
(202) 789-3960
pamelag@cuneolaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br>         Defendants, | Civ. Act. No. 07-5325 (JLL)<br><br>**SUPPLEMENTAL DECLARATION OF PAMELA GILBERT ON BEHALF OF CUNEO GILBERT & LADUCA, LLP IN RESPONSE TO COURT'S JANUARY 15, 2010 ORDER** |

I, Pamela Gilbert declare under penalty of perjury as follows:

1. I am an attorney licensed to practice in Washington, DC. I am a partner in the law firm of Cuneo Gilbert & LaDuca, LLP and submit this Declaration on behalf of that law firm to comply with the Court's Order in this action (Docket No. 437) that reads as follows:

> Members of the Plutzik Group shall submit supplemental declarations to Class Counsel clearly listing the number of hours and lodestar specifically associated with their work on behalf of the California Subscriber Action on or before Wednesday, February 10, 2010. … Members of the Plutzik Group may submit supplemental declarations to the Court by Wednesday, February 10, 2010 setting forth the specific types and/or categories of expenses associated with their work done solely on behalf of the California Subscriber Action …

2. The number of hours and lodestar specifically associated with Cuneo Gilbert & LaDuca's work on behalf of the California Subscriber Action is 149.75 hours and $71,810.60.

3. The specific types and/or categories of expenses associated with work done solely on behalf of the California Subscriber Action are as specifically set forth in Paragraph 5 of the Declaration I filed with this court on behalf of Cuneo Gilbert & LaDuca on March 3, 2009, Docket No. 247-15. That Paragraph is incorporated by reference herein as though fully set forth at length.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was

1

executed at 507 C Street NE, Washington, DC this third day of February, 2010.

_____
Pamela Gilbert