# Law Offices of Anthony L. Coviello, L.L.C.

*307 Montgomery Street*
*Bloomfield, New Jersey 07003*
*(973) 748-4600*
*- - -*
*Telecopier (973) 748-6168*
*www.alcovelaw.com*

ANTHONY L. COVIELLO                                                                                   EMAIL: COVIELLOLAW@AOL.COM

February 4, 2010

**<u>Via ECF</u>**
Honorable Jose L. Linares, U.S.D.J.
M.L. King Jr. Federal Bldg & Courthouse
50 Walnut Street, Room 5054
Newark, NJ  07101-0999

      RE:    Larson, et al vs. AT&T Mobility, LLC, et al
              Case No.:  07-5325 (JLL)

Dear Judge Linares:

      On behalf of the Hall objectors to the Sprint settlement, we intend to appeal the Court's January 15, 2010 Judgment approving class settlement of the claims asserted against Sprint and certain related orders. We note that the final judgment did not dispose of all claims and/or parties in the case, notably the litigation associated with claims against AT&T.

      We have not seen any *Rule 54(b)* request by settlement class counsel or Sprint's counsel, nor have we seen any actual court finding of "no just reason for delay" so as to make the final judgment regarding the Sprint litigation effective, final, and appealable. Therefore, we respectfully request that the Court enter an order to that effect.

      Respectfully Submitted,

      */ss/ Anthony L. Coviello*
      ANTHONY L. COVIELLO

ALC/lb