IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL,<br><br>Defendants | Civil Action No. 07-05325(JLL) |
|---|---|

## NOTICE OF APPEAL

Notice is hereby given that Kenneth Griffin, Sandra Griffin, and John Pentz, non-named members of the Plaintiff class who objected to the Sprint settlement in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered in this action on January 15, 2010, Document No. 437, and the Opinion entered in this action on January 15, 2010, Document No. 438.

/s/ Robert E. Margulies
ROBERT E. MARGULIES, ESQ.

MARGULIES WIND
A Professional Corporation
Harborside Plaza 10
3 Second Street – Suite 1201
Jersey City, NJ 07311
201-333-0400
201-333-1110-fax

JEFFREY L. WEINSTEIN
JEFFREY L. WEINSTEIN, P.C.
Texas State Bar No. 21096450
518 East Tyler Street
Athens, TX 75751
903/677-5333
903/677-3657 – facsimile
*Pro Hac Vice*

**Page 1**

                                          **ATTORNEYS FOR KENNETH AND SANDRA GRIFFIN**

                                          /s/ John J. Pentz
                                          John J. Pentz, *pro se*
                                          Clasaxn@earthlink.net
                                          2 Clock Tower Place, Suite 260G
                                          Maynard, MA 01754
                                          Ph: (978) 461-1548
                                          Fax: (707) 276-2925

**Certificate of Service**

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by electric mail by the Clerk of the Court via the CM/ECF system on February 4, 2010.

                                          /s/ Robert E. Margulies
                                          ROBERT E. MARGULIES, ESQ.