LDG
ATTORNEYS AT LAW

LITE DEPALMA GREENBERG, LLC
Newark • Chicago

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

Joseph J. DePalma
jdepalma@litedepalma.com

February 5, 2010

Susan Travis, Clerk's Office
United States District Court
for the District of New Jersey
50 Walnut Street
Newark, NJ 07101

**Re: Jennifer Sarnelli**

Dear Ms. Travis:

I write to inform the Clerk's Office that Jennifer Sarnelli, Esq., is no longer associated with this firm. Pursuant to my assistant's telephone conversation with you, below is a list of cases in which Ms. Sarnelli was associated with and should be terminated from.

| | |
|---|---|
| **03-01204(KSH)(MF)** | ZHU, et al v. SCHERING PLOUGH CORP, et al |
| **03-04558(GEB)(ES)** | SOCIAL CLUBHOUSE v. FORD MOTOR COMPANY |
| **03-04995(JAG)(MCA)** | PRO-TEK MANUFACTURING v. SAVING CREDIT CORP., |
| **06-00024(GEB)(RJH)** | EAST COAST OFFICE SYSTEMS, INC. v. CITICORP VENDOR FINANCE, INC. |
| **06-03226(PGS)(ES)** | WEISSMANN v. PAR PHARMACEUTICAL COMPANIES, INC. |
| **07-03541(FSH)(PS)** | COOPER v. AETNA HEALTH INC. PA, CORP. et al |
| **07-05325(JLL)(ES)** | SAMPANG et al v. AT&T MOBILITY LLC et al |
| **07-06039(SRC)(PS)** | FRANCO et al v. CONNECTICUT GENERAL LIFE INSURANCE CO. et al |
| **08-00397(DMC)(MF)** | MANSON v. SCHERING-PLOUGH CORPORATION |
| **08-01066(WJM)(CCC)** | HERRERA v. WYETH et al |





| | |
|---|---|
| **08-01425(GEB)(ES)** | SWICK et al v. FIDELITY NATIONAL TITLE INSURANCE COMPANY et al |
| **08-01554(PGS)(ES)** | PEPE et al v. FIDELITY NATIONAL TITLE INSURANCE COMPANY et al |
| **08-01689(PGS)(ES)** | KORNBLUTH v. FIDELITY NATIONAL TITLE INSURANCE COMPANY |
| **08-04149(JLL)(ES)** | MILLIRON v. T-MOBILE USA, INC. |
| **08-04546(WJM)(MF)** | ZAVOLTA v. LORD, ABBETT & CO. LLC et al |
| **08-05037(PGS)(ES)** | ESPOSITO et al v. FIDELITY NATIONAL TITLE INSURANCE COMPANY et al |
| **08-05746(KSH)(PS)** | GEORGE v. STAPLES, INC. |
| **09-00383(SDW)(MCA)** | DROGIN v. WYETH et al |
| **09-00456(PGS)(ES)** | RITCHIE v. APPLE INC. et al |
| **09-01436(JAG)(ES)** | SOUTH TEXAS VENTILATION HEATING & AIR CONDITIONING v. PANASONIC CORPORATION et al |
| **09-01577(FSH)(PS)** | TISKO, P.T. v. AETNA HEALTH INC. PA, CORP. et al |
| **09-01889(KSH)(PS)** | ZELINSKY et al v. STAPLES, INC. et al |
| **09-01970(KSH)(PS)** | MORRISON et al v. STAPLES, INC et al |
| **09-01971(SRC)(PS)** | SHIRING, LCSW v. CIGNA CORPORATION et al |
| **09-02424(JAG)(MCA)** | ORTIZ v. IOVATE HEALTH SCIENCES U.S.A. INC. |
| **09-06406(DMC)(MF)** | DOUGHERTY v. CARR et al |
| **05-03098 (MLC)(LHG)** | AVIVA PARTNERS LLC v. EXIDE TECHNOLOGIES |
| **06-00095(JAP)(TJB)** | STICHTING PENSIOENFONDS ABP et al v. ROYAL DUTCH SHELL PLC et al |
| **07-00470(FLW)(JJH)** | WAUDBY v. VERIZON WIRELESS SERVICES, LLC |





| | |
|---|---|
| **07-04372(MLC)(DEA)** | LONGO v. FIRST NATIONAL MORTGAGE SOURCES |
| **07-06160(MLC)(DEA)** | KAUFMAN et al v. ALLSTATE INSURANCE CO. |
| **08-00920(JAP)(LHG)** | BIXLER v. OPNEXT, INC. et al |
| **08-01222(JAP)(JJH)** | COLEMAN v. OPNEXT, INC. et al |
| **08-05572(MLC)(TJB)** | IN RE ANADIGICS, INC. SECURITIES LITIGATION |
| **09-01043(AET)(TJB)** | In re HEARTLAND PAYMENT SYSTEMS, INC. SECURITIES LITIGATION |
| **09-01632(FLW)(TJB)** | J.P. LADENSACK v. HEARTLAND PAYMENT SYSTEMS, INC. et al. |

For the reason set forth above, please remove Jennifer Sarnelli's name from this list of cases. Should you have any question or require any further information, please feel free to contact me at your convenience. Thank you for your attention to this matter.

Very truly yours,

Joseph J. DePalma

JJD:cd