SHERMAN BUSINESS LAW
Steven Sherman
220 Montgomery Street, Suite 1500
San Francisco, CA  94104
Telephone:  415-403-1660
Facsimile:  415-397-1577
steven@shermanbusinesslaw.com

BRAMSON PLUTZIK MAHLER & BIRKHAEUSER
Alan R. Plutzik (admitted *pro hac vice*)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  925-945-0200
Facsimile:  925-945-8792
aplutzik@bramsonplutzik.com

On Behalf of Bramson Plutzik Mahler & Birkhaeuser, LLP,
Franklin & Franklin, and the Law Offices of Carl Hilliard

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JUDY LARSON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**SPRINT NEXTEL CORPORATION, et al**,<br><br>Defendant. | Civil Action No.:  07-5325 (JLL)<br><br>**NOTICE OF APPEARANCE OF SHERMAN BUSINESS LAW, STEVEN SHERMAN, ESQ.** |

TO ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Steven Sherman of Sherman Business Law is appearing on behalf of Bramson Plutzik Mahler & Birkhaeuser, LLP, Franklin & Franklin, and the Law Offices of Carl Hilliard in the above-reference action.

DATED:  February 9, 2010

/s/   Steven Sherman