**SHERMAN BUSINESS LAW**
Steven M. Sherman, Esq.
220 Montgomery Street, Suite 1500
San Francisco, CA 94104
Tel: 415/403-1660
Fax: 415/397-1577

**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Alan R. Plutzik (*pro hac vice*)
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, California  94598
Telephone: (925) 945-0200
Facsimile:  (925) 945-8792

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated, | Civ. Act. No. 07-5325 (JLL) |
| Plaintiffs, | |
| v. | **SUPPLEMENTAL DECLARATION OF ALAN R. PLUTZIK ON BEHALF OF BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP IN RESPONSE TO COURT'S JANUARY 15, 2010 ORDER** |
| AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY | |
| Defendants, | |

I, Alan R. Plutzik, declare under penalty of perjury as follows:

1.     I make this Supplemental Declaration to comply with the Court's January

15, 2010 Order (Docket Entry No. 437), which states:

> Members of the Plutzik Group shall submit
> supplemental declarations to Class Counsel clearly
> listing the number of hours and lodestar specifically
> associated with their work on behalf of the California
> Subscriber Action on or before Wednesday, February
> 10 , 2010. ... Members of the Plutzik Group may
> submit supplemental declarations to the Court by
> Wednesday, February 10, 2010 setting forth the
> specific types and/or categories of expenses associated
> with their work done solely on behalf of the California
> Subscriber Action ...

2.     The number of hours and lodestar specifically associated with my firm's

work on behalf of the California Subscriber Action is 816.10 hours and $416,741.00 in

lodestar.  This time and lodestar does not reflect or include any work done solely on the

*Ayyad* Payer Class claims.  The time and lodestar for work performed prior to June 9,

2006 that benefited both the members of *Ayyad* Payer Class and the members of the

*Ayyad* Subscriber Class was allocated between the two classes in accordance with the

benefit that the work conferred on each class.  The time and lodestar figures set forth in

the first sentence of this Paragraph reflect the allocable portion of such pre-6/9/06 work

that is attributable to the *Ayyad* Subscriber Class.

3.     The specific types and/or categories of expenses incurred by my firm that

were associated with work done on behalf of the California Subscriber Action are as

follows:

1

SPRINT SUBSCRIBER CLASS EXPENSES

Contributions to Cost Sharing Fund ....................................................... $9,573.33

Professional Fees ................................................................................. $4,167.80

Computerized Legal Research................................................................ $730.37

Court Reporter Fees.............................................................................. $25.51

Filing Fees ........................................................................................... $204.63

Messenger / Courier Services / Postage ................................................ $687.83

Outside Copying Services ..................................................................... $1,398.87

Photocopying........................................................................................ $2,375.38

Service of Process................................................................................. $94.42

Telephone / Facsimile............................................................................ $441.70

Travel / Meals / Lodging ....................................................................... $513.18

Miscellaneous Expenses......................................................................... <u>$19.48</u>

TOTAL                                                                          **$20,232.50**

4.      The expenses itemized in Paragraph 3 of this Declaration do not include

any that were incurred solely in connection with the *Ayyad* Payer Class claims.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct, and that this Supplemental Declaration was

executed at Walnut Creek, California this 10th day of February, 2010.

_____
Alan R. Plutzik

2