Daniel F. Johnson, Washington SBN 27848
**BRESKIN JOHNSON & TOWNSEND, PLLC**
1111 Third Avenue, Suite 2230
Seattle, Washington 98101
Telephone: (206) 652-8660
Facsimile: (206) 652-8290
djohnson@bjtlegal.com
*Admitted pro hac vice*

Mark Berard
**DURKIN & DURKIN, LLP**
1120 Bloomfield Avenue
West Caldwell, NJ 07007
(973) 244-9969 Fax: (973) 244-9955
mberard@durkinlawfirm.com

Counsel for Dean Short

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and SPRINT NEXTEL FINANCE COMPANY,<br><br>Defendants. | Civil Action No. 07-05325 (JLL)<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that objector Dean Short, on behalf of himself and the members of a putative class in *Short v. Sprint Spectrum LLP*, No. 09-2-04945-9SEA (King County Superior Ct., Seattle, Washington) hereby appeals to the United States

1

Court of Appeals for the Third Circuit from this Court's Order dated January 15, 2010, granting final approval to the Settlement Agreement.

Although unrelated claims remain pending against a party unrelated to defendants Sprint Nextel Corporation, Sprint Spectrum L.P. d/b/a Sprint Nextel, and Nextel Finance Company (the "Sprint Defendants")—i.e., defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC—and the district court has not certified the January 15, 2010, order as final under Rule 54(b), objector Short files this Notice of Appeal now in accordance with Federal Rule of Appellate Procedure 4(a)(2).

DATED: February 12, 2010

BRESKIN JOHNSON & TOWNSEND PLLC

By /s/ Daniel F,. Johnson
    Daniel F. Johnson *pro hac vice*

Daniel F. Johnson, Wash. SBN 27848
1111 Third Avenue, Suite 2230
Seattle, Washington 98101
Telephone: (206) 652-8660
Facsimile: (206) 652-8290
djohnson@bjtlegal.com

Attorneys for Objector Dean Short

3

## CERTIFICATE OF SERVICE

I, Mark Berard, hereby certify that on February 12, 2010, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, in the District of New Jersey by using the CM/ECF system.  I certify that all participants in the case are registered CF/ECF users and that service will be accomplished by the CM/ECF system.

      /s/Mark Berard