SHERMAN BUSINESS LAW
Steven Sherman
220 Montgomery Street, Suite 1500
San Francisco, CA  94104
Telephone:  415-403-1660
Facsimile:  415-397-1577
steven@shermanbusinesslaw.com

Counsel for Bramson, Plutzik, Mahler & Birkhaeuser, LLP; Law Offices of Scott A. Bursor; Franklin & Franklin; Faruqi & Faruqi, LLP; Gilman and Pastor, LLP; Law Offices of Anthony A. Ferrigno; Reich Radcliffe & Kuttler, LLP; Law Offices of Carl Hilliard; Mager & Goldstein; Law Offices of Joshua P. Davis; and Cuneo Gilbert & LaDuca, L.L.P.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JUDY LARSON**, individually and on behalf of all others similarly situated, : : : | |
| Plaintiff, : | Civil Action No.:  07-5325 (JLL) |
| v. : : | |
| **SPRINT NEXTEL CORPORATION, et al**, : : : : | **AMENDED AND SUPPLEMENTAL NOTICE OF APPEARANCE OF SHERMAN BUSINESS LAW, STEVEN SHERMAN, ESQ.** |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Steven Sherman of Sherman Business Law is appearing on behalf of Bramson, Plutzik, Mahler & Birkhaeuser, LLP; Law Offices of Scott A. Bursor; Franklin & Franklin; Faruqi & Faruqi, LLP; Gilman and Pastor, LLP; Law Offices of Anthony A. Ferrigno; Reich Radcliffe & Kuttler, LLP; Law Offices of Carl Hilliard; Mager & Goldstein; Law Offices of Joshua P. Davis; and Cuneo Gilbert & LaDuca, L.L.P., in the above-reference action.

DATED: February 12, 2010

|  | SHERMAN BUSINESS LAW<br><br>By:_____/s/_____<br>Steven Sherman<br>SHERMAN BUSINESS LAW<br>220 Montgomery Street, Suite 1500<br>San Francisco, CA  94104<br>Telephone:  415-403-1660<br>Facsimile:  415-397-1577<br>steven@shermanbusinesslaw.com<br><br>William J. Pinilis<br>160 Morris Street<br>Morristown, NJ 07960<br>Telephone:  (973) 401-1111<br>Facsimile:  (973) 401-1114<br>wpinilis@consumerfraudlawyer.com |
|---|---|
|  | LAW OFFICES OF SCOTT A. BURSOR<br>Scott A. Bursor (pro hac vice)<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017-6531<br>Telephone:  (212) 989-9113<br>Facsimile:  (212) 989-9163<br>scott@bursor.com<br><br>BRAMSON, PLUTZIK, MAHLER & |

|  | BIRKHAEUSER, LLP<br>Alan R. Plutzik (pro hac vice)<br>L. Timothy Fisher<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Telephone:  (925) 945-0200<br>Facsimile:  (925) 945-8792<br>aplutzik@bramsonplutzik.com<br>ltfisher@bramsonplutzik.com<br><br>FRANKLIN & FRANKLIN<br>J. David Franklin<br>550 W "C" Street, #950<br>San Diego, CA 92101-8569<br>Telephone:  (619) 239-6300<br>jdfranklaw@san.rr.com |
|---|---|
|  | MAGER & GOLDSTEIN LLP<br>Jayne Arnold Goldstein<br>1640 Town Center Circle, Suite 216<br>Weston, FL 33326<br>Telephone:  (954) 515-0123<br>Facsimile:  (954) 515-0124<br>jgoldstein@sfmslaw.com<br><br>CUNEO GILBERT & LADUCA, L.L.P.<br>Pamela Gilbert<br>507 C Street, N.E.<br>Washington, DC 20002<br>Telephone:  (202) 789-3960<br>Facsimile:  (202) 789-1813<br>pamelag@cumeolaw.com<br><br>CARL HILLIARD, ESQ.<br>1246 Stratford Court<br>Del Mar, CA 92014<br>Telephone:  (858) 509-2938<br>carl@carlhilliard.com<br><br><br>LAW OFFICES OF JOSHUA DAVIS |

|  | Joshua Davis<br>437 Valley Street<br>San Francisco, CA 94131<br>Telephone: (415) 422-6223<br>davisj@usfca.edu<br><br>Plaintiffs' ETF Counsel and Counsel for Bramson, Plutzik, Mahler & Birkhaeuser, LLP; Law Offices of Scott A. Bursor; Franklin & Franklin; Faruqi & Faruqi, LLP; Gilman and Pastor, LLP; Law Offices of Anthony A. Ferrigno; Reich Radcliffe & Kuttler, LLP; Law Offices of Carl Hilliard; Mager & Goldstein; Law Offices of Joshua P. Davis; and Cuneo Gilbert & LaDuca, L.L.P. |
|---|---|

58538