SHERMAN BUSINESS LAW
Steven Sherman
220 Montgomery Street, Suite 1500
San Francisco, CA  94104
Telephone:  415-403-1660
Facsimile:  415-397-1577
steven@shermanbusinesslaw.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (pro hac vice)
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
aplutzik@bramsonplutzik.com
ltfisher@bramsonplutzik.com

Plaintiffs' ETF Counsel and Counsel for Appellants Bramson, Plutzik, Mahler & Birkhaeuser, LLP; Law Offices of Scott A. Bursor; Franklin & Franklin; Faruqi & Faruqi, LLP; Gilman and Pastor, LLP; Law Offices of Anthony A. Ferrigno; Reich Radcliffe & Kuttler, LLP; Law Offices of Carl Hilliard; Mager & Goldstein; Law Offices of Joshua P. Davis; and Cuneo Gilbert & LaDuca, L.L.P.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, et al., individually and on behalf of all others similarly situated, | Civil Action No.: 07-5325 (JLL) |
| Plaintiffs, | |
| v. | |
| SPRINT NEXTEL CORPORATION *et al.*, | **NOTICE OF APPEAL** |
| Defendants. | |

Notice is hereby given that Bramson, Plutzik, Mahler & Birkhaeuser, LLP; Law Offices of Scott A. Bursor; Franklin & Franklin; Faruqi & Faruqi, LLP; Gilman and Pastor, LLP; Law Offices of Anthony A. Ferrigno; Reich Radcliffe & Kuttler, LLP; Law Offices of Carl Hilliard; Mager & Goldstein; Law Offices of Joshua P. Davis; and Cuneo Gilbert & LaDuca, L.L.P., hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's Order dated January 15, 2010, which, *inter alia,* granted final approval to the Settlement Agreement, granted in part and denied in part the motion of Class Counsel for an award of attorneys' fees and expenses; granted in part and denied in part the motion by the Bursor Group for an award of attorneys' fees and expenses associated with their representation of the Galleguillos Objectors; granted in part and denied in part the motion by Lite DePalma for an award of attorneys' fees and expenses associated with their representation of the Galleguillos Objectors; granted in part and deniedin part the motion by the Plutzik Group for an award of attorneys' fees and expenses associated with their work on the *Ayyad, Robertson, Molfetas* and *Lee* matters; directed members of the Plutzik Group to submit further declarations to Class Counsel and authorized Class Counsel to determine the most reasonable method of allocating the fees awarded to members of the group; and entered judgment in this matter.

Dated:  February 12, 2010                             Respectfully submitted,

|  | SHERMAN BUSINESS LAW<br><br>By:_____/s/_____<br>Steven Sherman<br>SHERMAN BUSINESS LAW<br>220 Montgomery Street, Suite 1500<br>San Francisco, CA  94104 |
|---|---|

|  | |
|---|---|
|  | Telephone: 415-403-1660<br>Facsimile: 415-397-1577<br>steven@shermanbusinesslaw.com<br><br>William J. Pinilis<br>160 Morris Street<br>Morristown, NJ 07960<br>Telephone: (973) 401-1111<br>Facsimile: (973) 401-1114<br>wpinilis@consumerfraudlawyer.com |
|  | LAW OFFICES OF SCOTT A. BURSOR<br>Scott A. Bursor (pro hac vice)<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017-6531<br>Telephone: (212) 989-9113<br>Facsimile: (212) 989-9163<br>scott@bursor.com<br><br>BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP<br>Alan R. Plutzik (pro hac vice)<br>L. Timothy Fisher<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Telephone: (925) 945-0200<br>Facsimile: (925) 945-8792<br>aplutzik@bramsonplutzik.com<br>ltfisher@bramsonplutzik.com<br><br>FRANKLIN & FRANKLIN<br>J. David Franklin<br>550 W "C" Street, #950<br>San Diego, CA 92101-8569<br>Telephone: (619) 239-6300<br>jdfranklaw@san.rr.com |
|  | LAW OFFICES OF ANTHONY A. FERRIGNO<br>Anthony A. Ferrigno<br>P. O. Box 5799<br>San Clemente, CA 92674<br>Telephone: (949) 366-9700 |

|  | A-trust-fraudlaw@msn.com<br><br>REICH RADCLIFFE & KUTTLER, LLP<br>Marc G. Reich<br>4675 MacArthur Court, Suite 550<br>Newport Beach, CA 92660<br>Telephone:  (949) 975-0512<br>mgr@reichradcliffe.com<br><br>GILMAN AND PASTOR LLP<br>David Pastor<br>63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>Telephone:  (617) 742-9700<br>Facsimile:  (6127) 742-9701<br>dpastor@gilmanpastor.com<br><br>FARUQI & FARUQI, LLP<br>Nadeem Faruqi<br>Anthony Vozzolo<br>369 Lexington Avenue, 10th Floor<br>New York, NY 10017-6531<br>Telephone:  (212) 983-9330<br>Facsimile:  (212) 983-9331<br>nfaruqi@faruqilaw.com<br>avozzolo@faruqilaw.com<br><br>Jacob A. Goldberg<br>Sandra G. Smith<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br>Telephone:  (215) 914-2460<br>Facsimile:  (215) 914-2462<br>jgoldberg@faruqilaw.com<br>ssmith@faruqilaw.com |
|  | MAGER & GOLDSTEIN LLP<br>Jayne Arnold Goldstein<br>1640 Town Center Circle, Suite 216<br>Weston, FL 33326<br>Telephone:  (954) 515-0123<br>Facsimile:  (954) 515-0124<br>jgoldstein@sfmslaw.com |

4

| | |
|---|---|
| | CUNEO GILBERT & LADUCA, L.L.P.<br>Pamela Gilbert<br>507 C Street, N.E.<br>Washington, DC 20002<br>Telephone: (202) 789-3960<br>Facsimile: (202) 789-1813<br>pamelag@cumeolaw.com<br><br>CARL HILLIARD, ESQ.<br>1246 Stratford Court<br>Del Mar, CA 92014<br>Telephone: (858) 509-2938<br>carl@carlhilliard.com<br><br>LAW OFFICES OF JOSHUA DAVIS<br>Joshua Davis<br>437 Valley Street<br>San Francisco, CA 94131<br>Telephone: (415) 422-6223<br>davisj@usfca.edu |
| | Plaintiffs' ETF Counsel and |
| | Counsel for Appellants and Counsel for Appellants Bramson, Plutzik, Mahler & Birkhaeuser, LLP; Law Offices of Scott A. Bursor; Franklin & Franklin; Faruqi & Faruqi, LLP; Gilman and Pastor, LLP; Law Offices of Anthony A. Ferrigno; Reich Radcliffe & Kuttler, LLP; Law Offices of Carl Hilliard; Mager & Goldstein; Law Offices of Joshua P. Davis; and Cuneo Gilbert & LaDuca, L.L.P. |

5