UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE ) <br> MILLIRON, TESSIE ROBB and ) <br> WILLIE DAVID, individually and on ) <br> behalf of all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -against- ) <br> ) <br> AT&T MOBILITY LLC f/n/a/ ) <br> CINGULAR WIRELESS LLC and ) <br> SPRINT NEXTEL CORPORATION ) <br> and SPRINT SPECTRUM L.P. d/b/a ) <br> SPRINT NEXTEL ) | Civ. Action No.: 2: 07-cv-05325 <br> (JLL – ES) <br> <br> <br> HONORABLE JOSE L. LINARES <br> <br> <br> NOTICE OF APPEAL |

Notice is hereby given that Anita Levine and Tom Montague, III, non-named members of the Class who objected in this case, hereby appeal to the United States Court of Appeal for the Third Circuit from the Order entered on January 15, 2010 (Document no. 437) and the Opinion of the same date (Document no. 438).

Respectfully submitted,

/s/Stephen Tsai_____
991 U.S. Highway 22 West
Bridgewater, N.J. 07060
(201) 927-1000
(201) 927-1002 (fax)
info@stephentsai.com

EDWARD F. SIEGEL (Ohio Bar No. 0012912)
27600 Chagrin Blvd. #340
(216) 831-3424
(216) 831- 6584 fax
E-mail          efsiegel@efs-law.com

Edward W. Cochran (Ohio 0032942)
20030 Marchmont Rd.

Cleveland Ohio 44122  
Tel: (216) 751-5546  
Fax: (216) 751-6630 (fax)  
edwardcochran@adelphia.net

**CERTIFICATE OF SERVICE**

    A copy of the foregoing Notice of Appeal was filed electronically with the Court's filing system on February 14, 2010 and was by such system served on all other counsel of record.

                                                ____/s/ Stephen Tsai_____