## LAW OFFICES OF CARL HILLIARD

1246 STRATFORD COURT
DEL MAR, CA 92014
TELEPHONE: (858) 509-2938
FACSIMILE:(858) 509-2937
E-MAIL: CARL@CARLHILLIARD.COM

February 9, 2010

ECF Filing

Hon. Jose L. Linares, United States District Judge
United States District Court, District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: *Larson et al. v. Sprint Nextel Corp. et al.*, Case No. 07-05325

Dear Judge Linares:

    The Court's January 15, 2010 Order (Docket Entry No. 437) states:

> Members of the Plutzik Group shall submit supplemental declarations to Class Counsel clearly listing the number of hours and lodestar specifically associated with their work on behalf of the California Subscriber Action on or before Wednesday, February 10, 2010. ... Members of the Plutzik Group may submit supplemental declarations to the Court by Wednesday, February 10, 2010 setting forth the specific types and/or categories of expenses associated with their work done solely on behalf of the California Subscriber Action ...

    My law firm is a part of the "Plutzik Group," as the Court has defined it. I write to request the Court to extend my firm's time to provide the information the Court has requested in its January 15, 2010 Order to Tuesday, March 2, 2010.

    There is good cause for the requested extension of time. My law firm is a sole proprietorship. I am currently out of the country and do not have access to my files and records. I will not return until the last week in February. Accordingly, the Court should extend my law firm's time to respond until March 2, 2010.

    I appreciate the Court's consideration of this request.

                          Respectfully submitted,

                           Carl Hilliard /ARP

                           Carl Hilliard

cc (via ECF)
All Counsel of Record

SO ORDERED:
DATED: 2/11/10