SHERMAN BUSINESS LAW
Steven Sherman
220 Montgomery Street, Suite 1500
San Francisco, CA  94104
Telephone:  415-403-1660
Facsimile:  415-397-1577
steven@shermanbusinesslaw.com

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (pro hac vice)
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792
aplutzik@bramsonplutzik.com
ltfisher@bramsonplutzik.com

Counsel for Objectors Galleguillos et al.
and Counsel for Appellants Law Offices
of Scott A. Bursor; Bramson, Plutzik,
Mahler & Birkhaeuser, LLP; and Faruqi
& Faruqi, LLP (the "Bursor Group")

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, et al., individually and on behalf of all others similarly situated, | Civil Action No.: 07-5325 (JLL) |
| Plaintiffs, | |
| v. | |
| SPRINT NEXTEL CORPORATION | **NOTICE OF APPEAL BY THE "BURSOR GROUP"** |
| *et al.*, | |
| Defendants. | |

Notice is hereby given that Bramson, Plutzik, Mahler & Birkhaeuser, LLP; Law

Offices of Scott A. Bursor; and Faruqi & Faruqi, LLP (the "Bursor Group") hereby

appeal to the United States Court of Appeals for the Third Circuit from this Court's Order dated January 15, 2010, which, *inter alia,* granted final approval to the Settlement Agreement, granted in part and denied in part the motion of Class Counsel for an award of attorneys' fees and expenses; granted in part and denied in part the motion by the Bursor Group for an award of attorneys' fees and expenses associated with their representation of the Galleguillos Objectors; granted in part and denied in part the motion by Lite DePalma for an award of attorneys' fees and expenses associated with their representation of the Galleguillos Objectors; granted in part and denied in part the motion by the Plutzik Group for an award of attorneys' fees and expenses associated with their work on the *Ayyad, Robertson, Molfetas* and *Lee* matters; directed members of the Plutzik Group to submit further declarations to Class Counsel and authorized Class Counsel to determine the most reasonable method of allocating the fees awarded to members of the group; and entered judgment in this matter.

Dated:  February 16, 2010			Respectfully submitted,

						SHERMAN BUSINESS LAW


						By:_____/s/_____
						Steven Sherman
						SHERMAN BUSINESS LAW
						220 Montgomery Street, Suite 1500
						San Francisco, CA  94104
						Telephone:  415-403-1660
						Facsimile:  415-397-1577
						steven@shermanbusinesslaw.com

        William J. Pinilis
        160 Morris Street
        Morristown, NJ 07960
        Telephone:  (973) 401-1111
        Facsimile:  (973) 401-1114
        wpinilis@consumerfraudlawyer.com

        LAW OFFICES OF SCOTT A. BURSOR
        Scott A. Bursor (pro hac vice)
        369 Lexington Avenue, 10th Floor
        New York, NY 10017-6531
        Telephone:  (212) 989-9113
        Facsimile:  (212) 989-9163
        scott@bursor.com

        BRAMSON, PLUTZIK, MAHLER &
        BIRKHAEUSER, LLP
        Alan R. Plutzik (pro hac vice)
        L. Timothy Fisher
        2125 Oak Grove Road, Suite 120
        Walnut Creek, CA 94598
        Telephone:  (925) 945-0200
        Facsimile:  (925) 945-8792
        aplutzik@bramsonplutzik.com
        ltfisher@bramsonplutzik.com

        FARUQI & FARUQI, LLP
        Nadeem Faruqi
        Anthony Vozzolo
        369 Lexington Ave., 10th Floor
        New York, NY  10017-6531
        Telephone:  (212) 983-9330
        Facsimile:  (212) 983-9331
        nfaruqi@faruqilaw.com
        avozzolo@faruqilaw.com


        Counsel for Objectors Galleguillos *et al.*
        and Counsel for Appellants Law Offices of
        Scott A. Bursor; Bramson, Plutzik, Mahler
        & Birkhaeuser, LLP; and Faruqi &
        Faruqi, LLP