**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER**
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CALIFORNIA 94598
E-MAIL: INFO@BRAMSONPLUTZIK.COM

ROBERT M. BRAMSON
ALAN R. PLUTZIK
DANIEL E. BIRKHAEUSER
JENNIFER S. ROSENBERG
L. TIMOTHY FISHER
MICHAEL S. STRIMLING

PAUL F. MAHLER
OF COUNSEL

FACSIMILE
(925) 945-8792

TELEPHONE
(925) 945-0200

February 17, 2010

**VIA FEDERAL EXPRESS**
United States District Court
District of New Jersey
50 Walnut Street, Room 4015
Martin Luther King Building
 And U.S. Courthouse
Newark, NJ 07101

Re: *Larson v. Sprint Nextel, et al.*
USDC, New Jersey Case No. 07-5325 (JLL)

Dear Clerk of the Court:

On Tuesday, February 16, 2010, our office filed a Notice of Appeal on behalf of the Law Offices of Scott A. Bursor; Bramson Plutzik Mahler & Birkhaeuser, LLP; and Faruqi & Faruqi, LLP, Docket No. 469.

Enclosed is our filing fee check in the amount of $455 for the Notice of Appeal described above. Please post this fee to the above-mentioned docket number and return the receipt in the stamped self-addressed return envelope provided.

If you have any questions, please do not hesitate to contact us. Thank you for your assistance in this matter.

Very truly yours,

BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER, LLP

Peg Toovey
Assistant to Alan R. Plutzik

PT:///
60626