Bradley M. Lakin #6243318
**LAKINCHAPMAN LLC**
300 Evans Avenue, P.O. Box 229
Wood River, Illinois  62095
Telephone :  (618) 254-1127

Phillip A. Bock
Robert M. Hatch
**BOCK & HATCH, LLC**
134 N. La Salle St., Ste. 1000
Chicago, IL 60603
Telephone:  (312)-658-5500

Anthony L. Coviello
**LAW OFFICE OF
ANTHONY L. COVIELLO LLC**
307 Montgomery Street
Bloomfield, NJ 07003
Telephone:  (973) 748-4600

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL, and NEXTEL FINANCE COMPANY<br><br>     Defendants | Civil Action No. 07-05325(JLL) |

NOTICE OF APPEAL

Notice is hereby given that objector Jessica Hall, on behalf of herself and the members of the certified class in *Hall, et. al. v. Sprint* (Madison County, Illinois case no. 04-L-113), hereby appeals to the United States Court of Appeals for the Third Circuit from this Court's Order dated January 15, 2010 granting final approval to the Settlement Agreement.  Additionally, objector Hall appeals certain interlocutory rulings including, but not limited to, this Court's Order dated

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

February 2, 2009 denying objector Hall's motion for discovery and this Court's Order dated August 27, 2009 denying objector Hall's motion to disqualify Freed & Weiss LLC, Paul M. Weiss, and Richard J. Burke.

Although unrelated claims remain pending against a party unrelated to defendants Sprint Nextel Corporation, Sprint Spectrum L.P. d/b/a Sprint Nextel, and Nextel Finance Company (the "Sprint Defendants")—namely, defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC—and the district court has not certified the January 15, 2010, order as a final order under Rule 54(b) (although the plaintiffs recently have requested such a certification), objector Hall files this Notice of Appeal now in accordance with FRAP 4(a)(2).


Dated:  February 10, 2010                             Respectfully submitted,
                                                      **JESSICA HALL,**
                                                      **Objector,**

                                                      By:  s/:  Anthony L. Coviello
                                                            One of Her Attorneys

Bradley M. Lakin #6243318                             Phillip A. Bock
Robert J. Evola #6242860                              Robert M. Hatch
**LAKINCHAPMAN, LLC**                                 **BOCK & HATCH, LLC**
300 Evans Avenue, P.O. Box 229                        134 N. La Salle St., Ste. 1000
Wood River, Illinois  62095                           Chicago, IL 60603
(618) 254-1127                                        (312) 658-5500

Anthony L. Coviello
**LAW OFFICE OF**
**ANTHONY L. COVIELLO LLC**
307 Montgomery Street
Bloomfield, NJ 07003
(973) 748-4600

**Attorneys for Objector Jessica Hall**

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

| | |
|---|---|
| Bradley M. Lakin #6243318<br>**LAKINCHAPMAN LLC**<br>300 Evans Avenue, P.O. Box 229<br>Wood River, Illinois  62095<br>Telephone :  (618) 254-1127 | Phillip A. Bock<br>Robert M. Hatch<br>**BOCK & HATCH, LLC**<br>134 N. La Salle St., Ste. 1000<br>Chicago, IL 60603<br>Telephone:  (312)-658-5500 |

Anthony L. Coviello
**LAW OFFICE OF**
**ANTHONY L. COVIELLO LLC**
307 Montgomery Street
Bloomfield, NJ 07003
Telephone:  (973) 748-4600

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>      v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL, and NEXTEL FINANCE COMPANY<br><br>                    Defendants | Civil Action No. 07-05325(JLL) |

### Certificate of Service

I hereby certify that on February 10, 2010 I electronically filed Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Joseph A. Boyle
jboyle@kelleydrye.com

James E. Cecchi
jcecchi@carellabyrne.com

Joseph J. Depalma
jdepalma@ldgrlaw.com

Matthew J. Fedor
Matthew.fedor@dbr.com

Scott A. George
sgeorge@seegerweiss.com

Andrew B. Joseph
andrew.joseph@dbr.com

Lauri A. Mazzuchetti
lmazzuchetti@kelleydrye.com

Jennifer Sarnelli
jsarnelli@ldgrlaw.com

Brian Russell Strange
lacounsel@earthlink.net

Lindsey H. Taylor
ltaylor@carellabyrne.com

                                                  s/:  Anthony L. Coviello_____
                                                  Anthony L. Coviello
                                                  **LAW OFFICE OF**
                                                  **ANTHONY L. COVIELLO LLC**
                                                  307 Montgomery Street
                                                  Bloomfield, NJ 07003
                                                  (973) 748-4600

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com