# Law Offices of Anthony L. Coviello, L.L.C.

**307 Montgomery Street**
**Bloomfield, New Jersey 07003**
(973) 748-4600

- - -

*Telecopier (973) 748-6168*
*www.alcovelaw.com*

ANTHONY L. COVIELLO                                                           EMAIL: COVIELLOLAW@AOL.COM

February 24, 2010

**Via NJ Lawyers Service**
Clerk's Office
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Bldg. & Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07102

    RE:    Sampang, et al vs. AT&T Mobility et al
              Civil Action No: 2:07-cv-5325-JLL

Dear Sir/Madam:

The undersigned is local counsel for Objector, Jessica Hall.

On February 12, 2010, our office filed a Notice of Appeal on behalf of Objector, Jessica Hall and the members of the certified class in Hall, et al v. Sprint (Madison County, Illinois case no. 04-L-113), **Document number 461.**

Enclosed is our filing fee check in the amount of **$455.00** for the Notice of Appeal described above. Please post this fee to the above-mentioned document number.

Should you have any questions, please feel free to contact my office.

I thank you for your courtesy and cooperation in this matter.

Very truly yours,

ANTHONY L. COVIELLO

ALC/lb
encl.
cc:    Bradley M. Lakin, Esq.