FILED

MAR 03 2010

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419

OFFICIAL BUSINESS

RETURNED TO SENDER