Geoffrey W. Castello
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

Attorneys for Defendants
Sprint Nextel Corporation, Sprint Spectrum
L.P. and Nextel Finance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION, SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY,<br><br>Defendants. | Civ. Action No. 2:07-cv-5325-(JLL-ES)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that Geoffrey W. Castello, of the firm Kelley Drye & Warren LLP, hereby appears in this case as counsel for Defendants Sprint Nextel Corporation, Sprint Spectrum L.P. and Nextel Finance Company.

Dated: March 3, 2010

KELLEY DRYE & WARREN LLP

By: _s/Geoffrey W. Castello_
    Geoffrey W. Castello
    200 Kimball Drive
    Parsippany, New Jersey 07054
    (973) 503-5900
    gcastello@kelleydrye.com
    docketing@kelleydrye.com