**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| NEW YORK, NY<br>WASHINGTON, DC<br>CHICAGO, IL<br>STAMFORD, CT<br><br>BRUSSELS, BELGIUM<br><br>AFFILIATE OFFICES<br>MUMBAI, INDIA | **200 KIMBALL DRIVE**<br>**PARSIPPANY, NEW JERSEY 07054**<br><br>(973) 503-5900 | FACSIMILE<br>(973) 503-5950<br>www.kelleydrye.com<br><br>DIRECT LINE: (973) 503-5920<br>EMAIL: jboyle@kelleydrye.com |

March 4, 2010

**VIA HAND DELIVERY & ECF**

Hon. Jose L. Linares, U.S.D.J.
United States District Court for the
 District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2042
Newark, New Jersey 07101

      Re:    *Larson, et al. v. AT&T Mobility LLC f/k/a*
              *Cingular Wireless LLC, et. al.*
              Civ. No.: 07-5325 (JLL)

Dear Judge Linares:

      This firm represents the Sprint Nextel defendants in the above-referenced matter. Today, the Sprint Defendants filed via ECF an order to show cause seeking a request for emergent relief to: (i) enjoin a March 5, 2010 Temporary Restraining Order hearing (the "TRO Hearing") filed by class representatives in the action entitled *In re Cellphone Termination Fee Cases*, JCCP 4332 (the "Subscriber Class Case") currently scheduled before Judge Winifred Smith in the Alameda County Superior Court, State of California (the "California Court"); (ii) stay the Subscriber Class Case pending before Judge Smith (and specifically the TRO Hearing); and (iii) set a schedule for a contempt hearing against certain Settlement Class Members and their counsel.

      The Sprint Nextel defendants served Subscriber Class Plaintiffs Ramzy Ayyad and Jeweldean Hull, and their counsel, Alan R. Plutzik, Esq., L. Timothy Fisher, Esq.; Bramson, Plutzik, Mahler & Birkhauser, LLP; Jacqueline E. Mottek, Esq of the Positive Legal Group, LLP; J. David Franklin, Esq. of Franklin & Franklin; Scott A. Bursor, Esq. of the Law Office of Scott A. Bursor with a copy of the documents that were filed today via ECF by e-mail yesterday.

**KELLEY DRYE & WARREN** LLP

Hon. Jose L. Linares, U.S.D.J.
March 2, 2010
Page Two

        Thank you for Your Honor's attention to this matter.

                Respectfully submitted,

                *s/ Joseph A. Boyle*

                Joseph A. Boyle

JAB:mc
Encls.

cc:    All Counsel (via ECF)

The following counsel were served with a copy of all of the Sprint Defendant's papers yesterday by e-mail and today via ECF:

Scott A. Bursor, Esq. (via e-mail)
Alan R. Plutzik, Esq. (via e-mail)
J. David Franklin, Esq. (via e-mail)
L. Timothy Fisher, Esq. (via e-mail)
Jacqueline Mottek, Esq. (via e-mail)