## BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CALIFORNIA 94598
E-MAIL: INFO@BRAMSONPLUTZIK.COM

ROBERT M. BRAMSON
ALAN R. PLUTZIK
DANIEL E. BIRKHAEUSER
JENNIFER S. ROSENBERG
L. TIMOTHY FISHER
MICHAEL S. STRIMLING

PAUL F. MAHLER
OF COUNSEL

FACSIMILE
(925) 945-8792

TELEPHONE
(925) 945-0200

March 4, 2010

**_By email_**

Hon. Jose L. Linares, U.S.D.J.
U.S. District Court
M. L. King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07101
michael_innes@njd.uscourts.gov

Re:   *Judy Larson, et al. v. AT&T Mobility LLC, et al.*, Civil Action No. 07-5325(JLL)

Dear Judge Linares:

I write in response to Defendant Sprint Nextel's Application for an Emergent Stay, for Contempt and for an Injunction, which was filed with the Court today. I submit this letter as a special appearance on behalf of myself and my law firm only, and not on behalf of any client, and only to contest the Court's jurisdiction to grant the relief Sprint seeks. This letter does not constitute an appearance on behalf of any client.

For the reasons set forth in Scott Bursor's March 4, 2010 letter to the Court, neither my law firm nor L. Timothy Fisher nor I, nor J. David Franklin, nor any of our clients, nor any representative of the Payer Class or Subscriber Class, are in contempt of any injunction issued by this Court. There are no grounds for the issuance of an order to show cause against any of us.

As I am not a registered ECF filer in this District, I respectfully request that the Court direct its staff to cause this letter to be posted to the docket.

Very truly yours,

Alan R. Plutzik

Copies by email to:

jboyle@kelleydrye.com
dominicsurprenant@quinnemanuel.com

60781