RECEIVED
MAR 03 2010
AT 8:30
WILLIAM T. WALSH, CLERK

/s/Stephen Tsai
991 U.S. Highway 22 West
Bridgewater, N.J.

TSAI991 090 50 1 N20 C 40 02/20/10
UNABLE TO FORWARD/FOR REVIEW **CO29**
NO FORWARDING ORDER ON FILE
RETURN TO POSTMASTER FOR REVIEW
OF ORIGINAL ADDRESSEE FOR REVIEW
BC: 07060667591 PM *1090-02942-18-39

STRICT COURT
EW JERSEY

Civ. Action No.: 2: 07-cv-05325
(JLL – ES)

HONORABLE JOSE L. LINARES

NOTICE OF APPEAL

e and Tom Montague, III, non-named

, hereby appeal to the United States Court

entered on January 15, 2010 (Document

cument no. 438).

espectfully submitted,

/Stephen Tsai
91 U.S. Highway 22 West
ridgewater, N.J. 07060
(201) 927-1000
(201) 927-1002 (fax)
ifo@stephentsai.com

DWARD F. SIEGEL (Ohio Bar No. 0012912)
7600 Chagrin Blvd. #340
(216) 831-3424
(216) 831- 6584 fax
-mail        efsiegel@efs-law.com

dward W. Cochran (Ohio 0032942)
20030 Marchmont Rd.

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0419
OFFICIAL BUSINESS