**Positive Legal Group**
3030 Bridgeway, Suite 106
Sausalito, California 94965
415.302.5371
jmottek@positivelegalgroup

March 5, 2010

**By email**

Hon. Jose L. Linares, U.S.D.J.
U.S. District Court
M. L. King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07101
michael_innes@njd.uscourts.gov



Re: *Judy Larson, et al. v. AT&T Mobility LLC, et al.*
Civil Action No. 07-5325(JLL)

Dear Judge Linares:

I write simply to address a misrepresentation that Scott Bursor made to the Court in his letter of this afternoon claiming that he represents Ramzy Ayyad, and Jeweldean Hull. He does not. Both Mr. Ayyad and Ms. Hull are representatives of the certified Sprint Payer Class. They are both represented exclusively by my firm, Positive Legal Group, and not by Mr. Bursor or Mr. Plutzik.

As I am not a registered ECF filer in this District, I respectfully request that the Court direct its staff to cause this letter to be posted to the docket. Thank you for your continued patience and courtesy.

Very Truly Yours,

Jacqueline Mottek

cc: (via e-mail to all)

Philip Obbard
Scott Bursor
Alan Plutzik
Dominic Suprenant
Joseph Sarles
David J. Franklin