IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL,<br><br>    Defendants | Civil Action No. 07-05325(JLL) |

### FIRST AMENDED NOTICE OF APPEAL

Notice is hereby given that Kenneth Griffin, Sandra Griffin, and John Pentz, non-named members of the Plaintiff class who objected to the Sprint settlement in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered in this action on January 15, 2010, Document No. 437, the Opinion entered in this action on January 15, 2010, Document No. 438, and the Final Judgment entered in this action on February 16, 2010, Doc. 470.

/s/ Robert E. Margulies
ROBERT E. MARGULIES, ESQ.

MARGULIES WIND
A Professional Corporation
Harborside Plaza 10
3 Second Street, Suite 1201
Jersey City, New Jersey 07311
201-333-0400
201-333-1110-fax

JEFFREY L. WEINSTEIN
JEFFREY L. WEINSTEIN, P.C.
Texas State Bar No. 21096450
518 East Tyler Street
Athens, Texas 75751
903/677-5333
903/677-3657 – facsimile
*Pro Hac Vice*

**Page 1**

ATTORNEYS FOR KENNETH AND
SANDRA GRIFFIN

/s/ John J. Pentz
John J. Pentz, *pro se*
Clasaxn@earthlink.net
2 Clock Tower Place, Suite 260G
Maynard, Massachusetts 01754
978/461-1548
707/276-2925 - facsimile

## Certificate of Service

I hereby certify that a copy of the above and foregoing document has been served upon all
counsel of record by electric mail by the Clerk of the Court via the CM/ECF system on March 9,
2010.

/s/ Robert E. Margulies
ROBERT E. MARGULIES, ESQ.