**SHERMAN BUSINESS LAW**
Steven Sherman
220 Montgomery Street, Suite 1500
San Francisco, CA 94104
Telephone: 415-403-1660
Facsimile: 415-397-1577
steven@shermanbusinesslaw.com

**CARL HILLIARD, ESQ.**
1246 Stratford Court
Del Mar, CA 92014
Telephone: (858) 509-2938
carl@carlhilliard.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated, | Civ. Act. No. 07-5325 (JLL) |
| Plaintiffs, | |
| v. | **SUPPLEMENTAL DECLARATION OF CARL HILLIARD IN RESPONSE TO THE COURT'S JANUARY 15, 2010 ORDER** |
| AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY | |
| Defendants, | |

I, Carl Hilliard, declare under penalty of perjury as follows:

1. I make this Supplemental Declaration to comply with the Court's January 15, 2010 Order (Docket Entry No. 437), which states:

> Members of the Plutzik Group shall submit supplemental declarations to Class Counsel clearly listing the number of hours and lodestar specifically associated with their work on behalf of the California Subscriber Action on or before Wednesday, February 10, 2010. ... Members of the Plutzik Group may submit supplemental declarations to the Court by Wednesday, February 10, 2010 setting forth the specific types and/or categories of expenses associated with their work done solely on behalf of the California Subscriber Action ...

2. The lodestar, time and expenses I reported to the Court in my March 3, 2009 Declaration in this action (Docket No. 247-8) represent the portion of my lodestar, time and expenses incurred in the FCC's early termination fee (ETF) preemption proceeding that was attributable to claims against Sprint Nextel.

3. No classes were certified in the FCC proceeding. No distinction was drawn in that proceeding between a "Subscriber Class" and a "Payer Class." The work I performed and the expenses I paid related to Sprint Nextel as a whole. No portion of it was exclusively for the benefit of persons who paid the ETF, on the one hand, or current subscribers, on the other. Had the FCC ruled that ETFs were "rates charged" under federal law, that would have harmed the interests of both past ETF payers and current subscribers as well.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Supplemental Declaration was executed at Del Mar, California this 8th day of March, 2010.

_____
Carl Hilliard