Regenia Baker        3530 W Polk Street        Chicago, IL 60624

U.S. DISTRICT COURT

March 3, 2010                                    2010 MAR 15  P 1: 41

AT& T Mobility ETF Settlement Claims
c/o Rust Consulting, Inc.
P.O. Box 2266
Faribault, MN  55021-2386

RE:  Hall v. AT&T Mobility LLC, No. 07-05325

Greetings AT&T Mobility ETF Settlement Claims Administrator

I have read in your legal notice that there is a proposed Settlement pending in a class action involving a flat-rate Early Termination Fee ("EFT") charged to customers of AT&T Mobility LLC ("AT&T Mobility") and its predecessors.  The legal notice also states that the Court has not made a decision on the merits of this case.

Now, if the court has not made a decision on the merits of this case, what is the purpose of running a legal ad in the newspaper?  Is it really logical to base inferences on a case in which the court has not made a decision on?  Does this mean that Class Counsel took a case without knowing if the case has merits or not?

Another grand issue that concerns me is our US Troops in class action lawsuits.  It should come as no surprise that Obama has successfully failed to exhibit requisite expertise in proposing theorem that will conclude the war in the Middle East that will bring many of our soldiers home.  Therefore, I am compelled to ask, what rights have been preserved for the US Military Forces who may also be entitled to rights in the class action lawsuit that is pending with AT&T Mobility but is unable to make a choice due to the war?

Thank you ever so sincerely for your attention in this highly important matter.

~~Lawfully~~ pending,

Regenia Baker, Republican
Christian Law Science
773.259.3045

Subscribed and sworn to before me
this 3rd day of March 20 10
at Evanston, County of Cook, State of Illinois.

Notary Public

OFFICIAL SEAL
MARIA ORTIZ
Notary Public - State of Illinois
My Commission Expires Jun 12, 2012

Cc:  Support Our Troops, Carella,Byrne,Bain,Gilfillan & Cecchi, Strange & Carpenter, US District Court (New Jersey), FBI(WA) c/o Obama, AT&T, Private Attorneys, National Republican Committee, US Senate

USPS FIRST-CLASS FOREVER

PALATINE IL 600
11 MAR 2010 PM 3 L

Regenia Baker
3530 W Polk Street
Chicago IL 60624

US District Court
District of New Jersey
50 Walnut Street
Newark NJ 07101

0710243595