RECEIVED
MAR 24 2010
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

Mary A. Forbes
617 Old Fields Arch.
Chesapeake, Va. 23320
March 23, 2010

United States District Court
50 Walnut Street
Newark, New Jersey 07101

To Whom it May Concern:

Please exclude me Mary A. Forbes from the AT&T Mobility settlement case. I am 71+ yrs. and have arthritis in my back.

Thanking you in advance
MARY A. FORBES
Mary A. Forbes

Ms. Mary Forbes
617 Old Fields Arch
Chesapeake, VA 23320

United States District Court
50 Walnut Street
Newark, New Jersey 07101

USPS EXPRESS MAIL

Flat Rate Mailing Envelope
For Domestic and International Use
Visit us at usps.com

Place Mailing Label Here:

RECEIVED
MAR 24 2010
AT 8:30
WILLIAM T. WALSH, CLERK

MAKING 3 COPIES.

Visit us at usps.com

EMS

UNITED STATES POSTAL SERVICE

U.S. VIRGIN
MAR

Addressee
Label 11-F.

EXPRESS MAIL
UNITED STATES POSTAL SERVICE
Post Office To Addre

**ORIGIN (POSTAL SERVICE USE ONLY)**
| PO ZIP Code | Day of Delivery | Postage |
| | ☒ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| | Month   Day | $ |
| Mo.   Day   Year | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| Time Accepted ☐ AM ☒ PM | ☐ Noon   ☐ 3 PM | $   $ |
| | Military | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ |
| lbs.   ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**DELIVERY (POSTAL USE ONLY)**
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.   Day |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.   Day |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.   Day |

CUSTOMER USE ONLY

FROM: (PLEASE PRINT)   PHONE (   )

TO: (PLEASE PRINT)   PHONE (   )

FOR PICKUP OR TRACKING: Visit www.usps.com   or   Call 1-800-222-1811

EMS