# RECEIVED

**MAR 2 6 2010**

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

3/24/10

COURT

CLERK OF COURT,
U.S. DISTRICT COURT
FOR THE DISTRICT OF N.J.,
50 WALNUT ST.,
NEWARK, N.J. 07101


REFERENCE: OBJECTION TO THE SETTLEMENT IN HALL, et al. Vs. AT&T MOBILITY LLC.


ANTHONY R. HICKS
P.O.BOX # 1430,
EDISON, N.J. 08818
(732) 986-6798
SIGNATURE _anthony R. Hicks_


DEAR MADAME, OR SIRS,

   REASONS FOR MY OBJECTIONS TO THE SETTLEMENT BECAUSE OF ISSUES RELATING TO EARLY TERMINATION FEES (E.T.F.)s INCLUDE PROBLEMS ORIGINATING PRIOR TO THAT POINT. WITH THE PROCESSES OF ILLEGALITY ARRIVING @ THAT POINT, BREACHES OF CONTRACT, BILLING FRAUD/ STILL THE COLLECTION OF MONIES FOR NO SERVICE INDICATIONS, & CONTINUAL CHARGES/ PAPERWORK SET FORTH AND RETAINED. THESE ISSUES WERE TO ME PARTICULAR @ THAT TIME, APARTMENT HUNTING/ FRUSTRATING & DISTRESSFUL. TO THE POINT OF COMPLAINING TO THE F.T.C. IN ALL THE HECTICITY OF THAT TIME. (A COPY OF LETTER ENCLOSED.)


                    SINCERELY,
                    _anthony R. Hicks_
                    ANTHONY HICKS

9/29/08

FEDERAL TRADE COMMISSION
WASINGTON, D.C.
20580

1(877) F.T.C.- HELP

DEAR MADAME, OR SIRS,

   PLEASE GIVE THIS LETTER YOUR ATTENTION IT IS EXTREMELY IMPORTANT, THE AMOUNT OF DEBT THESE AGENCIES ARE CLAIMING TO EXIST. IS A FRAUDULENTLY OVERSTATEMENT OF THE CORRECT AMOUNT @ ZERO BALANCE.

   AFTER A FORMAL ACKNOWLEDGEMENT OF A LETTER OF CANCELL-ATION ( ENCLOSED ) IT BEDAZZLES ME THAT THESE COMPANIES REPUDIATE THE THOUGHT OF THE TERMINATION OF THESE ACCOUNTS, INSTEAD DENIED. RETRIEVED PAYMENT RECORDS SHOWING PAYMENTS MADE IN SEQUENCE IN AN EFFORT TO MAINTAIN A ZERO BALANCE. AFTER A PAYMENT OF $40.39 WAS MADE A NO SERVICE INDICATION, PRE-CEDED BY A CANCELLATION NOTICE & NOW A $280.77 TOTAL AMOUNT DUE, FOR NOTHING (NON USUAGE) THE PHONE WAS INOPERABLE NO SERVICE INDICATIONS.

   I'D APPRECIATE IF YOUR AGENCY COULD PERHAPS INVESTIGATE & OR CORRECT THESE ERRORS; & IF I COULD KINDLY RECEIVE A RESPONSE I'D APPRECIATE IT IMMENSELY.

                                                        SINCERELY THANKS,

                                                        ANTHONY R. HICKS



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Consumer Response Center

October 22, 2008

Anthony R Hicks
PO Box 1430
Edison, NJ 08818

RE: FTC Ref. No. 20638047

Dear Anthony R Hicks:

Thank you for recent correspondence. The Federal Trade Commission acts in the public interest to stop business practices that violate the laws it enforces. Letters from consumers and businesses are very important to the work of the Commission. They are often the first indication of a problem in the marketplace and may provide the initial evidence to begin an investigation. The Commission does not resolve individual complaints. The Commission can, however, act when it sees a pattern of possible violations developing.

The information you have provided will be recorded in our complaint retention system. This computerized system enables us to identify questionable business practices that are generating numerous complaints and may be in violation of the law.

Thank you for providing information that may be used to develop or support Commission enforcement initiatives.

Sincerely Yours,

Consumer Response Center

A. HICKS
P.O. BOX # 1430,
EDISON, N.J. 08818

DISTRICT COURT

2010 MAR 26  A 9: 07

7009 3410 0002 3039 1866

CERTIFIED MAIL

CLERK OF COURT
U.S. DISTRICT COURT FOR
THE DISTRICT OF N.J.,
50 WALNUT ST.,
NEWARK, N.J. 07101

0710243595 0014

U.S. POSTAGE PAID
EDISON, NJ
08817
MAR 25, '10
AMOUNT
$2.80
0004292938-05