UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*,<br><br>Defendants. | Civil Action No. 07-05325 (JLL)<br><br>**Amended Order Rescheduling Hearing Regarding Final Approval of Proposed Settlement and Related Deadlines** |

**WHEREAS,** this Court has fully considered the Parties' joint request to reschedule the Final Approval Hearing in this matter to allow the completion of class notice, and to adjust other related deadlines, and good cause appearing

IT IS THIS 2nd day of April, 2010

**ORDERED** that the deadlines set forth in the Court's November 4, 2009 Preliminary Approval Order shall be modified as follows:

1. AT&T Mobility LLC shall issue the additional notice set forth in the Parties' joint request on or before April 9, 2010;

2. The objections and exclusions deadlines set forth at Paragraphs 12 and 14 of the Preliminary Approval Order shall be extended to May 18, 2010 for recipients of the additional notice only, with the objections and exclusions deadlines remaining the same for other class members;

3. The deadline for reporting on the number of valid exclusions filed by class members, set forth at Paragraph 12 of the Preliminary Approval Order, shall be extended to May 25, 2010;

4. The deadline for reporting on compliance with the notice requirements, set forth at Paragraph 10 of the Preliminary Approval Order, shall be extended to May 28, 2010;

5. The deadlines for the parties' briefs in support of the settlement, in opposition to any objections, and Class Counsel's Fee and Costs Application, reporting on the number of valid exclusions filed by class members, set forth at Paragraph 16 of the Preliminary Approval Order, shall be extended to June 1, 2010;

6. The deadline for objections to the Fee and Cost Application, set forth at Paragraph 17 of the Preliminary Approval Order, shall be extended to June 4, 2010; and

7. The Final Approval Hearing, set forth at Paragraph 12 of the Preliminary Approval Order, shall be continued to 10:00 a.m. on June 24, 2010.

_____
Linares, D.J.