NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARSON, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 07-5325 (JLL) |
| AT&T MOBILITY LLC, et al., | : |
| | : ORDER |
| Defendants. | : |

**LINARES, District Judge.**

This matter comes before the Court on the Sprint Nextel defendants' Motion for an Order to Show Cause seeking a request for emergent relief to: (1) enjoin a March 5, 2010 Temporary Restraining Order hearing before Judge Winifred Smith in the Superior Court of the State of California; (2) stay the case pending before Judge Smith; and (3) set a schedule for a contempt hearing against certain Settlement Class members and their counsel. The Court having held Defendants' motion in abeyance at Defendants' request and Defendants having not requested further action from this Court,

**IT IS THEREFORE** on this 23rd day of April, 2010,

**ORDERED** that Defendants' motion is DENIED without prejudice to Defendants to request the above referenced relief if and when the facts and procedural posture of this case warrant such relief.

**SO ORDERED.**

Jose L. Linares
United States District Judge