Andrew B. Joseph
William M. Connolly
Matthew J. Fedor
**DRINKER BIDDLE & REATH LLP**
*A Delaware Limited Liability Company*
500 Campus Drive
Florham Park, New Jersey  07932
973.549.7264

*Attorneys for Defendant AT&T Mobility LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BARRY HALL, et al.,**<br><br>                    Plaintiffs,<br><br>         v.<br><br>**AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, et al.,**<br><br>                    Defendants. | Civil Action No. 07-05325 (JLL)<br><br>**NOTICE OF JOINT MOTION TO ENJOIN FURTHER LITIGATION IN** *COLOSIMO V. AT&T MOBILITY LLC*, 2:10-cv-01495-JLL-CCC (D.N.J.)<br><br>**Return Date:  June 7, 2010**<br><br>**Oral Argument Requested** |

   **TO**:   Counsel for all parties in the above-captioned matter

            James S. Notis, Esq. (counsel for Richard J. Colosimo)

            Scott A. Bursor, Esq. (counsel for Richard J. Colosimo)

            Adam Gonnelli, Esq. (counsel for Richard J. Colosimo)

**PLEASE TAKE NOTICE** that, on June 7, 2010 or as soon as counsel may be heard, Defendant AT&T Mobility LLC, by and through its undersigned counsel, will move before the Honorable Jose L. Linares, U.S.D.J., for an order enjoining further litigation in *Colosimo v. AT&T Mobility LLC*, 2:10-cv-01495-JLL-CCC (D.N.J.).

**PLEASE TAKE FURTHER NOTICE** that, Plaintiffs Barry Hall, Roman Sasik, David Dickey, Steven Wright, Jane Waldmann, Robert Wise, Jackie Thurman, Richard Chisolm, Mary Bettsellie (formerly Mary Pitsikoulis), Debra Lively (formerly Debra Lipton), Jacqueline Sims, and Kiisha Orr, by and through their counsel James E. Cecchi of the law firm Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, and Brian Strange of the law firm Strange & Carpenter, have advised that they intend to join this motion.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Defendant relies upon the accompanying memorandum of law, the Declaration of Caroline Mahone-Gonzalez and exhibits thereto, the Declaration of Joel Botzet, and the Declaration of Mitch Farber. A proposed form of order also is enclosed herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

DATED:  May 3, 2010

/s/ Matthew J. Fedor
Andrew B. Joseph
William M. Connolly
Matthew J. Fedor
**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florham Park, New Jersey  07932
973.549.7264

*Attorneys for AT&T Mobility LLC*