UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BARRY HALL, et al.,**<br><br>                    Plaintiffs,<br><br>    v.<br><br>**AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, et al.,**<br><br>                    Defendants. | Civil Action No. 07-05325 (JLL)<br><br>ORDER ENJOINING FURTHER LITIGATION IN *COLOSIMO V. AT&T MOBILITY LLC*, 2:10-cv-01495-JLL-CCC (D.N.J.) |

**LINARES, District Judge.**

**AND NOW**, this ____ day of _____, 2010, upon consideration of the Parties' Joint Motion to Enjoin Further Litigation in *Colosimo v. AT&T Mobility LLC*, 2:10-cv-01495-JLL-CCC (D.N.J.) (the "Motion") and any responses or replies thereto, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that further litigation in the federal court action styled *Colosimo v. AT&T Mobility LLC*, 2:10-cv-01495-JLL-CCC (D.N.J.) is **ENJOINED** until the later of: (a) the expiration of the time in which to appeal the entry of this Court's order granting or denying final approval to the *Hall* settlement; or (b) the resolution of any and all appeals from the entry of this Court's order granting or denying final approval to the *Hall* settlement.

                                                                        **BY THE COURT:**


                                                                        _____
                                                                        **JOSE L. LINARES**
                                                                        **United States District Judge**