Brian R. Strange
**STRANGE & CARPENTER**
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
310.207.5055

James E Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**
5 Becker Farm Rd.
Roseland, New Jersey 07068
973.994.1700
*Attorneys for Plaintiffs*

Andrew B. Joseph
Seamus C. Duffy
William B. Connolly
**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florsham Park, New Jersey 07932
973.549.7264

*Attorneys for Defendants
AT&T Mobility LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*, <br><br> Defendants. | Civil Action No. 07-05325 (JLL) <br><br> **DECLARATION OF JOEL K. BOTZET REGARDING EXCLUSION REQUEST AND OBJECTION REPORT** |

I, JOEL K. BOTZET, declare and say as follows:

1.  I am a Senior Project Administrator with Rust Consulting, Inc. ("Rust Consulting"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402. My telephone number is 612-359-2035. I am over twenty-one years of age and authorized to make this declaration on behalf of Rust Consulting. Except as otherwise stated, I am fully familiar with and have personal knowledge of the matters in this declaration and am competent to testify about them if called upon to do so.

---

DECLARATION OF JOEL K. BOTZET REGARDING EXCLUSION REQUEST AND OBJECTION REPORT
07-05325 (JLL)

2. Rust Consulting was retained by Class Counsel to serve as the Claims Administrator for the Settlement.

3. As of April 26, 2010, Rust Consulting has received 254 Requests for Exclusion from the Settlement Class.

4. As of April 26, 2010, Rust Consulting has received 6 objections to the Settlement either directly or from counsel.

5. As of April 26, 2010, Rust Consulting has not received a Request for Exclusion, an objection or any other written communication from Richard J. Colosimo.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of April 2010, at Minneapolis, Minnesota.

_____
JOEL K. BOTZET