# DrinkerBiddle&Reath LLP

Matthew J. Fedor
973-549-7329 Direct
973-360-9831 Fax
matthew.fedor@dbr.com

500 Campus Drive
Florham Park, NJ
07932-1047

973-360-1100 phone
973-360-9831 fax
www.drinkerbiddle.com

A Delaware Limited
Liability Partnership

May 3, 2010

**VIA ECF AND FEDERAL EXPRESS**

Hon. Jose L. Linares, U.S.D.J.
M.L.K. Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101

Re: **Larson, Hall, et al. [Sampang] v. AT&T Mobility LLC**
**Civil No. 07-5325 (JLL)**

Dear Judge Linares:

We represented AT&T Mobility LLC in the above-captioned matter.

Enclosed for Your Honor's convenience is a courtesy copy of the following papers, which were electronically filed and served today via the Court's ECF system: (1) Notice of Joint Motion to Enjoin Further Litigation in *Colosimo v. AT&T Mobility LLC*, No. 10-cv-01495-JLL-CCC (D.N.J.), (2) Memorandum of Law in Support of Joint Motion; (3) Declaration of Joel Botzet; (4) Declaration of Caroline Mahone-Gonzalez; (5) Declaration of Mitch Farber; (6) Proposed Order; and (7) Certification of Service.

Please contact me if I can be of further assistance.

Respectfully,

Matthew J. Fedor

Enclosures

cc: All counsel as indicated on Certification of Service

Established 1849