| | |
|---|---|
| Andrew B. Joseph<br>William M. Connolly<br>Matthew J. Fedor<br>**DRINKER BIDDLE & REATH LLP**<br>*A Delaware Limited Liability Company*<br>500 Campus Drive<br>Florham Park, New Jersey  07932<br>973.549.7264<br><br>*Attorneys for Defendant AT&T Mobility LLC* | |
| **BARRY HALL, et al.,**<br><br>                Plaintiffs,<br><br>        v.<br><br>**AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, et al.,**<br><br>                Defendants. | Civil Action No. 07-05325 (JLL)<br><br>**CERTIFICATION OF SERVICE** |

1.   I am employed as an associate at the law firm Drinker Biddle & Reath LLP, counsel for Defendant AT&T Mobility LLC, formerly known as Cingular Wireless LLC ("ATTM") in the above-captioned matter.

2.   On May 3, 2010, I caused true and correct copies of the Notice of Joint Motion, the accompanying memorandum of law, the Declaration of Caroline Mahone-Gonzalez and exhibits thereto, the Declaration of Joel Botzet, the Declaration of Mitch Farber, and the proposed form of order to be served on counsel for all parties in the above-captioned action via the Court's ECF system.  I further caused true and correct copies of the foregoing papers to be served on the following counsel for Richard J. Colosimo via United States First Class Mail:

> James S. Notis
> Gardy & Notis, LLP
> 560 Sylvan Avenue

- 2 -

Englewood Cliffs, NJ 07632

Adam Gonnelli
Christopher Marlborough
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017

Scott A. Bursor
Law Offices of Scott A. Bursor
369 Lexington Avenue, 10th Floor
New York, NY 10017

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  May 3, 2010                                                          /s/ Matthew J. Fedor
                                                                             Matthew J. Fedor