James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Stephen A. Weiss
SEEGER WEISS LLP
One William Street
New York, New York 10004
(212) 584-0700

Brian R. Strange
Gretchen Carpenter
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
(310) 207-5055

Paul M. Weiss
George K. Lang
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
(312) 220-0000

Class Counsel

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, *et al.* individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*<br>　　　　　Defendants. | Civil Action No. 07-05325(JLL)<br><br>**NOTICE OF JOINDER** |

　　　　PLEASE TAKE NOTICE that Plaintiffs Barry Hall, Roman Sasik, David Dickey, Steven Wright, Jane Waldmann, Robert Wise, Jackie Thurman, Richard Chisolm, Mary Pitsikoulis, Debra Lipton, Jacqueline Sims, and Kiisha Orr hereby join AT&T's motion to stay *Colosimo v. AT&T Mobility LLC*, Civil Action No. 10-1495(JLL), Docket Entry 508.

　　　　　　　　　　　　　　　　CARELLA, BYRNE, CECCHI,
　　　　　　　　　　　　　　　　OLSTEIN, BRODY & AGNELLO, P.C.
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs


　　　　　　　　　　　　　　　　By:　　/s/ Lindsey H. Taylor　　　
　　　　　　　　　　　　　　　　　　　LINDSEY H. TAYLOR

Dated: May 4, 2010