UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 07-05325 (JLL)<br><br><br>**ORDER AMENDING CERTAIN<br>SETTLEMENT RELATED DEADLINES** |

**WHEREAS**, this Court has fully considered the Parties' joint request to reschedule the certain settlement related deadlines for the AT&T Mobility settlement, and good cause appearing,

IT IS THIS 24th day of May, 2010

**ORDERED** that the following settlement related deadlines shall be modified as follows:

　　1.　　The deadline for the filing of briefs in support of the settlement, in opposition to any objections, and Class Counsel's Fee and Costs Application, shall be extended to June 10, 2010;

　　2.　　The deadline for objections to the Fee and Cost Application shall be extended to June 17, 2010.

　　3.　　All other scheduled dates, including the Final Approval Hearing scheduled for 10:00 a.m. on June 24, 2010, shall remain unchanged.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOSE L. LINARES, U.S.D.J.