| | |
|---|---|
| Brian R. Strange<br>**STRANGE & CARPENTER**<br>12100 Wilshire Blvd., Suite 1900<br>Los Angeles, California 90025<br>310.207.5055<br><br>James E Cecchi<br>Lindsey H. Taylor<br>**CARELLA, BYRNE, BAIN,<br>GILFILLAN, CECCHI, STEWART &<br>OLSTEIN**<br>5 Becker Farm Rd.<br>Roseland, New Jersey 07068<br>973.994.1700<br>*Attorneys for Plaintiffs* | Andrew B. Joseph<br>Seamus C. Duffy<br>William B. Connolly<br>**DRINKER BIDDLE & REATH LLP**<br>500 Campus Drive<br>Florsham Park, New Jersey 07932<br>973.549.7264<br><br>*Attorneys for Defendants<br>AT&T Mobility LLC* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*,<br><br>Defendants. | Civil Action No. 07-05325 (JLL)<br><br>**DECLARATION OF JOEL K. BOTZET REGARDING EXCLUSION REQUEST REPORT** |

I, JOEL K. BOTZET, declare and say as follows:

1.  I am a Senior Project Administrator with Rust Consulting, Inc. ("Rust Consulting"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402. My telephone number is 612-359-2035. I am over twenty-one years of age and authorized to make this declaration on behalf of Rust Consulting. Except as otherwise stated, I am fully familiar with and have personal knowledge of the matters in this declaration and am competent to testify about them if called upon to do so.

2. Rust Consulting is the Settlement Administrator for the AT&T Mobility settlement in the above-captioned action. I submit this declaration regarding the Requests for Exclusion Report pursuant to Paragraph 12 of the Court's Preliminary Approval Order dated November 5, 2010, and Paragraph 3 of the Court's Amended Order Rescheduling Hearing Regarding Final Approval of Proposed Settlement and Related Deadlines dated April 2, 2010.

3. As of May 22, 2010, Rust Consulting had received 279 Requests for Exclusion from the settlement class. Of the 279 Requests for Exclusion, 138 met the criteria for exclusion and 141 did not meet the criteria for exclusion. A request for exclusion is deemed by Rust to have met the criteria for exclusion if it: (a) contains unambiguous phrasing stating that exclusion is sought; (b) provides an AT&T Mobility mobile telephone number; (c) bears a signature; and, (d) was timely submitted to the Settlement Administrator. A list of the names of the persons who submitted Requests for Exclusion, along with an indicator of whether or not the Request for Exclusion met the criteria for exclusion, is attached hereto as Exhibit A.

4. As of May 22, 2010, Rust Consulting had received 4 untimely requests for exclusion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of May, 2010, at Minneapolis, Minnesota.

_____
JOEL K. BOTZET

# EXHIBIT A

| Hall v. AT&T Mobility Exclusion Requests ||||
|---|---|---|---|
| Requests for Exclusion Which Meet Exclusion Criteria ||||
| 1 | AHMAD RAMI HIJAZI | 70 | JOSE CIRINO MATOS |
| 2 | ALAN H KATZ | 71 | JOSEPH RIGALI AND MARK GEHRET |
| 3 | ALICE LAURETA | 72 | JUDY T SEGARS |
| 4 | ALLYSON KUGA | 73 | JULIANA E PENA FALCON |
| 5 | ANGELA REL | 74 | JUSTIN GLENN ALLEN |
| 6 | ANGELICA L RYBANDT | 75 | KATY PELTON |
| 7 | ANNE JOHNSON | 76 | KEVIN MCINTYRE |
| 8 | ANTHONY MORALES | 77 | KIM GROVE |
| 9 | ARMANDO RODRIGUEZ | 78 | LANA ANDREAN |
| 10 | ASTRID MENDOZA | 79 | LEA ALBU |
| 11 | BARBARA D ROSSI | 80 | LEAH M NICHOLLS |
| 12 | BARBARA FISHBURN | 81 | LEANNE HICKS |
| 13 | BLAIN ALAN JOHNSON | 82 | LEANNE T L'HOMMEDIEU |
| 14 | BONNIE L FRANKENBERG | 83 | LEDA SOUKDHAYSONG |
| 15 | BRIAN P O'CONNOR | 84 | LESLIE BERNARDI |
| 16 | CANDY WILLIAMS | 85 | LETICIA HERNANDEZ |
| 17 | CARRIE HIGO | 86 | LIL CLARK |
| 18 | CATHERINE KERN | 87 | LINDA KELLER |
| 19 | CATHERINE SANTHUFF | 88 | LISA LEPPO |
| 20 | CHARLES PULSFORD | 89 | LOAIDI LOPEZ |
| 21 | CHRISTINA AKPIK | 90 | LORNE GREER |
| 22 | CHRISTINA MTPLEASANT | 91 | MACKLYN B LABIT |
| 23 | DAIRA F VAELLO ESQ | 92 | MARGARET H FRIEND |
| 24 | DALE AND ETHEL OLSON | 93 | MARK HAYWOOD |
| 25 | DAMAMS P GARCIA AND PAULA P LOYA | 94 | MARVIN COLE |
| 26 | DAVID C EMERY | 95 | MICHAEL & CAROL VICKERY |
| 27 | DAVID FELDMAN | 96 | MICHAEL F BECKER AND JESSICA A BECKER |
| 28 | DAVID PHEIL | 97 | MIKE & KAYE SHERMAN |
| 29 | DEBBIE POTTS | 98 | MITCHELL D COFFMAN |
| 30 | DEBORAH GOLDSTEIN | 99 | PATSYE LIVELY |
| 31 | DEBORAH KRIER | 100 | PAUL BUCKLES |
| 32 | DENISE LEE | 101 | RAFAEL GUTIERREZ |
| 33 | DEREK SANDERS | 102 | RALPH HARGRAVE |
| 34 | DIANE STURMS | 103 | RICK &KITTY RICCI |
| 35 | DJUANA STOAKLEY | 104 | RIKU WIESEL |
| 36 | DORIS A PAETOW AND PAULD F PAETOW | 105 | ROBERT NARDIL |
| 37 | DUHAMEL A ROSARIO CRESPO | 106 | RODERICK J HOUSTON |
| 38 | DULCE BOMIENTOS | 107 | ROMAN HERNANDEZ |
| 39 | ELIZABETH C PILESKI | 108 | SARAI ROMAN ROMAN |
| 40 | ELIZABETH GRAFTON | 109 | SCOTT F BIENIEK |
| 41 | ELIZABETH J BARADI | 110 | SCOTT M LANGERMAN P.E. AND L KATHLEEN LANGERMAN |
| 42 | ELSA S SCHUBERT | 111 | SHELBY S MIER |
| 43 | EMILIA JANEKE | 112 | SHELDON A MINER |
| 44 | EMILY MUSCOLINO | 113 | SIAN FANG |
| 45 | EUGENE REIFF | 114 | SOLEE BUTLER |
| 46 | EVAN WESTSTRATE | 115 | SRIDHAR KRISHNAN |
| 47 | FLORBEL SEGURA | 116 | STEVE BALLIETTE |
| 48 | FRANCES M MOWER | 117 | STEVE CHIANG |
| 49 | FRANCINE SAPONE | 118 | STEVEN SPARKS |
| 50 | GEORGE BARRY | 119 | SUE LEE |
| 51 | GERALD T LIOY | 120 | TAMMY G WILLIAMS |
| 52 | GREGORY KUEHMICHAEL | 121 | TANISHA M GRIMES |
| 53 | HINA PATEL | 122 | TERRIS L HANSON |
| 54 | JADE NAAMAN | 123 | THOMAS A KNOTT |
| 55 | JANE D NETTESHEIM | 124 | THOMAS A NOSTIN |
| 56 | JEAN RUSH | 125 | THOMAS J KAPSNER |
| 57 | JENNIE BRUCE | 126 | TIMOTHY HURNE |
| 58 | JEREMY DILLON | 127 | TRACY CARTER |
| 59 | JIMMIE L LANPHIER JR & BARBARA LANPHIER | 128 | TRIVONA K STEGMAN |
| 60 | JOE C KUNKEL | 129 | TROY FLEMING |
| 61 | JOE SENSENIG | 130 | VICTOR CINTRON |
| 62 | JOEL D LUCOFF & NANCY M VALENCIA | 131 | VIJAY BHASKAR ESSAIGNANAM |
| 63 | JOELLE DIXON | 132 | VIRGINIA ALVAREZ |
| 64 | JOHANNA DILORENZO | 133 | VIRGINIA JONES |
| 65 | JOHN BREON | 134 | WANDA H CULPEPPER |
| 66 | JOHN C FRANK | 135 | WING SZE IP |
| 67 | JOHNNY BRUNO | 136 | WOLFE LAW GROUP LLP, SCOTT WOLFE JR |
| 68 | JONAS GREEN & DAFNA HOPENSTAND | 137 | ZEHRA SALAHUDDIN |
| 69 | JONATHAN SATO | 138 | ZORAIDA JIMINEZ |

## Hall v. AT&T Mobility
## Exclusion Requests
### Requests for Exclusion Which Do Not Meet Exclusion Criteria

| # | Name | # | Name |
|---|---|---|---|
| 1 | AIDA I SANTIAGO VEGA | 71 | JUDITH CARTER |
| 2 | ALICE WARD | 72 | KAREN D ROBY |
| 3 | AMELIA S GACUYA | 73 | KEITH AND DONNA BLANTON |
| 4 | ANDREW D CARR | 74 | KIMBERLY JACKSON |
| 5 | ANGELA FREEMAN | 75 | KOCH COMPANIES PUBLIC SECTOR LLC |
| 6 | ANGELICA BURTON | 76 | KOCH COMPANIES PUBLIC SECTOR LLC |
| 7 | ANNIE R BEST | 77 | KRISTY CARDENAS |
| 8 | ANTHONY R HICKS | 78 | LITA BARRERAS |
| 9 | ANTONIA QUIROZ | 79 | LOIS J PICKETT |
| 10 | BARBARA R BLAIN | 80 | LOIS J ROSS |
| 11 | BERNICE SCOTT | 81 | LOLA M NELSON |
| 12 | BERTA ALICIA VIDES | 82 | LYDIA NORMAN |
| 13 | BERTHA A MEDINE | 83 | MARGUERITE M GEDEON |
| 14 | BERTHA CAIN | 84 | MARIE A MORELLO |
| 15 | BERTHA J MCGOWAN | 85 | MARIE MCDONNELL |
| 16 | BETH TESHUA HAM | 86 | MARTHA AGUILAR |
| 17 | BETTY P JOHNSON | 87 | MARTIN N ZABARSKY |
| 18 | BRANDON HILLARD | 88 | MARY A FORBES |
| 19 | CARL C CHANDLER JR | 89 | MAXINE HUTCHINSON |
| 20 | CARLEEN A FLANAGIN | 90 | MELISSA CARRASCO |
| 21 | CARLOS BARRANTES | 91 | MICHELLE HOWARD |
| 22 | CATHERINE SLIVA | 92 | MICHELLE S ZOELLER |
| 23 | CHAD & LINA SLOAN | 93 | MS R E TESINSKY |
| 24 | CHARLES BAGBY | 94 | MYA MITCHUM |
| 25 | CINDY ROGER | 95 | NANCY L NEINZ |
| 26 | CYNTHIA LEHMAN | 96 | NATALIYA V ARTEMIEVA |
| 27 | DANIEL AND CARYN SKUPIEN | 97 | NATHANIEL SEABROOK JR |
| 28 | DANIEL B HUGHES | 98 | NEAH FRANKLIN |
| 29 | DAVID CARR | 99 | OSCAR A CEDENO |
| 30 | DAVID WELLS | 100 | PAMELA K BURRELL |
| 31 | DEBBIE KNAPP | 101 | PAMELA S FARLY |
| 32 | DIA VANG | 102 | PATRICIA ANGE |
| 33 | DIANE COCHRAN | 103 | PATRICIA CASUROLE |
| 34 | DIANE L DAVIS | 104 | PATRICK MOTLEY |
| 35 | DONALD SCHARF | 105 | PEGGY NEWMAN |
| 36 | DONNA HERON | 106 | PEGGY TALEHO |
| 37 | DORIS L MEADS | 107 | PEGGY WILSON AND RICHARD O WILSON |
| 38 | E.W. TOMPKINS JR | 108 | PETER VON LAUDERMANN |
| 39 | ELIZABETH NEESE | 109 | RACHEL L SHAFFER |
| 40 | ELMA WILLIAMS | 110 | REGINALD C KEYES |
| 41 | ELSA LIRA | 111 | REV. DAVID IRVIN |
| 42 | EMANUEL CAIN | 112 | RICARDO PADILLA |
| 43 | EMMA LOPEZ | 113 | RICHARD BASSETT |
| 44 | ENRIQUE VALDES | 114 | RICHARD L SHAFFER |
| 45 | ERIC S MARTIN | 115 | ROBERT GUY BAILEY |
| 46 | ETTA JEAN BRIGGS | 116 | RODOLFO MARTINEZ |
| 47 | EZRA E STANDAFER | 117 | ROSA HARRIS |
| 48 | FLORENCE NEAL | 118 | RUSSELL KREPFLE |
| 49 | FLORINE SANDERS | 119 | RUTH P MCMANOS |
| 50 | GENEVA GILBREATH | 120 | SANDRA J STRAWER |
| 51 | GEORGINA RAMIREZ | 121 | SCOTT POOLE |
| 52 | GOODRICH | 122 | SELTA SAUCEDO |
| 53 | GREG KENDALL | 123 | SHEILA BLONDER |
| 54 | GREGORY A PETERS | 124 | SHIRLEY SMALL |
| 55 | GREGORY DEBROS | 125 | SILVIA SALABARRIA |
| 56 | HANS P DELCID | 126 | SONGKRAN CHIMKIT |
| 57 | HEATHER ROWAN | 127 | SR SAUL RIVERA CABA |
| 58 | HERBERT B PIERSON | 128 | SR SAUL RIVERA CABAN |
| 59 | IRENE D LOVELL | 129 | SRA ANA LUISA DE RIVERA |
| 60 | JACOBUS ALBERTS | 130 | SRTA MARIA L JUSINO TORRES |
| 61 | JAMES JACKSON II | 131 | STELLA CHIU |
| 62 | JAMES LASKA | 132 | SUSAN POE |
| 63 | JEAN RICHARDS | 133 | TAMARA GAFFORD |
| 64 | JEFFREY PIETRAS | 134 | TERESA CAZARES |
| 65 | JERRY AND BRIGITE DOLPHIN | 135 | THELMA LEE VERNATTI |
| 66 | JESUS RUIZ | 136 | THERESA HOWLE |
| 67 | JOHN W CUDDY | 137 | THUY PHAM |
| 68 | JOHN WITWER | 138 | TIM HANCOCK |
| 69 | JONATHAN SATO TRUSTEE FOR THE REVOCABLE LIVING TRUST OF HENRY SATO AND TERUKO TAKAKURA SATO | 139 | VERNON C JONES |
| 70 | JONES AMPONAL | 140 | W HAUGHBROOK |
|  |  | 141 | WANDA WARREN |