Brian R. Strange
**STRANGE & CARPENTER**
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
310.207.5055

James E Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, BAIN,**
**GILFILLAN, CECCHI, STEWART &**
**OLSTEIN**
5 Becker Farm Rd.
Roseland, New Jersey 07068
973.994.1700
*Attorneys for Plaintiffs*

Andrew B. Joseph
Seamus C. Duffy
William B. Connolly
**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florsham Park, New Jersey 07932
973.549.7264

*Attorneys for Defendants*
*AT&T Mobility LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, *et al.,* | Civil Action No. 07-05325 (JLL) |
| Plaintiffs, | **DECLARATION OF JOEL K. BOTZET REGARDING SETTLEMENT ADMINISTRATION SERVICES AND COMPLIANCE AND CAFA MAILING** |
| v. | |
| AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.,* | |
| Defendants. | |

I, JOEL K. BOTZET, declare and say as follows:

1.    I am a Senior Project Administrator with Rust Consulting, Inc. ("Rust Consulting"). My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402. My telephone number is 612-359-2035. I am over twenty-one years of age and authorized to make this declaration on behalf of Rust Consulting. Except as otherwise stated, I am fully familiar with and

have personal knowledge of the matters in this declaration and am competent to testify about them if called upon to do so.

2.     Rust Consulting is the Settlement Administrator for the AT&T Mobility LLC ("AT&T Mobility" or "ATTM") settlement in the above-captioned action.  Rust Consulting has extensive experience in class action matters, having provided services in class actions involving antitrust, securities fraud, property damage, employment discrimination, product liability, insurance and consumer issues.  Combined, we have provided services in more than 2,500 matters, including: *In re Compact Disc Minimum Advertised Price Antitrust*, MDL No. 982 (U.S. Dist. Ct. W.D. Pa.), music products price-fixing settlement; *In re Waste Management, Inc. Securities Litigation,* Master File Number H-99-2183, securities settlement; *McNeil v. American General Life & Accident Co.*, Case No. 3-99-1157 (U.S. Dist. Ct. M.D. Tenn. Nashville Div.), industrial life insurance settlement; *Naef v. Masonite Corp.*, No. 94-4033 (Ala. Cir. Ct., Mobile Co.), hardboard siding defective product settlement; *In re FTD.COM, Inc. Shareholders Litigation,* Consolidated C.A. No. 19458-NC, securities settlement; *In re Metropolitan Life Ins. Co.*, Misc. Docket No. 96-179 MDL No. 1091 (U.S. Dist. W. D. Pa.), life insurance market conduct settlement; *Benacquisto v. American Express Financial Corp.*, No. 00-1980 DSD, No. 96-18477, No. 97-4742, No. 98-15681 (U.S. Dist. Ct., D. Minn.), annuity and life insurance and market conduct settlements; *Coordination Proceedings Special Title (Rule 1550(b)) Microsoft I-V Cases*, Case No. J.C.C.P. No. 4106 (Sup. Ct., San Francisco, Cal.), consumer software settlement; and numerous other cases.

3.     I submit this declaration regarding settlement administration services pursuant to Paragraph 10 of the Court's Preliminary Approval Order dated November 5, 2010 ("Preliminary Approval Order"), and Paragraph 4 of the Court's Amended Order Rescheduling Hearing Regarding Final Approval of Proposed Settlement and Related Deadlines dated April 2, 2010.

- 2 -

4.    Rust Consulting has been engaged by Class Counsel to provide settlement administration services in the *Hall v. AT&T Mobility LLC* Settlement ("Settlement") in accordance with the Court's Preliminary Approval Order.   Rust Consulting's administrative responsibilities have included the following:

   a.   Assume the role of Settlement Administrator;

   b.   Review of the proposed forms of class notice;

   c.   Arrange for mailing of the CAFA Notice on behalf of defendant AT&T Mobility;

   d.   Obtain a post office box for receiving requests for exclusion, undeliverable mail, and other correspondence about the proposed Settlement;

   e.   Maintain the settlement website (www.attmetfsettlement.com) and posting of the long-form Publication Notice in accordance with the Court's Order;

   f.   Establish an automated toll-free telephone support line (1-888-228-0885);

   g.   Design and program systems for the claims database;

   h.   Arrange for the printing and mailing of the Mail Notice;

   i.   Arrange for publication of the short-form Publication Notice; and,

   j.   Obtain a certified English-to-Spanish translation for the Spanish language notice issued by AT&T Mobility.

## CAFA NOTICE MAILING

5.    Pursuant to the requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), Rust Consulting, on behalf of the defendant AT&T Mobility, served notice of the settlement of this matter, via Certified Mail on September 24, 2009, upon the appropriate federal and state officials defined by CAFA (hereafter referred to as the "CAFA Notice").   A true and correct copy of the CAFA Notice that was served on the appropriate federal and state officials is attached as Exhibit A.  A list of the officials upon whom the CAFA Notice was served is attached as

- 3 -

Exhibit B. The CAFA Notice was served along with a CD containing electronic PDF copies of the pleadings and documents. A list of the documents included in the mailing is attached as Exhibit C. Rust Consulting confirmed that each CAFA Notice was delivered at the addressee's office.

## PRINTING AND MAILING OF THE MAIL NOTICE

6.      Working with counsel, Rust Consulting formatted the Court-approved Mail Notice for mailing. After receiving approval from counsel, a sufficient number of Mail Notices were printed according to the anticipated class size.

7.      Huron Consulting Group, data consultant to ATTM on this matter, provided Rust Consulting with records for a total of 1,234,440 accounts containing names and last known addresses for the ETF Payer Class Member List. Rust Consulting verified and updated the ETF Payer Class Member List address information through the National Change of Address database ("NCOA"). NCOA contains all requested changes of address which have been filed within the last forty-eight months with the United States Postal Service and are currently in effect. Addresses from the Class Member list were cross-referenced with addresses found in the NCOA cards filed with the United States Postal Service. The Coding Accuracy Support System ("CASS") was also utilized to standardize the addresses in the Class Member List to ensure that they conformed to National Postal Service Rules by using a computer program designed for that purpose. After elimination of duplicate records, the ETF Payer Class Member List consisted of 1,177,231 records.

8.      Rust Consulting retained a printing and mailing service to print and mail individual Mail Notices. Rust Consulting oversaw the print and mail process.

9.      Pursuant to paragraph 10(a) of the Court's Order of November 4, 2009, preliminarily approving the Settlement, between January 29, 2010 and February 12, 2010, Rust Consulting caused a total of 1,177,231 Mail Notices to be mailed by First-Class Mail to the Persons on the ETF

- 4 -

Payer Class Member List.  A copy of the Mail Notice is attached as Exhibit D.

### PUBLICATION OF THE SHORT-FORM PUBLICATON NOTICE

10.     Pursuant to paragraph 10(c) of the Court's Order of November 4, 2009, preliminarily approving the Settlement, Rust Consulting caused the short-form Publication Notice to be published in seven newspapers (the *Dallas Morning News*, the *New York Times*, the *Los Angeles Times*, the *Chicago Tribune*, the *Philadelphia Inquirer*, the *San Francisco Chronicle*, and the *Washington Post*) for two consecutive weeks, on January 11, 2010 and January 18, 2010.  The short-form Publication Notice was also published in *USA Weekend* on January 10, 2010 and in *Parade* magazine on January 17, 2010.  A copy of the short-form Publication Notice is attached as Exhibit E to this declaration.  A list describing the newspapers, the publication dates and locations where the short-form Publication Notices appeared within the newspapers is attached to this declaration as Exhibit F.

### SETTLEMENT WEBSITE (www.attmetfsettlement.com)

11.     Rust Consulting created and continues to maintain the settlement website.  The following internet address was reserved, www.attmetfsettlement.com.  The Internet address is provided in the Notice and on the automated Interactive Voice Response System.  The website has the long-form Publication Notice, Order Granting Preliminary Approval to Proposed Settlement, the Settlement Agreement, Plan of Allocation, Claim Form with instructions, answers to frequently asked questions, and contact information for the Settlement Administrator and Class Counsel posted in English and Spanish.  In addition, an electronic Claim Form allows Class Members to file claims online in English and in Spanish.

12.     As of May 22, 2010, there have been 230,429 unique visits to the website.

- 5 -

## INCOMING MAIL

13.     Rust Consulting established a post office box, P.O. Box 2266, Faribault, MN 55021-2386, for receipt of Claim Forms, requests for exclusion from the class, and other correspondence. Mail received at the post office box is collected and processed daily.

## TELEPHONE SUPPORT

14.     A toll-free telephone number was established and identified in the Notice and website for the purpose of allowing potential Class Members to call and receive information regarding the Settlement.  The toll-free telephone established is 1-888-228-0885.

15.     The toll-free number connects callers with an automated Interactive Voice Response system that provides a recorded message including a brief summary of the proposed Settlement and the option to select one of several more detailed recorded messages addressing frequently asked questions in English and Spanish.  Callers also have the option of requesting a Notice and Claim Form.  The toll-free line and recorded information is open 24 hours a day, 7 days a week.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 28th day of May 2010, at Minneapolis, Minnesota.


_____
                JOEL K. BOTZET

- 6 -

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, et al.,<br><br>Defendants. | Civil Action No. 07-05325 (JLL) |

### DEFENDANT AT&T MOBILITY LLC'S NOTICE OF
### CLASS SETTLEMENT PURSUANT TO 28 U.S.C. § 1715

Defendant AT&T Mobility LLC, by its undersigned attorneys and on behalf of itself and its predecessor entities ("Defendants"), hereby gives notice pursuant to 28 U.S.C. § 1715, part of the Class Action Fairness Act, codified in scattered sections of 28 U.S.C., of the proposed settlement (the "Settlement") of the above-captioned class action (the "Action") as follows.

By way of background, the Action is pending before the Honorable Jose L. Linares in the United States District Court for the District of New Jersey, and alleges that Defendants assessed, and in some cases collected, a flat-rate early termination fee ("ETF") from its subscribers in violation of various state and federal laws, and that certain of Defendants' subscriber contracts contain flat-rate ETF provisions that are unlawful under various state and federal laws. Defendants have denied these claims and have raised a number of legal and factual defenses about the legality of its rate structure. Moreover, since May 2008, Defendants have not charged flat-rate ETFs to new or renewing customers. Instead, Defendants charge such customers an ETF that is progressively lowered for every month of the contract term. *See, e.g.*, Press Release, AT&T Announces New Approach to Early Termination Fees (March 31, 2008), available at

http://www.att.com/gen/press-room?pid=4800&cdvn=news&newsarticleid=25390.   In order to avoid a potentially lengthy and distracting dispute over their former flat-rate ETF policy, Defendants have now agreed to settle these claims.  A motion for preliminary approval of the settlement was filed with the Honorable Jose L. Linares of the United States District Court for the District of New Jersey on September 15, 2009, not more than ten days ago.

This settlement is the product of an arms-length negotiation and multiple mediation sessions before a neutral mediator.  Pursuant to the settlement, notice to the class will be provided by direct mailings and bill inserts, publication in various print media, and on a dedicated settlement website.  Settlement Class Members may opt out of the settlement and, if they choose not to opt out, may object to the settlement and/or make a claim for monetary and/or non-monetary relief, including AT&T Long Distance Calling Cards or conversion of the ETF provision in their existing wireless service agreements from Defendants' former flat-rate ETFs to Defendants' new declining ETF.  The Defendants will bear certain costs of notice and will establish a settlement fund in the amount of $16,000,000 in cash and $2,000,000 in non-cash compensation for purposes of paying class claims, paying other costs of notice, paying costs of claims administration, and paying any awards of attorneys' fees and costs to be approved and awarded by the Court.

The foregoing is a short summary of the proposed settlement.  Detailed information about the Settlement can be found in the Settlement Agreement and the various other documents contained in the enclosed CD.

In accordance with 28 U.S.C. § 1715(b)(1)-(b)(8), Defendants state as follows:

1.     The enclosed CD contains copies of the Complaint, First Amended Complaint, Second Amended Complaint, and Third Amended Complaint (and any materials filed therewith)

in Hall v. AT&T Mobility LLC, No. 07-5325 (D.N.J) (JLL) (Exhibits 1, 2, 3 & 4). For ease of reference, the enclosed CD also contains copies of the operative complaints in the actions designated as "Related Actions" in the Settlement Agreement, namely: Sasik et al. v. AT&T Wireless Services, Inc., No. 2:05-CV-2346-ABC (CWx) (C.D. Cal.) (Exhibit 5); Waldmann et al. v. Cingular Wireless LLC, No. 2:07-CV-05087-ABC (CWx) (C.D. Cal.) (Exhibit 6); Dias et al. v. AT&T Wireless Services, Inc. et al., No. BC316195 (Calif. Super. Ct., Los Angeles County) (Exhibits 7 & 8); Kinkel v. Cingular Wireless LLC, AAA WIA No. 11 494 02646 06 (AAA Arbitration) (Exhibit 9); Cherrigan et al. v. AT&T Wireless Services, et al., JCCP 4332 (Calif. Super. Ct., Alameda County) (Exhibit 10); Ayyad et al. v. Cingular Wireless LLC et al., JCCP 4332 (Calif. Super. Ct., Alameda County) (Exhibit 11); and Graber v. AT&T Wireless PCS, LLC et al., No. 50 2004CA004650MB(AI) (Florida Circuit Ct., Palm Beach County) (Exhibit 12).

2.    As of the date of this Notice, the Court has scheduled a preliminary approval hearing for October 19, 2009. The Court sits in the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101. The Court has not yet scheduled a final approval hearing in connection with the proposed settlement.

3.    The enclosed CD contains copies of the various proposed notifications to class members of the proposed settlement and their right to request exclusion from and object to the settlement. *See* Motion for Preliminary Approval of Settlement and Exhibits Thereto dated September 15, 2009 (attached collectively as Exhibit 13)

4.    The enclosed CD contains a copy of the proposed settlement agreement and any exhibits thereto and any related agreements and any exhibits thereto. *See* Exhibit 13.

3

5.   The parties' entire agreement is set forth in the enclosed proposed settlement agreement and related agreements.  There are no other contemporaneously made agreements.

6.   The Court has not issued a final judgment order and the parties have not filed a notice of dismissal.

7.   It is not currently feasible to provide the names of class members who reside in each State and their estimated proportionate share of the entire settlement.  Accordingly, the enclosed CD contains a reasonable estimate of the number of current customers residing in each State and their estimated proportionate share of the settlement.   In order to provide this information in a timely manner without potential public disclosure of confidential and proprietary business information, this estimate is based on publicly-available marketing data. *See* Current AT&T Mobility LLC Subscribers By State (attached hereto as Exhibit 14)

8.   As of the date of this letter, there are no written judicial opinions relating to the materials described in paragraphs (3) through (6), pertaining to subparagraphs (3) through (6) of 28 U.S.C. § 1715(b).

DATED:  September 24, 2009

DRINKER BIDDLE & REATH LLP

By:   _____
     ANDREW B. JOSEPH
     500 Campus Drive
     Florham Park, New Jersey 07932
     Tel: (973) 549-7264

     *Attorneys for Defendants*

4

# EXHIBIT B

## Hall v. AT& T Mobility
## CAFA Mailing List

| AddressName | LetterName | Title\Position |
|---|---|---|
| HON. TROY KING | Troy King | ALABAMA OFFICE OF THE ATTORNEY GENERAL |
| HON. DANIEL S. SULLIVAN | Daniel S. Sullivan | ALASKA OFFICE OF THE ATTORNEY GENERAL |
| HON. TERRY GODDARD | Terry Goddard | ARIZONA OFFICE OF THE ATTORNEY GENERAL |
| HON. DUSTIN McDANIEL | Dustin McDaniel | ARKANSAS OFFICE OF THE ATTORNEY GENERAL |
| HON. EDMUND G BROWN | Edmund G Brown | CALIFORNIA ATTORNEY GENERAL |
| HON. JOHN SUTHERS | John Suthers | COLORADO OFFICE OF THE ATTORNEY GENERAL |
| HON. RICHARD BLUMENTHAL | Richard Blumenthal | CONNECTICUT OFFICE OF THE ATTORNEY GENERAL |
| HON. JOSEPH "BEAU" BIDEN III | Joseph "Beau" Biden III | DELAWARE OFFICE OF THE ATTORNEY GENERAL |
| HON. PETER NICKLES | Peter Nickles | DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL |
| HON. BILL MCCOLLUM | Bill McCollum | FLORIDA OFFICE OF THE ATTORNEY GENERAL |
| HON. THURBERT E. BAKER | Thurbert E. Baker | GEORGIA OFFICE OF THE ATTORNEY GENERAL |
| HON. MARK J. BENNETT | Mark J. Bennett | HAWAII OFFICE OF THE ATTORNEY GENERAL |
| HON. LAWRENCE WASDEN | Lawrence Wasden | IDAHO OFFICE OF THE ATTORNEY GENERAL |
| HON. LISA MADIGAN | Lisa Madigan | ILLINOIS OFFICE OF THE ATTORNEY GENERAL |
| HON. GREG ZOELLER | Greg Zoeller | INDIANA OFFICE OF THE ATTORNEY GENERAL |
| HON. TOM MILLER | Tom Miller | IOWA OFFICE OF THE ATTORNEY GENERAL |
| HON. STEPHEN SIX | Stephen Six | KANSAS OFFICE OF THE ATTORNEY GENERAL |
| HON. JACK CONWAY | Jack Conway | KENTUCKY OFFICE OF THE ATTORNEY GENERAL |
| HON. JAMES CALDWELL | James Caldwell | LOUISIANA OFFICE OF THE ATTORNEY GENERAL |
| HON. JANET MILLS | Janet Mills | MAINE OFFICE OF THE ATTORNEY GENERAL |
| HON. DOUGLAS F. GANSLER | Douglas Gansler | MARYLAND OFFICE OF THE ATTORNEY GENERAL |
| HON. MARTHA COAKLEY | Martha Coakley | MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL |
| HON. MIKE COX | Mike Cox | MICHIGAN OFFICE OF THE ATTORNEY GENERAL |
| HON. LORI SWANSON | Lori Swanson | MINNESOTA OFFICE OF THE ATTORNEY GENERAL |
| HON. JIM HOOD | Jim Hood | MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL |
| HON. CHRIS KOSTER | Chris Koster | MISSOURI OFFICE OF THE ATTORNEY GENERAL |
| HON. STEVE BULLOCK | Steve Bullock | MONTANA OFFICE OF THE ATTORNEY GENERAL |
| HON. JON BRUNING | Jon Bruning | NEBRASKA OFFICE OF THE ATTORNEY GENERAL |
| HON. CATHERINE CORTEZ MASTO | Catherine Cortez Masto | NEVADA OFFICE OF THE ATTORNEY GENERAL |
| HON. MICHAEL DELANEY | Michael Delaney | NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL |
| HON. ANNE MILGRAM | Anne Milgram | NEW JERSEY OFFICE OF THE ATTORNEY GENERAL |
| HON. GARY KING | Gary King | NEW MEXICO OFFICE OF THE ATTORNEY GENERAL |
| HON. ANDREW CUOMO | Andrew Cuomo | NEW YORK OFFICE OF THE ATTORNEY GENERAL |
| HON. ROY COOPER | Roy Cooper | NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL |
| HON. WAYNE STENEHJEM | Wayne Stenehjem | NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL |
| HON. RICHARD CORDAY | Richard Corday | OHIO OFFICE OF THE ATTORNEY GENERAL |
| HON. W.A. DREW EDMONDSON | W.A. Drew Edmonson | OKLAHOMA OFFICE OF THE ATTORNEY GENERAL |
| HON. JOHN KROGER | John Kroger | OREGON OFFICE OF THE ATTORNEY GENERAL |
| HON. TOM CORBETT | Tom Corbett | PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL |
| HON. PATRICK C. LYNCH | Patrick C. Lynch | RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL |
| HON. HENRY MCMASTER | Henry McMaster | SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL |
| HON. MARTY J. JACKLEY | Marty J. Jackley | SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL |
| HON. ROBERT E. COOPER, JR. | Robert E. Cooper, Jr. | TENNESSEE OFFICE OF THE ATTORNEY GENERAL |
| HON. GREG ABBOTT | Greg Abbott | TEXAS OFFICE OF THE ATTORNEY GENERAL |
| HON. MARK L. SHURTLEFF | Mark L. Shurtleff | UTAH OFFICE OF THE ATTORNEY GENERAL |
| HON. WILLIAM H. SORRELL | William H. Sorrell | VERMONT OFFICE OF THE ATTORNEY GENERAL |
| HON. BILL MIMS | Bill Mims | VIRGINIA OFFICE OF THE ATTORNEY GENERAL |
| HON. ROB MCKENNA | Rob McKenna | WASHINGTON OFFICE OF THE ATTORNEY GENERAL |
| HON. DARRELL V. McGRAW Jr. | Darrell V. McGraw Jr. | WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL |
| HON. J. B. VAN HOLLEN | J. B. Van Hollen | WISCONSIN OFFICE OF THE ATTORNEY GENERAL |
| HON. BRUCE A. SALZBURG | Bruce A. Salzburg | WYOMING OFFICE OF THE ATTORNEY GENERAL |
| HON. ERIC HOLDER | Eric Holder | UNITED STATES OFFICE OF THE ATTORNEY GENERAL |
| HON. ANTONIO SAGARDIA | Antonio Sagardia | PUERTO RICO DIRECCIÓN POSTAL |
| HON. VINCENT FRAZER | Vincent Frazer | US VIRGIN ISLANDS OFFICE OF THE ATTORNEY GENERAL |

# EXHIBIT C

## Hall v. AT&T Mobility
## CAFA Mailing Document List

| Exhibit | Document Name |
|---------|---------------|
| 1 | Class Action Complaint and Demand for Jury Trial |
| 2 | First Amended Class Action Complaint and Demand for Jury Trial |
| 3 | Second Amended Class Action Complaint and Demand for Jury Trial |
| 4 | Third Amended Class Action Complaint and Demand for Jury Trial |
| 5 | Third Amended Complaint For Violation of Consumer Projection Acts; Breach of Contract; Declaratory Relief Pursuant to 28 U.S.C. §2201; and Unjust Enrichment |
| 6 | Second Amended Complaint For Violation of Consumer Projection Acts; Breach of Contract; Declaratory Relief Pursuant to 28 U.S.C. §2201; and Unjust Enrichment |
| 7 | Fourth Amended Class Action Complaint for 1. Unlawful Business Practice in Violation of B&PC Section 17200, ET. SEQ. 2. Unlawful Business Practice in Violation of B&PC Section 17500, ET. SEQ. 3. Intentional Misrepresentation of Fact 4. Negligent Misrepresentation of Fact 5. Concealment of Fact 6. Promise Without Intent to Perform 7. Negligence Per Se 8. Unjust Enrichment 9. Breach of Contract |
| 8 | Sixth Amended Class Action Complaint for 1. Unlawful Business Practice in Violation of B&PC Section 17200, ET. SEQ. 2. Unlawful Business Practice in Violation of B&PC Section 17500, ET. SEQ. 3. Concealment of Fact 4. Breach of Contract |
| 9 | Notification Letter of Class Action Arbitration Demand to American Arbitration Association |
| 10 | Fifth Consolidated Amended Complaint [Early Termination Fees] Against AT&T Defendants |
| 11 | Fifth Consolidated Amended Complaint [Early Termination Fees] Against Cingular Defendants |
| 12 | Amended Class Action Complaint for Damages and Demand for Jury Trial |
| 13 | Notice of Joint Motion |
| 14 | Current AT&T Mobility LLC Subscribers by State |

# EXHIBIT D

AT&T MOBILITY ETF SETTLEMENT ADMINISTRATOR
C/O RUST CONSULTING, INC.
PO BOX 2266
FARIBAULT, MN 55021-2386

**If You Paid or Had a Contract Including a Flat-Rate Early Termination Fee from AT&T Mobility,
You May Be Entitled to Benefits from a Class Action Settlement**

PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
Rust Consulting, Inc.

*1 2 3 4 5 6 7 8 9 *

POSTCARD# <<PCN>>
<<NAME LINE>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<CITY>> <<STATE>> <<ZIPCODE>>

## Important Notice from the United States District Court
## for the District of New Jersey about a Class Action Settlement

*Para ver este aviso en español, visto www.ATTMETFsettlement.com/espanol*

A proposed Settlement has been reached in a class action lawsuit against AT&T Mobility LLC ("AT&T Mobility"). The Settlement resolves several other cases that challenge AT&T Mobility's flat-rate early termination fee ("ETF"). The lawsuit claims that AT&T Mobility's flat-rate ETF provision in its wireless telephone service contracts (generally between $150 and $175) is unlawful. AT&T Mobility strongly denies any wrongdoing, but has agreed to settle to avoid the burden and costs of further litigation. **You may be a Class Member if:**

- You subscribed to wireless telephone service from AT&T Mobility or its predecessors and paid or were charged a flat-rate ETF on or at any time after January 1, 1998; OR

- Your contract included a flat-rate ETF provision on or at any time after January 1, 1998.

The purpose of this Notice is to inform you of the settlement so you may decide what to do about it. If the Settlement is approved, a settlement fund of $16,000,000 in cash and $2,000,000 in non-cash benefits will be created. You may submit a claim to receive monetary or other benefits. Claim Forms must be submitted on-line or sent via U.S. Mail with a postmark date on or before **June 14, 2010**, but that deadline may be extended.

- **If you wish to exclude yourself** from the lawsuit and keep your right to sue AT&T Mobility on your own, you must send a request for exclusion to the Settlement Administrator via U.S. Mail with a postmark date on or before **March 24, 2010**. If you do not exclude yourself, you will be bound by the terms of the Settlement and give up your rights to sue in court or arbitration regarding issues in the case.

- **If you do not exclude yourself,** you or your lawyer has the right to appear before the Court and object to the proposed Settlement. Objections must be written and postmarked by **March 24, 2010**. Objections to the application for attorneys' fees and expenses must be received by **April 12, 2010**. You will be bound by the terms of the Settlement even if your objection is rejected.

The Court will determine whether to approve the Settlement at a Fairness Hearing on **April 14, 2010 at 10:00 a.m.** at the United States District Court for the District of New Jersey, located at 50 Walnut Street, Newark, New Jersey 07101.

For a full description of the Settlement, related Court documents, and deadlines and claim forms, please visit:
**www.ATTMETFsettlement.com, Call: 1-888-228-0885**
or Write: **AT&T Mobility ETF Settlement Administrator, c/o Rust Consulting, Inc., P.O. Box 2266, Faribault, MN 55021-2386**

# EXHIBIT E

Legal Notice                                                                                                      Legal Notice

# If You Are A Current Or Former AT&T Mobility Customer,
## You May Be Entitled To Benefits From A Class Action Settlement.

### What is this Notice?

There is a proposed Settlement pending in a class action involving a flat-rate Early Termination Fee ("ETF") charged to customers of AT&T Mobility LLC ("AT&T Mobility") and its predecessors. The lawsuit, *Hall v. AT&T Mobility LLC*, No. 07-05325 (JLL) is pending in the U.S. District Court for the District of New Jersey. The Settlement resolves several other cases that challenge AT&T Mobility's flat-rate ETF.

### What is the Lawsuit About?

The lawsuit claims that the AT&T Mobility flat-rate ETF in its wireless telephone service contracts is unlawful. AT&T Mobility strongly denies any wrongdoing, but has agreed to settle to avoid the burden and cost of further litigation. The Court has not made a decision on the merits of this case.

### Who is Included?

You may be a Class Member if you are a current or former customer of AT&T Mobility or its predecessors in the U.S. and you paid or were charged a flat-rate ETF, or your contract included a flat-rate ETF provision, on or at any time after January 1, 1998. If you are not sure whether you are included, you can get more information on the Settlement website or by contacting Class Counsel identified below.

### What does the Settlement Provide?

A settlement fund of $16,000,000 in cash and $2,000,000 in non-cash benefits will pay Class Member claims. AT&T Mobility has also agreed not to put a flat-rate ETF provision in new wireless service agreements for a minimum of 24 months. Certain costs will be deducted from the settlement fund before distribution, including Class Counsel's attorneys' fees, litigation costs and administration fees. The Settlement does not relieve Class Members from existing or future ETF obligations owed to AT&T Mobility.

### Who Represents Me?

The Court has appointed attorneys ("Class Counsel") to represent you. They are the law firms of Carella, Byrne, Bain, Gilfillan & Cecchi and Strange & Carpenter; You will not be charged for their work. Class Counsel will request an award for attorneys' fees of up to $6,000,000, plus reimbursement of expenses, from the court, to be paid from the settlement fund. You may hire your own attorney, but only at your own expense.

### What are my Legal Rights?

Get complete information about the Settlement and make a decision about your rights:

- **Remain in the Settlement Class and submit a claim.** You will be bound by the terms of the Settlement and give up your rights to sue in court or arbitration regarding issues in the case. Claim Forms must be submitted on-line or sent via U.S. mail with a postmark date on or before June 14, 2010 to the Settlement Administrator, but the deadline may be extended by the Court.
- **Exclude yourself and get no benefit from the Settlement.** You keep your right to sue on your own behalf at your own expense. Requests for exclusion must be sent via U.S. mail with a postmark date on or before March 24, 2010 to the Settlement Administrator.
- **Remain in the Settlement Class and file an objection.** You or your lawyer has the right to appear before the Court and object to the Settlement. Objections must be written and postmarked by March 24, 2010. Objections to the application for attorneys' fees and expenses must be received by April 12, 2010. Objections will be considered at the Fairness Hearing. You will be bound by the terms of the Settlement even if your objection is rejected.
- **Do nothing and do not file a claim.** You still give up your right to be part of any other lawsuit or arbitration against AT&T Mobility about issues relating to the flat-rate ETF.

### When Will the Court Consider the Proposed Settlement?

The Court will determine whether to approve the Settlement at a Fairness Hearing held on April 14, 2010 at 10:00 a.m., in courtroom 5D, United States District Court for the District of New Jersey, located at 50 Walnut Street, Newark, New Jersey 07101. The Court will consider any timely filed objections at that time. If you file a timely objection, you may appear at the hearing to explain your objection, but you are not required to attend. If the hearing is relocated or rescheduled, the new location or date will be posted on the website below.

### For further information and a Claim Form:

## Visit: www.ATTMETFSettlement.com, or Call: 1-888-228-0885

### Write: AT&T Mobility ETF Settlement Claims Administrator, c/o Rust Consulting, Inc., P.O. Box 2266, Faribault, MN 55021-2386

# EXHIBIT F

# Page Number Report

**RUST**
C O N S U L T I N G

**Media Estimate - Final**
**Hall v. AT&T Mobility formerly 819**
**1/19/2010**

## Print Media Components of Media Estimate

| Print Media | Unit Type/Size | Date Ad(s) Ran | Page # of Ad |
|---|---|---|---|
| **Newspaper(s)** | | | |
| *Chicago Tribune* | 1/6 Page | 1/11/2010 | 10 |
| *Chicago Tribune* | 1/6 Page | 1/18/2010 | 12 |
| *Dallas Morning News* | 3 columns x 7 in/cm | 1/11/2010 | A4 |
| *Dallas Morning News* | 3 columns x 7 in/cm | 1/18/2010 | A12 |
| *Los Angeles Times* | 3 columns x 7 in/cm | 1/11/2010 | A11 |
| *Los Angeles Times* | 3 columns x 7 in/cm | 1/18/2010 | A14 |
| *New York Times* | 1/6 Page | 1/11/2010 | B8 |
| *New York Times* | 1/6 Page | 1/18/2010 | B5 |
| *Philadelphia Inquirer* | 3 columns x 7 in/cm | 1/11/2010 | A8 |
| *Philadelphia Inquirer* | 3 columns x 7 in/cm | 1/18/2010 | A10 |
| *San Francisco Chronicle* | 1/6 Page | 1/11/2010 | A7 |
| *San Francisco Chronicle* | 1/6 Page | 1/18/2010 | A4 |
| *Washington Post* | 3 columns x 7 in/cm | 1/11/2010 | A2 |
| *Washington Post* | 3 columns x 7 in/cm | 1/18/2010 | A3 |
| **Newspaper Supplement(s)** | | | |
| *Parade* | 2/5 Page (5.25" x 7") | 1/17/2010 | 23 |
| *USA Weekend* | 2/5 Page (5" x 6.625") | 1/10/2010 | 8 |