# DrinkerBiddle&Reath LLP

Matthew J. Fedor
973-549-7329 Direct
973-360-9831 Fax
matthew.fedor@dbr.com

Law Offices

One Logan Square, Ste. 2000
Philadelphia, PA
19103-6996

215-988-2700 phone
215-988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

May 28, 2010

**VIA ECF AND FEDERAL EXPRESS**

Hon. Jose L. Linares, U.S.D.J.
M.L.K. Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101

**Re:    Larson, et al. v. AT&T Mobility LLC, et al.
         Civil Action No. 07-5325**

Dear Judge Linares:

We represented AT&T Mobility LLC in the above-captioned matter.

Enclosed for Your Honor's convenience is a courtesy copy of the Declaration of John T. Throckmorton Regarding Notice Compliance, which was electronically filed and served today via the Court's ECF system.

Please contact me if I can be of further assistance.

Very truly yours,

Matthew J. Fedor

Enclosure

cc:    All counsel via ECF

Established 1849