# Exhibit A

```
Summary Report 3 Current Rates        Coughlin Stoia Geller Rudman & Robbins LLP                  Page 1 (1)
Date: 09/29/08                    Unbilled Time & Disbursements by Transaction Date From 01/01/00 thru 09/27/08
.ent:   030242         JERILYN MARLOWE, ET AL.                                              Proforma No:
tter:   030242-00001   EARLY TERMINATION FEES-AT&T
tter Billing Attorney: MOTTEK, JACQUELINE
```

counts Receivable

| Bill Number | Date | Thru | Hours | Time Relieved | Thru | Disbursements Relieved | Billed | Uncollected | Last Payment |
|---|---|---|---|---|---|---|---|---|---|

| Timekeeper No. Name | Latest Diary | Unbilled Hours | Rate | Amount |
|---|---|---|---|---|
| 00624 GREEN, KEVIN K. | 07/12/04 | 11.25 | 555.00 | 6,243.75 |
| 01153 JENSEN, RACHEL L. | 02/10/04 | 15.75 | 495.00 | 7,796.25 |
| 00518 KATHREIN, REED R. | 10/05/05 | 45.50 | 575.00 | 26,162.50 |
| TOTAL PARTNER | | 72.50 | | 40,202.50 |
| 01465 SCARLETT, SHANA E. | 03/30/04 | 109.75 | 445.00 | 48,838.75 |
| TOTAL ASSOCIATE | | 109.75 | | 48,838.75 |
| 01458 MOTTEK, JACQUELINE | 01/13/06 | 235.00 | 475.00 | 111,625.00 |
| 20012 PARKER, PAMELA M. | 10/20/05 | 25.25 | 575.00 | 14,518.75 |
| TOTAL OF COUNSEL | | 260.25 | | 126,143.75 |
| 30673 DARWISH, GISELE | 02/11/04 | 2.25 | 265.00 | 596.25 |
| 30674 DASILVA, CARMEN | 09/21/05 | 2.00 | 225.00 | 450.00 |
| 30494 KING, ANDREW J. | 07/01/04 | 104.25 | 195.00 | 20,328.75 |
| 30684 PECK, LAURA C. | 01/09/04 | 4.00 | 185.00 | 740.00 |
| 30675 RIVA, GABRIELA H. | 02/10/04 | 14.25 | 280.00 | 3,990.00 |
| TOTAL PARALEGAL | | 126.75 | | 26,105.00 |
| 40043 SCHNEIDER, DIANA | 07/20/04 | 27.25 | 325.00 | 8,856.25 |
| TOTAL INVESTIGATOR | | 27.25 | | 8,856.25 |
| 60141 BLAKE, MICHAEL C. | 07/14/03 | 0.25 | 170.00 | 42.50 |
| 60154 CHEN, STEVEN | 02/05/04 | 0.25 | 185.00 | 46.25 |
| TOTAL DOCUMENT CLK | | 0.50 | | 88.75 |
| 60035 ROSLEN, SCOTT R. | 01/15/04 | 0.25 | 265.00 | 66.25 |
| TOTAL ECON ANALYST | | 0.25 | | 66.25 |
| Total – Time | | 597.25 | | 250,301.25 |

# Exhibit B

```
me Summary Report @ Current Rates        Coughlin Stoia Geller Rudman & Robbins LLP            Page 3 (1)
n Date: 09/29/08                 Unbilled Time & Disbursements by Transaction Date From 01/01/00 thru 09/27/08
ient:   030242        JERILYN MARLOWE, ET AL.                                  Proforma No:
tter:   030242-00002  EARLY TERMINATION FEES-CINGULAR
tter Billing Attorney: MOTTEK, JACQUELINE
```

Accounts Receivable

| ---------Bill--------- | | | ------------------Time------------------- | | -----Disbursements----- | | Billed | Uncollected | Last Payment |
|---|---|---|---|---|---|---|---|---|---|
| Number | Date | Thru | Hours | Relieved | Thru | Relieved | | | |

| --------------Timekeeper-------------- | Latest Diary | ------------------Unbilled------------------- | | |
|---|---|---|---|---|
| No.  Name | | Hours | Rate | Amount |
| 00624 GREEN, KEVIN K. | 06/30/04 | 8.25 | 555.00 | 4,578.75 |
| 01153 JENSEN, RACHEL L. | 02/10/04 | 14.25 | 495.00 | 7,053.75 |
| 00618 KATHREIN, REED R. | 06/19/04 | 29.00 | 575.00 | 16,675.00 |
| TOTAL PARTNER | | 51.50 | | 28,307.50 |
| 01465 SCARLETT, SHANA E. | 03/30/04 | 63.25 | 445.00 | 28,146.25 |
| TOTAL ASSOCIATE | | 63.25 | | 28,146.25 |
| 01458 MOTTEK, JACQUELINE | 08/12/04 | 209.75 | 475.00 | 99,631.25 |
| 20012 PARKER, PAMELA M. | 08/12/04 | 23.00 | 575.00 | 13,225.00 |
| TOTAL OF COUNSEL | | 232.75 | | 112,856.25 |
| 30673 DARWISH, GISELE | 02/11/04 | 1.75 | 265.00 | 463.75 |
| 30674 DASILVA, CARMEN | 02/11/04 | 2.00 | 225.00 | 450.00 |
| 30494 KING, ANDREW J. | 07/01/04 | 82.75 | 195.00 | 16,136.25 |
| 30684 PECK, LAURA C. | 02/11/04 | 6.00 | 185.00 | 1,110.00 |
| 30675 RIVA, GABRIELA B. | 02/10/04 | 13.00 | 280.00 | 3,640.00 |
| TOTAL PARALEGAL | | 105.50 | | 21,800.00 |
| 40043 SCHNEIDER, DIANA | 03/23/04 | 22.75 | 325.00 | 7,393.75 |
| TOTAL INVESTIGATOR | | 22.75 | | 7,393.75 |
| 60141 BLAKE, MICHAEL C. | 07/14/03 | 0.25 | 170.00 | 42.50 |
| 60154 CHEN, STEVEN | 02/05/04 | 0.25 | 185.00 | 46.25 |
| TOTAL DOCUMENT CLK | | 0.50 | | 88.75 |
| 60035 ROELEN, SCOTT R. | 01/15/04 | 0.25 | 265.00 | 66.25 |
| TOTAL ECON ANALYST | | 0.25 | | 66.25 |
| Total - Time | | 476.50 | | 198,658.75 |

# Exhibit C

```
me Summary Report & Current Rates         Coughlin Stoia Geller Rudman & Robbins LLP                    Page 22 (1)
n Date: 09/29/08                 Unbilled Time & Disbursements by Transaction Date From 01/01/00 thru 09/27/08
ient:   030242       JERILYN MARLOWE, ET AL.                                                     Proforma No:
tter:   030242-00008 EARLY TERMINATION FEES-AT&T/CINGULAR
tter Billing Attorney: MOTTEK, JACQUELINE
```

Accounts Receivable

| Number | Bill Date | Thru | Hours | Time Relieved | Thru | Disbursements Relieved | Billed | Uncollected | Last Payment |
|---|---|---|---|---|---|---|---|---|---|

| No. | Timekeeper Name | Latest Diary | Unbilled Hours | Rate | Amount |
|---|---|---|---|---|---|
| 00624 | GREEN, KEVIN K. | 01/12/07 | 1.25 | 555.00 | 693.75 |
| 00555 | LAWRENCE, JEFFREY W. | 01/03/08 | 62.00 | 625.00 | 38,750.00 |
|  | TOTAL PARTNER |  | 63.25 |  | 39,443.75 |
| 01493 | ANDERSON, JENNIE | 01/19/07 | 134.25 | 485.00 | 65,111.25 |
| 01499 | AVALLONE, NICOLE | 10/07/04 | 0.50 | 315.00 | 157.50 |
| 01487 | BAIG, AELISH | 03/27/08 | 360.75 | 530.00 | 191,197.50 |
| 00670 | HUANG, SHIRLEY | 09/22/06 | 0.50 | 520.00 | 260.00 |
|  | TOTAL ASSOCIATE |  | 496.00 |  | 256,726.25 |
| 01123 | JUDA, NANCY M. | 11/02/06 | 1.50 | 575.00 | 862.50 |
| 01468 | MOTTEK, JACQUELINE | 12/17/07 | 651.25 | 475.00 | 309,343.75 |
| 20012 | PARKER, PAMELA M. | 01/10/07 | 4.00 | 575.00 | 2,300.00 |
|  | TOTAL OF COUNSEL |  | 656.75 |  | 312,506.25 |
| 01471 | GILTARD, JAMES | 07/18/06 | 3.75 | 325.00 | 1,218.75 |
|  | TOTAL CONTRACT ATTY |  | 3.75 |  | 1,218.75 |
| 30795 | BELFRY, ALLANA | 04/04/06 | 0.50 | 215.00 | 107.50 |
| 30673 | DARWISH, GISELE | 06/10/08 | 72.75 | 265.00 | 19,278.75 |
| 30856 | DECENA, JEANETH S. | 06/10/08 | 3.50 | 250.00 | 875.00 |
| 30857 | GARCFOLO, SYLVIA PASTOR | 10/31/06 | 0.75 | 250.00 | 187.50 |
| 30437 | HILL, ANGELA | 09/13/06 | 0.50 | 265.00 | 132.50 |
| 30777 | HUANG, KIYOKO | 02/16/07 | 3.50 | 265.00 | 927.50 |
| 30114 | MAYER, JOHN K. | 03/13/07 | 4.25 | 265.00 | 1,126.25 |
| 30842 | NGUYEN, KATHERINE M. | 09/07/06 | 18.75 | 240.00 | 4,500.00 |
| 30809 | VAZQUEZ, LISSETTE | 03/21/06 | 15.50 | 215.00 | 3,332.50 |
| 30294 | WEILAND, KRISTEN | 02/09/06 | 0.75 | 245.00 | 183.75 |
| 30798 | WOO, JACKIE | 02/07/06 | 7.00 | 215.00 | 1,505.00 |
|  | TOTAL PARALEGAL |  | 127.75 |  | 32,156.25 |
| 40043 | SCHNEIDER, DIANA | 03/21/06 | 1.25 | 325.00 | 406.25 |
|  | TOTAL INVESTIGATOR |  | 1.25 |  | 406.25 |
| 60159 | FLORES, PHILIP | 05/17/06 | 0.50 | 200.00 | 100.00 |
| 60201 | HOLMES, CELINA J. | 11/09/06 | 0.50 | 210.00 | 105.00 |
| 60213 | MEJIA, GIOVANNI | 06/10/08 | 3.00 | 220.00 | 660.00 |
|  | TOTAL DOCUMENT CLK |  | 4.00 |  | 865.00 |
| 60153 | CUNNINGHAM, BROOKE N. | 03/27/07 | 15.50 | 240.00 | 3,720.00 |
| 91043 | GILBERT, DESIREE L. | 06/10/08 | 8.75 | 265.00 | 2,318.75 |
|  | TOTAL INFORM TECH |  | 24.25 |  | 6,038.75 |

```
me Summary Report @ Current Rates        Coughlin Stoia Geller Rudman & Robbins LLP            Page 23 (2)
n Date: 09/29/08                Unbilled Time & Disbursements by Transaction Date From 01/01/00 thru 09/27/08
lent:   030242          JERILYN MARLOWE, ET AL.                                         Proforma No:
tter:   030242-00008    EARLY TERMINATION FEES-AT&T/CINGULAR
tter Billing Attorney: NOTTEX, JACQUELINE
```

| No. | Timekeeper Name | Latest Diary | Unbilled Hours | Rate | Amount |
|---|---|---|---|---|---|
|  | Total - Time |  | 1,377.00 |  | 649,361.29 |

# Exhibit D

me Summary Report @ Current Rates          Coughlin Stoia Geller Rudman & Robbins LLP                Page 2 (2)
n Date: 09/29/08                  Unbilled Time & Disbursements by Transaction Date From 01/01/00 thru 09/27/08
ient:  030242        JERILYN MARLOWE, ET AL.                                                    Proforma:
tter:  030242-00001  EARLY TERMINATION FEES-AT&T
tter Billing Attorney: MOTTER, JACQUELINE

| Disbursement Name | | Amount |
|---|---|---|
| MEALS | 0002 | 306.37 |
| HOTEL ACCOM. | 0003 | 41.39 |
| TRANSPORTATION | 0004 | 97.73 |
| PHOTOCOPIES-NY | 0005 | 0.25 |
| MESSENGERS-NY | 0008 | 2.57 |
| FILING/LEGAL/WITNESS FEES | 0010 | 1,604.99 |
| CT REP/TRSCPT/VIDEO | 0011 | 69.23 |
| LEXIS/WESTLAW-CA | 0022 | 212.04 |
| OFFICE SUPPLIES | 0030 | 7.57 |
| MISCELLANEOUS | 0040 | 504.38 |
| OUTSIDE MESSENGER | 0041 | 154.51 |
| OUTSIDE PHOTOCOPIES | 0042 | 307.98 |
| OUTSIDE TELEPHONE | 0043 | 202.74 |
| OUTSIDE FAX | 0045 | 6.41 |
| ONLINE LEGAL SEARCH | 0047 | 731.54 |
| PROF. SVCS./INVESTIGATORS | 0051 | 667.05 |
| PHOTOCOPIES-CA | 0081 | 2,238.75 |
| POSTAGE-CA | 0082 | 110.51 |
| TELEPHONE-CA | 0083 | 18.15 |
| MESSENGERS-CA | 0084 | 83.73 |
| SECTY'L/SUPPORT STAFF O/TIME | 0085 | 476.59 |
| WORD PROCESSING-CA | 0086 | 118.65 |
| FACSIMILE CHARGES-CA | 0089 | 483.00 |
| Staff Overtime | L1513 | 12.57 |
| Total - Disbursements | | $8,458.70 |

STORY TO DATE WRITEUPS:    FEES:        0.00 HOURS,        0.00   COSTS: -    310.18

# Exhibit E

me Summary Report @ Current Rates         Coughlin Stoia Geller Rudman & Robbins LLP                Page 4 (2)
n Date: 09/29/08              Unbilled Time & Disbursements by Transaction Date From 01/01/00 thru 09/27/08
ient:   030242        JERILYN MARLOWE, ET AL.                                          Proforma:
tter:   030242-00002  EARLY TERMINATION FEES-CINGULAR
tter Billing Attorney: MOTTEK, JACQUELINE

| Disbursement Name | | Amount |
|---|---|---|
| MEALS | 0002 | 275.61 |
| HOTEL ACCOM. | 0003 | 41.39 |
| TRANSPORTATION | 0004 | 97.81 |
| FILING/LEGAL/WITNESS FEES | 0010 | 1,660.57 |
| CT REP/TRSCPT/VIDEO | 0011 | 69.25 |
| LEXIS/WESTLAW-CA | 0022 | 176.81 |
| MISCELLANEOUS | 0040 | 504.42 |
| OUTSIDE MESSENGER | 0041 | 154.78 |
| OUTSIDE PHOTOCOPIES | 0042 | 307.99 |
| OUTSIDE TELEPHONE | 0043 | 227.95 |
| OUTSIDE FAX | 0045 | 6.40 |
| ONLINE LEGAL SEARCH | 0047 | 694.13 |
| PROF. SVCS./INVESTIGATORS | 0051 | 667.07 |
| PHOTOCOPIES-CA | 0081 | 2,226.75 |
| POSTAGE-CA | 0082 | 110.57 |
| TELEPHONE-CA | 0083 | 14.58 |
| MESSENGERS-CA | 0084 | 73.27 |
| SECTY'L/SUPPORT STAFF O/TIME | 0085 | 468.43 |
| WORD PROCESSING-CA | 0086 | 118.67 |
| FACSIMILE CHARGES-CA | 0089 | 442.00 |
| In House Fax | L0414 | 2.00 |
| Consultants | L1017 | 1,040.78 |
| Staff Overtime | L1511 | 12.58 |
| **Total - Disbursements** | | **$9,393.81** |

STORY TO DATE WRITEUPS:   FEES:        0.00 HOURS,       0.00   COSTS:      0.00

# Exhibit F

```
me Summary Report & Current Rates          Coughlin Stoia Geller Rudman & Robbins LLP       Page 24 (3)
n Date: 09/29/08                    Unbilled Time & Disbursements by Transaction Date From 01/01/00 thru 09/27/08
ient:   030242          JERILYN MARLOWE, ET AL.                                             Proforma:
tter:   030242-00008    EARLY TERMINATION FEES-AT&T/CINGULAR
tter Billing Attorney: MOTTEK, JACQUELINE
```

| Disbursement Name | | Amount |
|---|---|---:|
| Local Meals | L0111 | 581.18 |
| Out of Town Meals | L0112 | 154.56 |
| Local Transp/Parking | L0113 | 72.63 |
| Out of Town Transp/Parking | L0114 | 2,855.41 |
| Hotel Accommodations | L0116 | 1,243.93 |
| In-House Photocopy | L0211 | 14,039.75 |
| In-House Imaging/Scanning/Print | L0212 | 80.00 |
| Outside Photocopy | L0215 | 885.62 |
| Outside Imaging/Scanning/Print | L0216 | 7,603.40 |
| In House Postage | L0311 | 349.67 |
| In House Telephone | L0411 | 443.98 |
| In House Fax | L0414 | 1,892.00 |
| Outside Fax | L0415 | 2.85 |
| Messenger/Fed-Ex/UPS | L0511 | 636.89 |
| Other Outside Carrier | L0513 | 8.07 |
| Filing Fees | L0611 | 47.50 |
| Attorney Service Fee | L0613 | 632.42 |
| Other Court/Legal Fees | L0614 | 107.50 |
| Deposition Transcripts | L0711 | 2,736.84 |
| Trial/Court Transcripts | L0713 | 131.66 |
| Videography | L0715 | 100.61 |
| Other Online Research | L0813 | 6.81 |
| In-House Legal Research | L0814 | 5,996.43 |
| Experts | L1011 | 6,875.00 |
| Consultants | L1017 | 20,659.11 |
| Litigation Fund Contributions | L1211 | 13,368.00 |
| Office Supplies/Case-Trial Off | L1315 | 143.45 |
| Publications/Subscriptions | L1411 | 62.88 |
| Staff Overtime | L1511 | 971.08 |
| Agent Fees-Out of Town Transpo | L2114 | 120.00 |
| Total - Disbursements | | $82,859.23 |

```
STORY TO DATE WRITEUPS:   FEES:      0.00 HOURS,    0.00   COSTS:      0.00
```

# Exhibit G

## Positive Legal Group, LLC. Lodestar Report

| Date | Case | Time | Desription | Code | Rate | Ext |
|---|---|---|---|---|---|---|
| 11/6/2008 | ATT/ Cingular | 6.00 | review proposed order; cmc stmt, conf.call w/ EC | ls | $500 | $3,000 |
| 11/7/2008 | ATT/ Cingular | 3.50 | draft reply memo; research re same | pl | $500 | $1,750 |
| 11/10/2008 | ATT/ Cingular | 2.00 | draft reply memo; research re same | pl | $500 | $1,000 |
| 12/2/2008 | ATT/ Cingular | 3.50 | draft class cert reply memo; research re same | pl | $500 | $1,750 |
| 12/3/2008 | ATT/ Cingular | 2.00 | draft reply memo; research re same | pl | $500 | $1,000 |
| 12/4/2008 | ATT/ Cingular | 5.50 | draft reply memo; research re same | pl | $500 | $2,750 |
| 12/8/2008 | ATT/ Cingular | 4.00 | draft class cert reply; conf calls re same | pl | $500 | $2,000 |
| 12/10/2008 | ATT/ Cingular | 2.75 | draft class cert reply; conf calls re same | pl | $500 | $1,375 |
| 12/12/2008 | ATT/ Cingular | 6.00 | draft reply memo; research re same | pl | $500 | $3,000 |
| 12/16/2008 | ATT/ Cingular | 6.75 | draft class cert reply; conf calls re same | pl | $500 | $3,375 |
| 12/17/2008 | ATT/ Cingular | 3.00 | draft class cert reply; conf calls re same | pl | $500 | $1,500 |
| 12/18/2008 | ATT/ Cingular | 3.00 | draft reply memo; research re same | pl | $500 | $1,500 |
| 12/19/2008 | ATT/ Cingular | 4.00 | draft class cert reply; conf calls re same | pl | $500 | $2,000 |
| 12/20/2008 | ATT/ Cingular | 4.50 | draft reply memo; research re same | pl | $500 | $2,250 |
| 12/21/2008 | ATT/ Cingular | 1.00 | draft reply memo; research re same | pl | $500 | $500 |
| 12/22/2008 | ATT/ Cingular | 0.75 | draft class cert reply; conf calls re same | pl | $500 | $375 |
| 12/23/2008 | ATT/ Cingular | 2.00 | draft reply memo; research re same | pl | $500 | $1,000 |
| 6/24/2009 | ATT/ Cingular | 2.00 | review bursor application-conf w/jdf, conf w/sab, jdf, sp | ls | $500 | $1,000 |
| ETF-T-Mobile,ATT/ Cingular Total | | 62.25 | | | | $31,125 |

6/9/2010