**DrinkerBiddle&Reath**
LLP

Matthew J. Fedor
973-549-7329 Direct
973-360-9831 Fax
matthew.fedor@dbr.com

Law Offices

500 Campus Drive
Florham Park, NJ
07932-1047

973-360-1100 phone
973-360-9831 fax
www.drinkerbiddle.com

A Delaware Limited
Liability Partnership

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

June 10, 2010

**VIA ECF AND FEDERAL EXPRESS**

Hon. Jose L. Linares, U.S.D.J.
M.L.K. Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101

    Re:    **Larson, Hall, et al. [Sampang] v. AT&T Mobility LLC**
             **Civil No. 07-5325 (JLL)**

Dear Judge Linares:

    We represent AT&T Mobility LLC in the above-captioned matter.

    Enclosed for Your Honor is a copy of the following papers, which were electronically filed and served today via the Court's ECF system: (1) AT&T's Memorandum of Law in Response to Objections to the *Hall* Settlement; (2) Declaration of Matthew Fedor and Exhibits attached thereto; and (3) Certification of Service.

    Please contact me if I can be of further assistance.

Respectfully,

Matthew J. Fedor

Enclosures

cc:    All counsel and individuals as indicated on Certification of Service

Edward A. Gramigna, Jr.
Partner responsible for
Florham Park Office

Established 1849