| | |
|---|---|
| Andrew B. Joseph<br>William M. Connolly<br>Matthew J. Fedor<br>**DRINKER BIDDLE & REATH LLP**<br>*A Delaware Limited Liability Company*<br>500 Campus Drive<br>Florham Park, New Jersey  07932<br>973.549.7264<br><br>*Attorneys for Defendant AT&T Mobility LLC* | |

| | |
|---|---|
| **BARRY HALL, et al.,**<br><br>            Plaintiffs,<br><br>     v.<br><br>**AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, et al.,**<br><br>            Defendants. | Civil Action No. 07-05325 (JLL)<br><br>**CERTIFICATION OF SERVICE** |

1. I am employed as an associate at the law firm Drinker Biddle & Reath LLP, counsel for Defendant AT&T Mobility LLC, formerly known as Cingular Wireless LLC ("ATTM") in the above-captioned matter.

2. On June 10, 2010, I caused true and correct copies of ATTM's Memorandum of Law in Response to Objections to the *Hall* Settlement and the Declaration of Matthew Fedor and Exhibits thereto to be served on counsel for all parties in the above-captioned action via the Court's ECF system.  I further caused true and correct copies of the foregoing papers to be served on the following individuals in the manner specified below:

**UNITED STATES FIRST CLASS MAIL**

James S. Notis, Esq.
Gardy & Notis, LLP

560 Sylvan Avenue

Englewood Cliffs, NJ 07632

Adam Gonnelli, Esq.

Christopher Marlborough, Esq.

Faruqi & Faruqi, LLP

369 Lexington Avenue, 10th Floor

New York, NY 10016

Scott A. Bursor, Esq.

Law Offices of Scott A. Bursor

369 Lexington Avenue, 10th Floor

New York, NY 10016

Danielle M. Lenox

P.O. Box 324

Carlisle, PA  17013

Eddy Fonyodi

2505 13th Strreet, NW

Apt. 208

Washington, DC  20009

M. Walters

P.O. Box 833453

Richardson, TX  75083

Gary Powell Sr.

49 Schages Lane

Stuarts Draft, VA  24477

H.P. Schroer
3 Larboard Drive
Southhampton, NY  11968


Neal Anthony Boyd
1415 Woodridge Drive
Danville, IL  61832


Deborah Thatcher
P.O. Box 1022
Checotah, OK  74426


Robert Margulies, Esq.
MARGULIES WIND, APC
Harborside Plaza 10
3 Second Street, Suite 1201
Jersey City, NJ  07311


Jeffrey L. Weinstein, Esq.
JEFFREY L. WEINSTEIN, P.C.
518 East Tyler Street
Athens, TX  75751


Laura Maltin
269 La Verne
Long Beach, CA  90803

Carl R. Olson
141 W. Edgewood Place
San Antonio, TX  78209


Vincent S. Verdiramo, Esq.
Verdiramo & Verdiramo
3163 Kennedy Blvd.
Jersey City, NJ  07306


John J. Pentz, Esq.
2 Clock Tower Place, Suite 440
Maynard, MA  01754


Vincent S. Verdiramo, Esq.
Verdiramo & Verdiramo
3163 Kennedy Blvd.
Jersey City, NJ  07306


Edward F. Siegel, Esq.
27600 Chagrin Blvd., #340
Cleveland, OH  44122


Edward W. Cochran, Esq.
20030 Marchmont Rd.
Cleveland, OH  44122


Sam P. Cannata, Esq.
9555 Vista Way, Suite 200
Garfield Heights, OH  44125

Brandon Wilkinson
8763 Estes Ct.
Arvada, CO  80005

Anthony R. Hicks
P.O. Box 1430
Edison, NJ  08818

Chris Langone
207 Texas Lane
Ithaca, NY  14850

Sam P. Cannata, Esq.
9555 Vista Way, Suite 200
Garfield Heights, OH  44125

Deborah K. Colburn
101 Mohawk Drive
Trussville, AL  35173

Gary L. Lambert
7552 Hill Gail Ct.
Lewis Center, OH  43031


Paul A. Dixon
2609 S. Quebec St.
Denver, CO  80231


Curry Taylor
6404 SE Nathan Ct.
Hillsboro, OR  97123


**E-MAIL**

Peter Moon
Portland, OR
moonloomis@comcast.net


I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  June 10, 2010              /s/ Matthew J. Fedor
                                    Matthew J. Fedor