Brian R. Strange
Gretchen Carpenter
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
(310) 207-5055

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Attorneys for Plaintiffs and the Class

|  |  |
|---|---|
| BARRY HALL, *et al*.,<br><br>          Plaintiffs,<br><br>    v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al*.,<br><br>          Defendants. | Civil Action No. 07-05325 (JLL)<br><br><br>**CERTIFICATION OF SERVICE** |

       1.      I am an attorney licensed to practice in California and admitted *pro hac vice* for

purposes of this case.  I am a partner of Strange & Carpenter, co-Class Counsel appointed by the

Court on behalf of the Class in the Court's Preliminary Approval Order dated November 4, 2009.

       2.      On June 10, 2010, I caused true and correct copies of (1) PLAINTIFFS'

MEMORANDUM OF LAW IN SUPPORT OF FINAL APPROVAL OF PROPOSED

SETTLEMENT WITH AT&T MOBILITY LLC; (2) DECLARATION OF BRIAN R.

STRANGE IN SUPPORT OF FINAL APPROVAL OF PROPOSED SETTLEMENT; (3)

EXHIBITS TO DECLARATION OF BRIAN R. STRANGE RE: FINAL APPROVAL; (4)

PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF CLASS COUNSEL'S

PETITION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF

EXPENSES AND FOR INCENTIVE AWARDS; (5) DECLARATION OF BRIAN R.

STRANGE IN SUPPORT OF CLASS COUNSEL'S PETITION FOR AN AWARD OF

ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES AND FOR INCENTIVE

AWARDS; and (6) EXHIBITS TO DECLARATION OF BRIAN R. STRANGE RE:

ATTORNEYS' FEES to be served on counsel for all parties and on H. P. Schroer[1] in the above-

captioned action via the Court's ECF system.  I further caused true and correct copies of the

foregoing papers to be served on the following individuals in the manner specified below:

<u>FEDERAL EXPRESS PRIORITY OVERNIGHT</u>

1.  Gary Powell Sr.
    49 Schages Lane
    Stuarts Draft, VA 24477

2.  Neal Anthony Boyd
    1415 Woodridge Drive
    Danville, IL 61832

3.  Laura Maltin
    269 La Verne
    Long Beach, CA 90803

4.  Brandon Wilkinson
    8763 Estes Ct.
    Arvada, CO 80005

5.  Chris Langone
    207 Texas Lane
    Ithaca, NY 14850

---

[1]     Mr. Schroer agreed to accept electronic service of documents on April 9, 2010 pursuant to a Notice of Consent & Registration Form to Receive Documents Electronically.  (Docket Entry No. 506).

6.  Deborah K. Colburn
    101 Mohawk Drive
    Trussville, AL 35173

7.  Gary L. Lambert
    7552 Hill Gail Ct.
    Lewis Center, OH 43031

8.  Paul A. Dixon
    2609 S. Quebec St.
    Denver, CO 80231

9.  Curry Taylor
    6404 SE Nathan Ct.
    Hillsboro, OR 97123

<u>UNITED STATES FIRST CLASS MAIL</u>

1.  Eddy Fonyodi
    2505 13th Street, NW
    Apt. 208
    Washington, DC 20009

2.  Danielle M. Lenox
    P.O. Box 324
    Carlisle, PA 17013

3.  M. Walters
    P.O. Box 833453
    Richardson, TX 75083

4.  Deborah Thatcher
    P.O. Box 1022
    Checotah, OK 74426

5.  Anthony R. Hicks
    P.O. Box 1430
    Edison, NJ 08818

<u>E-MAIL</u>

1.  Peter Moon
    moonloomis@comcast.net

2.  Eddy Fonyodi
    eddyzfonyodi@hotmail.com

3.  Sam P. Cannata, Esq.
    samcannata@snider-cannata.com

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 10, 2010

_____
                         Brian R. Strange