ROBERT M. BRAMSON
ALAN R. PLUTZIK
DANIEL E. BIRKHAEUSER
JENNIFER S. ROSENBERG
L. TIMOTHY FISHER
MICHAEL S. STRIMLING

# BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
2125 OAK GROVE ROAD, SUITE 120
WALNUT CREEK, CALIFORNIA 94598
E-MAIL: INFO@BRAMSONPLUTZIK.COM

PAUL F. MAHLER
Of Counsel

FACSIMILE
(925) 945-8792

TELEPHONE
(925) 945-0200

June 15, 2010

**Via ECF**

Hon. Jose L. Linares, U.S.D.J.
U.S. District Court, District of New Jersey
M. L. King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

      Re: *Judy Larson, et al. v. AT&T Mobility LLC, et al.*, Civil Action No. 07-5325(JLL)

Dear Judge Linares:

      I write on behalf of the "Plutzik Group" of law firms, as defined by the Court in its January 15, 2010 Order [Docket No. 437] in the above-captioned case (the "January 15 Order").[1]

      In its January 15 Order and accompanying Opinion [Docket No. 438], the Court, *inter alia*, denied the applications of the members of the "Plutzik Group" for reimbursement of out-of-pocket costs and expenses, but authorized those law firms to submit supplemental declarations "setting forth the specific types and/or categories of expenses associated with their work done solely on behalf of the California Subscriber Action.…" January 15, 2010 Order, at 3. Ten of the eleven "Plutzik Group" firms submitted such declarations. Docket Nos. 444-445, 447-451, 458-459 and 491.

      The members of the "Plutzik Group" respectfully submit that the evidence provided in their supplemental declarations gives the Court a sufficient basis to further address their request for reimbursement of their out-of-pocket expenses. We request the Court to issue a final order addressing the Plutzik Group's expenses.

                              Very truly yours,

                                Alan R. Plutzik

61448

---

[1] The "Plutzik Group," as defined by the Court in its January 15 Order, consists of (1) Bramson, Plutzik, Mahler & Birkhaeuser, LLP, (2) Law Offices of Scott A. Bursor, (3) Franklin & Franklin, (4) Faruqi & Faruqi, (5) Gilman and Pastor, (6) Law Offices of Anthony A. Ferrigno, (7) Reich Radcliffe & Kuttler, LLP, (8) Law Offices of Carl Hilliard, (9) Mager & Goldstein, (10) Law Offices of Joshua Davis and (11) Cuneo Gilbert & LaDuca, LLP.