**NOT FOR PUBLICATION**                                                                                                    **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, et al., | Civil Action No.: 07-5325 (JLL) |
| Plaintiffs, | |
| v. | |
| AT & T MOBILITY LLC f/k/a CINGULAR, WIRELESS LLC, et al., | **ORDER** |
| Defendants. | |

**IT IS** on this **15th day of June, 2010,**

**ORDERED** that the Final Approval hearing scheduled for June 24, 2010 is hereby adjourned to June 29, 2010 at 2 p.m.; and it is further

**ORDERED** that class counsel shall provide proper notice of said adjournment to all parties.

_____
Jose L. Linares
UNITED STATES DISTRICT JUDGE