Jacqueline Mottek
POSITIVE LEGAL
201 Spear Street, Suite 1100
San Francisco, CA 94105
415.946.4014
jmottek@positivelegal.net

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

BARRY HALL, et al.,                                        Civil Action No. 07-05325 (JLL)

Plaintiffs,

v.

AT&T MOBILITY LLC f/k/a CINGULAR

WIRELESS LLC, et al.,

Defendants.

---

NOTICE OF WITHDRAWAL OF APPLICATION FOR ATTORNEYS' FEES AND COSTS

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the application for attorneys' fees submitted filed by Positive Legal on June 10, 2010 is hereby withdrawn.

Dated: June 22, 2010

By: *Jacqueline Mottek*

Jacqueline Mottek
POSTIVE LEGAL
201 Spear Street, Suite 1100
San Francisco, California 94105
Tel. 415.946.4104
jmottek@positivelegal.net

2