Brian R. Strange
Gretchen Carpenter
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
(310) 207-5055

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Attorneys for Plaintiffs and the Class

| | |
|---|---|
| BARRY HALL, *et al.*,<br><br>           Plaintiffs,<br><br>   v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*,<br><br>           Defendants. | Civil Action No. 07-05325 (JLL)<br><br><br>**CERTIFICATION OF SERVICE** |

      1.      I am an attorney licensed to practice in California and admitted *pro hac vice* for purposes of this case.  I am a partner of Strange & Carpenter, co-Class Counsel appointed by the Court on behalf of the Class in the Court's Preliminary Approval Order dated November 4, 2009.

      2.      On June 23, 2010, I caused a true and correct copy of CLASS COUNSEL'S RESPONSE TO CHRISTOPHER LANGONE'S OBJECTIONS TO FINAL SETTLEMENT AND APPLICATION FOR FEES AND COSTS to be served on counsel for all parties via the Court's ECF system.  I further caused true and correct copies of the foregoing document to be served on Christopher V. Langone via Federal Express at the following address:

Christopher V. Langone
207 Texas Lane
Ithaca, NY 14850

3. On June 23, 2010, I caused true and correct copies of (1) CLASS COUNSEL'S RESPONSE TO HARTER OBJECTORS' SUPPLEMENTAL OBJECTIONS TO REQUEST FOR ATTORNEYS' FEES AND COSTS; (2) DECLARATION OF BRIAN R. STRANGE IN SUPPORT OF CLASS COUNSEL'S RESPONSE TO HARTER OBJECTOR; and (3) SUPPLEMENTAL DECLARATION OF ALAN R. PLUTZIK OF BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES to be served on counsel for all parties and on counsel for Joni Harter, David J. Mehaffie and Clark Richard Brown in the above-captioned action via the Court's ECF system. I further caused true and correct copies of the foregoing documents to be served on Regenia Baker via Federal Express at the following address:

Regenia Baker
3530 W. Polk Street
Chicago, IL 60624

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 23, 2010

Brian R. Strange