Ricky Bagolie, Esq.
Alan T. Friedman, Esq.
**BAGOLIE FRIEDMAN LLC**
Five Corners Building
660 Newark Avenue
Jersey City, NJ 07306
Telephone: (201) 656-8500
Facsimile: (201) 656-4703

Joseph Antonelli, Esq. (SBN 137039)
Janelle Carney, Esq. (SBN 201570)
**LAW OFFICE OF JOSEPH ANTONELLI**
1000 Lakes Drive, Suite 450
West Covina, California 91790
Telephone: (626) 917-6228
Facsimile: (626) 917-7686

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON TESSIE ROBB, WILLIE DAVIS, ROMAN SASIK DAVID DICKEY et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY<br><br>Defendants. | Civil Action No. 07-05325 (JLL)<br><br>Hon. Judge Jose L. Linares<br><br>**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE OF GIUSEPPE JOSEPH ANTONELLI AT FINAL APPROVAL HEARING**<br><br>Date: June 29, 2010<br>Time: 2:00 p.m.<br>Dept.: MLK5D<br><br>Action Filed: |

1

**Notice of Motion for Admission Pro Hac Vice of Giuseppe Joseph Antonelli at Final Approval Hearing**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the <u>Dias</u> plaintiffs in the matter of <u>Dias v. AT&T, et. al</u>, Los Angeles Superior Court Case No.BC316195 will move this Court for an order granting the pro hac vice Application of Giuseppe Joseph Antonelli. This court has ruled that the <u>Dias</u> matter is related to the above captioned matter.

This Motion is made pursuant to United States District Court of New Jersey, Local Civil Rule 101.1(c)(1), on the grounds that the applicant has met the conditions and requirements set forth in USDC NJ, Local Civil Rule 101.1(c)(1), including the notice of this hearing and agreement to pay to the State Bar of New Jersey, and therefore is qualified to appear at the Final Approval hearing on behalf of the plaintiffs in the matter of <u>Dias v. AT&T</u>, Los Angeles Superior Court Case No. BC316195, in this action as pro hac vice counsel.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Application and Declarations of Joseph Antonelli and Ricky Bagolie.

Dated: June 22, 2010                BAGOLIE FRIEDMAN LLC

                                    By: _____
                                    Ricky Bagolie
                                    Alan T. Friedman

**Notice of Motion for Admission Pro Hac Vice of Giuseppe Joseph Antonelli at Final Approval Hearing**