1   Ricky Bagolie, Esq.
    Alan T. Friedman, Esq.
2   **BAGOLIE FRIEDMAN LLC**
    Five Corners Building
3   660 Newark Avenue
    Jersey City, NJ 07306
4   Telephone: (201) 656-8500
    Facsimile: (201) 656-4703
5

6   Joseph Antonelli, Esq. (SBN 137039)
    Janelle Carney, Esq. (SBN 201570)
7   **LAW OFFICE OF JOSEPH ANTONELLI**
    1000 Lakes Drive, Suite 450
8   West Covina, California  91790
    Telephone: (626) 917-6228
9   Facsimile: (626) 917-7686

10  Attorneys for Plaintiffs

11              UNITED STATES DISTRICT COURT

12              FOR THE DISTRICT OF NEW JERSEY

13

14
15  JUDY LARSON, BARRY HALL, JOE          ) Civil Action No. 07-05325 (JLL)
    MILLIRON TESSIE ROBB, WILLIE          )
16  DAVIS, ROMAN SASIK DAVID              ) Hon. Judge Jose L. Linares
    DICKEY et al., individually and on    )
    behalf of others similarly situated,  ) **APPLICATION OF G.  JOSEPH**
17                                         ) **ANTONELLI TO APPEAR PRO**
            Plaintiffs,                    ) **HAC VICE AND INTENT TO**
18                                         ) **APPEAR AT FINAL APPROVAL**
            vs.                            ) **HEARING**
19                                         )
20  AT&T MOBILITY LLC f/k/a               ) Date: June 29, 2010
    CINGULAR WIRELESS LLC, and            ) Time: 2:00 p.m.
21  SPRINT NEXTEL CORPORATION and)         Dept.: MLK5D
    SPRINT SPECTRUM L.P. d/b/a            )
22  SPRINT NEXTEL and NEXTEL              ) Action Filed:
    FINANCE COMPANY                       )
23                                         )
            Defendants.                    )
24                                         )
25                                         )
26

27

28
                              1
    **Application of G. Joseph Antonelli to Appear Pro Hac Vice and Intent to**
    **Appear at Final Approval Hearing**

1
2
3

    I, Giuseppe Joseph Antonelli, of full age hereby declares under penalty of

perjury as follows:

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

    1.    I am an attorney licensed to practice in California and I am the

attorney of record for Plaintiffs Denise Dias and Stacy Day in the matter of <u>Dias,</u>

<u>et. al. V. AT&T Wireless Services</u>, pending in the Los Angeles Superior Court

Case No. BC 316195 in the above-captioned matter.  I am the Senior partner of the

Law Office of Joseph Antonelli which is located at 1000 Lakes Drive, Suite 450,

West Covina, CA 91790.  My firm, along with the Law Offices of Kevin T.

Barnes, and Magana, Cathcart & McCarthy, has been retained by the Plaintiffs,

Denise Dias and Stacy Day, in this matter.  The <u>Dias</u> counsel have been designated

as ETF counsel by this court due to the related nature of <u>Dias</u> to the above-

captioned matter.  I submit this declaration in support of my application for

admission pro hac vice in the above captioned matter on behalf of the

<u>Dias</u> plaintiffs.  This shall serve as my Notice of Intent to Appear at the Final

Approval Hearing.

22
23
24

    2.    I am a member in good standing and admitted to practice in the

following jurisdictions:

25
26
27

    A.    State of California, Supreme Court and all Inferior Courts in

California since 1988;

28

---

2

**Application of G. Joseph Antonelli to Appear Pro Hac Vice and Intent to Appear at Final Approval Hearing**

B.     United States District Court, Central District of California since 1989;

C.     United States District Court, Northern District of California in 2002;

D.     United States Supreme Court since 2003.

3.     I am in good standing and eligible to practice in the above-named courts. I am not under suspension or disbarment of any court and there are no impending disciplinary proceedings against me in any state or federal court. I have never been disciplined by any court.

4.     I have not filed an application to appear as counsel pro hac vice in New Jersey in the proceeding two (2) years.

5.     I have associated in this matter with Bagolie Friedman at Five Corners Building, 660 Newark Avenue, Jersey City, NJ, 07306, as required by Local Civil 101.1. I am informed and believe that both partners (Ricky Bagolie and Alan Friedman) are active members, in good standing, of the State Bar of New Jersey. I further agree to:

a. make payment to the New Jersey Lawyers Fund for Client Protection pursuant to New Jersey Court Rule 1:28-2(a);

b. make payment of$150.00 to the Clerk of the United States District Court in accordance with L.Civ.R. 101.1(c)(3) as amended, within 20 days from the date

3

**Application of G. Joseph Antonelli to Appear Pro Hac Vice and Intent to Appear at Final Approval Hearing**

of the executed Order;

   c. abide by New Jersey court rules, including Local Civil Rule 101.1(c)

   d. notify this Court immediately of any matter effecting my standing at the Bar of any other court; and

   e. have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey.

   6.   I do not reside, I am not regularly employed, nor do I regularly engage in substantial business, professional or other activities in New Jersey.  I have never applied to be admitted *pro hac vice* in any New Jersey action other than this application.

   I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California, State of New Jersey and the United States of America.

   Executed this 23rd day of June, 2010, at West Covina, California.

   Giuseppe Joseph Antonelli

4