Ricky Bagolie, Esq.
Alan T. Friedman, Esq.
**BAGOLIE FRIEDMAN LLC**
Five Corners Building
660 Newark Avenue
Jersey City, NJ 07306
Telephone: (201) 656-8500
Facsimile: (201) 656-4703


Joseph Antonelli, Esq. (SBN 137039)
Janelle Carney, Esq. (SBN 201570)
**LAW OFFICE OF JOSEPH ANTONELLI**
1000 Lakes Drive, Suite 450
West Covina, California 91790
Telephone: (626) 917-6228
Facsimile: (626) 917-7686

Attorneys for ETF Counsel In Dias v. AT&T

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON TESSIE ROBB, WILLIE DAVIS, ROMAN SASIK DAVID DICKEY et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY<br><br>Defendants. | Civil Action No. 07-05325 (JLL)<br><br>Hon. Judge Jose L. Linares<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF G. JOSEPH ANTONELLI TO APPEAR PRO HAC VICE AND APPEAR AT FINAL APPROVAL HEARING**<br><br>Date: June 29, 2010<br>Time: 2:00 p.m.<br>Dept.: MLK 5D |

1

**[Proposed] Order Granting Application of G. Joseph Antonelli to Appear Pro Hac Vice and to Appear at Final Approval Hearing**

**[PROPOSED] O R D E R**

THIS MATTER having been opened by the Court by Bagolie & Friedman, attorneys associated with Law Office of Joseph Antonelli, ETF Counsel for Dias in the matter of <u>Dias v. AT&T</u>, Los Angeles Superior Court Case No. BC316195 and counsel for defendants consenting hereto, and good cause appearing,

IT IS THIS _____ day of June 2010,

ORDERED that Giuseppe Joseph Antonelli of the Law Office of Joseph Antonelli is hereby admitted to appear *pro hac vice* in association with Bagolie Friedman on behalf of ETF Plaintiffs, Denise Dias and Stacy Day, in the matter of <u>Dias, et al. v. AT&T WIRELESS SERVICES, INC., et al.</u> in the above-captioned matter pursuant to L.Civ.R.101.1(c);

and it is further

ORDERED that all notices, pleadings, and other papers filed with the Court shall be served upon Bagolie & Friedman, New Jersey Counsel for <u>Dias</u> plaintiffs and that Bagolie & Friedman shall enter all appearances and be responsible for signed papers and for the conduct of the attorney admitted herewith; and it is further

ORDERED that G. Joseph Antonelli shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-

2

[Proposed] Order Granting Application of G. Joseph Antonelli to Appear Pro Hac Vice and to Appear at Final Approval Hearing

2(a), and shall make such payment for each year in which he continues to appear pro hac vice in this matter; and it is further

ORDERED that G.Joseph Antonelli make a payment of $150.00 on admission payable to the Clerk, USDC, pursuant to USDC - New Jersey, Local Rule 101.1(c)(3); and it is further

ORDERED that G. Joseph Antonelli may appear at the Final Approval Hearing on behalf of the <u>Dias</u> ETF Plaintiffs currently set for hearing on June 29, 2010 at 2:00 p.m.

Dated:     June _____, 2010

_____
Judge of the United States District Court

**[Proposed] Order Granting Application of G. Joseph Antonelli to Appear Pro Hac Vice and to Appear at Final Approval Hearing**