1    Brian R. Strange
     **STRANGE & CARPENTER**
2    12100 Wilshire Blvd., Suite 1900
     Los Angeles, California 90025
3    310.207.5055

4    James E Cecchi
     Lindsey H. Taylor
5    **CARELLA, BYRNE, BAIN,**
     **GILFILLAN, CECCHI, STEWART &**
6    **OLSTEIN**
     5 Becker Farm Rd.
7    Roseland, New Jersey 07068
     973.994.1700
8    *Attorneys for Plaintiffs*

Andrew B. Joseph
Seamus C. Duffy
William B. Connolly
**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florsham Park, New Jersey 07932
973.549.7264


*Attorneys for Defendants*
*AT&T Mobility LLC*

9

10                    **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEW JERSEY**
11

12   BARRY HALL, *et al.*,                    Civil Action No. 07-05325 (JLL)
13
                    Plaintiffs,               **SUPPLEMENTAL DECLARATION OF**
14                                            **JOEL K. BOTZET**
                                              **REGARDING EXCLUSION REQUEST**
15          v.                                **REPORT**

16   AT&T MOBILITY LLC f/k/a CINGULAR
     WIRELESS LLC, *et al.*,
17
                    Defendants.
18

19

20          I, JOEL K. BOTZET, declare and say as follows:

21

22          1.      I am a Senior Project Administrator with Rust Consulting, Inc. ("Rust Consulting").

23   My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402.   My

24   telephone number is 612-359-2035.  I am over twenty-one years of age and authorized to make this

25   declaration on behalf of Rust Consulting.  Except as otherwise stated, I am fully familiar with and

26   have personal knowledge of the matters in this declaration and am competent to testify about them

27   if called upon to do so.

28

2.    Rust Consulting is the Settlement Administrator for the AT&T Mobility settlement in the above-captioned action.  I submit this supplemental declaration regarding the Requests for Exclusion Report pursuant to Paragraph 12 of the Court's Preliminary Approval Order dated November 5, 2010, and Paragraph 3 of the Court's Amended Order Rescheduling Hearing Regarding Final Approval of Proposed Settlement and Related Deadlines dated April 2, 2010.

3.    As of June 28, 2010, of the 279 Requests for Exclusion received from the settlement class, an updated count of 121 met the criteria for exclusion and 158 did not meet the criteria for exclusion.  A request for exclusion is deemed by Rust to have met the criteria for exclusion if it: (a) contains unambiguous phrasing stating that exclusion is sought; (b) provides an AT&T Mobility mobile telephone number; (c) bears a signature; and, (d) was timely submitted to the Settlement Administrator.  A list of the names of the persons who submitted Requests for Exclusion, along with an updated indicator of whether or not the Request for Exclusion met the criteria for exclusion, is attached hereto as Exhibit A.

4.    As of June 28, 2010, Rust Consulting had received 4 untimely requests for exclusion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 28th day of June, 2010, at Minneapolis, Minnesota.

_____
JOEL K. BOTZET

- 2 -

# EXHIBIT A

## Hall v. AT&T Mobility
### Exclusion Requests
#### Requests for Exclusion Which Meet Exclusion Criteria

| # | Name | # | Name |
|---|------|---|------|
| 1 | AHMAD RAMI HIJAZI | 70 | LEANNE HICKS |
| 2 | AIDA I SANTIAGO VEGA | 71 | LEANNE T L'HOMMEDIEU |
| 3 | ALAN H KATZ | 72 | LEDA SOUKDHAYSONG |
| 4 | ALICE LAURETA | 73 | LESLIE BERNARDI |
| 5 | ALLYSON KUGA | 74 | LETICIA HERNANDEZ |
| 6 | ANDREW D CARR | 75 | LIL CLARK |
| 7 | ANGELA REL | 76 | LINDA KELLER |
| 8 | ANGELICA L RYBANDT | 77 | LISA LEPPO |
| 9 | ANNE JOHNSON | 78 | LOAIDI LOPEZ |
| 10 | ANTHONY MORALES | 79 | LORNE GREER |
| 11 | ARMANDO RODRIGUEZ | 80 | MACKLYN B LABIT |
| 12 | ASTRID MENDOZA | 81 | MARGARET H FRIEND |
| 13 | BARBARA D ROSSI | 82 | MARK HAYWOOD |
| 14 | BLAIN ALAN JOHNSON | 83 | MARTHA AGUILAR |
| 15 | BONNIE L FRANKENBERG | 84 | MARVIN COLE |
| 16 | BRIAN P O'CONNOR | 85 | MICHAEL & CAROL VICKERY |
| 17 | CARRIE HIGO | 86 | MICHAEL F BECKER AND JESSICA A BECKER |
| 18 | CATHERINE KERN | 87 | MIKE & KAYE SHERMAN |
| 19 | CATHERINE SANTHUFF | 88 | MITCHELL D COFFMAN |
| 20 | CHARLES PULSFORD | 89 | PATSYE LIVELY |
| 21 | CHRISTINA AKPIK | 90 | RAFAEL GUTIERREZ |
| 22 | CHRISTINA MTPLEASANT | 91 | RALPH HARGRAVE |
| 23 | DAIRA F VAELLO ESQ | 92 | RIKU WIESEL |
| 24 | DALE AND ETHEL OLSON | 93 | RODERICK J HOUSTON |
| 25 | DAMAMS P GARCIA AND PAULA P LOYA | 94 | ROMAN HERNANDEZ |
| 26 | DAVID FELDMAN | 95 | SARAI ROMAN ROMAN |
| 27 | DAVID PHEIL | 96 | SCOTT F BIENIEK |
| 28 | DEBORAH KRIER | 97 | SCOTT M LANGERMAN P.E. AND L KATHLEEN LANGERMAN |
| 29 | DENISE LEE | 98 | SHELDON A MINER |
| 30 | DEREK SANDERS | 99 | SIAN FANG |
| 31 | DIANE STURMS | 100 | SOLEE BUTLER |
| 32 | DJUANA STOAKLEY | 101 | SRIDHAR KRISHNAN |
| 33 | DUHAMEL A ROSARIO CRESPO | 102 | STEVE BALLIETTE |
| 34 | DULCE BOMIENTOS | 103 | STEVE CHIANG |
| 35 | ELIZABETH C PILESKI | 104 | STEVEN SPARKS |
| 36 | ELIZABETH GRAFTON | 105 | SUE LEE |
| 37 | ELIZABETH J BARADI | 106 | TAMMY G WILLIAMS |
| 38 | EMILIA JANEKE | 107 | TERRIS L HANSON |
| 39 | EMILY MUSCOLINO | 108 | THOMAS A KNOTT |
| 40 | EUGENE REIFF | 109 | THOMAS A NOSTIN |
| 41 | EVAN WESTSTRATE | 110 | THOMAS J KAPSNER |
| 42 | FRANCES M MOWER | 111 | TIMOTHY HURNE |
| 43 | FRANCINE SAPONE | 112 | TRACY CARTER |
| 44 | GEORGE BARRY | 113 | TROY FLEMING |
| 45 | GERALD T LIOY | 114 | VICTOR CINTRON |
| 46 | HINA PATEL | 115 | VIJAY BHASKAR ESSAIGNANAM |
| 47 | JADE NAAMAN | 116 | VIRGINIA ALVAREZ |
| 48 | JANE D NETTESHEIM | 117 | VIRGINIA JONES |
| 49 | JENNIE BRUCE | 118 | WANDA H CULPEPPER |
| 50 | JEREMY DILLON | 119 | WING SZE IP |
| 51 | JIMMIE L LANPHIER JR & BARBARA LANPHIER | 120 | WOLFE LAW GROUP LLP, SCOTT WOLFE JR |
| 52 | JOE C KUNKEL | 121 | ZEHRA SALAHUDDIN |
| 53 | JOE SENSENIG | | |
| 54 | JOELLE DIXON | | |
| 55 | JOHANNA DILORENZO | | |
| 56 | JOHN C FRANK | | |
| 57 | JOHNNY BRUNO | | |
| 58 | JONAS GREEN & DAFNA HOPENSTAND | | |
| 59 | JONATHAN SATO | | |
| 60 | JOSE CIRINO MATOS | | |
| 61 | JOSEPH RIGALI AND MARK GEHRET | | |
| 62 | JUDY T SEGARS | | |
| 63 | JUSTIN GLENN ALLEN | | |
| 64 | KATY PELTON | | |
| 65 | KEVIN MCINTYRE | | |
| 66 | KIM GROVE | | |
| 67 | LANA ANDREAN | | |
| 68 | LEA ALBU | | |
| 69 | LEAH M NICHOLLS | | |

## Hall v. AT&T Mobility
### Exclusion Requests

**Requests for Exclusion Which Do Not Meet Exclusion Criteria**

| # | Name | # | Name |
|---|------|---|------|
| 1 | ALICE WARD | 80 | JONES AMPONAL |
| 2 | AMELIA S GACUYA | 81 | JUDITH CARTER |
| 3 | ANGELA FREEMAN | 82 | JULIANA E PENA FALCON |
| 4 | ANGELICA BURTON | 83 | KAREN D ROBY |
| 5 | ANNIE R BEST | 84 | KEITH AND DONNA BLANTON |
| 6 | ANTHONY R HICKS | 85 | KIMBERLY JACKSON |
| 7 | ANTONIA QUIROZ | 86 | KOCH COMPANIES PUBLIC SECTOR LLC |
| 8 | BARBARA FISHBURN | 87 | KOCH COMPANIES PUBLIC SECTOR LLC |
| 9 | BARBARA R BLAIN | 88 | KRISTY CARDENAS |
| 10 | BERNICE SCOTT | 89 | LITA BARRERAS |
| 11 | BERTA ALICIA VIDES | 90 | LOIS J PICKETT |
| 12 | BERTHA A MEDINE | 91 | LOIS J ROSS |
| 13 | BERTHA CAIN | 92 | LOLA M NELSON |
| 14 | BERTHA J MCGOWAN | 93 | LYDIA NORMAN |
| 15 | BETH TESHUA HAM | 94 | MARGUERITE M GEDEON |
| 16 | BETTY P JOHNSON | 95 | MARIE A MORELLO |
| 17 | BRANDON HILLARD | 96 | MARIE MCDONNELL |
| 18 | CANDY WILLIAMS | 97 | MARTIN N ZABARSKY |
| 19 | CARL C CHANDLER JR | 98 | MARY A FORBES |
| 20 | CARLEEN A FLANAGIN | 99 | MAXINE HUTCHINSON |
| 21 | CARLOS BARRANTES | 100 | MELISSA CARRASCO |
| 22 | CATHERINE SLIVA | 101 | MICHELLE HOWARD |
| 23 | CHAD & LINA SLOAN | 102 | MICHELLE S ZOELLER |
| 24 | CHARLES BAGBY | 103 | MS R E TESINSKY |
| 25 | CINDY ROGER | 104 | MYA MITCHUM |
| 26 | CYNTHIA LEHMAN | 105 | NANCY L NEINZ |
| 27 | DANIEL AND CARYN SKUPIEN | 106 | NATALIYA V ARTEMIEVA |
| 28 | DANIEL B HUGHES | 107 | NATHANIEL SEABROOK JR |
| 29 | DAVID C EMERY | 108 | NEAH FRANKLIN |
| 30 | DAVID CARR | 109 | OSCAR A CEDENO |
| 31 | DAVID WELLS | 110 | PAMELA K BURRELL |
| 32 | DEBBIE KNAPP | 111 | PAMELA S FARLY |
| 33 | DEBBIE POTTS | 112 | PATRICIA ANGE |
| 34 | DEBORAH GOLDSTEIN | 113 | PATRICIA CASUROLE |
| 35 | DIA VANG | 114 | PATRICK MOTLEY |
| 36 | DIANE COCHRAN | 115 | PAUL BUCKLES |
| 37 | DIANE L DAVIS | 116 | PEGGY NEWMAN |
| 38 | DONALD SCHARF | 117 | PEGGY TALEHO |
| 39 | DONNA HERON | 118 | PEGGY WILSON AND RICHARD O WILSON |
| 40 | DORIS A PAETOW AND PAULD F PAETOW | 119 | PETER VON LAUDERMANN |
| 41 | DORIS L MEADS | 120 | RACHEL L SHAFFER |
| 42 | E W TOMPKINS JR | 121 | REGINALD C KEYES |
| 43 | ELIZABETH NEESE | 122 | REV DAVID IRVIN |
| 44 | ELMA WILLIAMS | 123 | RICARDO PADILLA |
| 45 | ELSA LIRA | 124 | RICHARD BASSETT |
| 46 | ELSA SCHUBERT | 125 | RICHARD L SHAFFER |
| 47 | EMANUEL CAIN | 126 | RICK &KITTY RICCI |
| 48 | EMMA LOPEZ | 127 | ROBERT GUY BAILEY |
| 49 | ENRIQUE VALDES | 128 | ROBERT NARDIL |
| 50 | ERIC S MARTIN | 129 | RODOLFO MARTINEZ |
| 51 | ETTA JEAN BRIGGS | 130 | ROSA HARRIS |
| 52 | EZRA E STANDAFER | 131 | RUSSELL KREPFLE |
| 53 | FLORBEL SEGURA | 132 | RUTH P MCMANOS |
| 54 | FLORENCE NEAL | 133 | SANDRA J STRAWER |
| 55 | FLORINE SANDERS | 134 | SCOTT POOLE |
| 56 | GENEVA GILBREATH | 135 | SELTA SAUCEDO |
| 57 | GEORGINA RAMIREZ | 136 | SHEILA BLONDER |
| 58 | GOODRICH | 137 | SHELBY S MIER |
| 59 | GREG KENDALL | 138 | SHIRLEY SMALL |
| 60 | GREGORY A PETERS | 139 | SILVIA SALABARRIA |
| 61 | GREGORY DEBROS | 140 | SONGKRAN CHIMKIT |
| 62 | GREGORY KUEHMICHAEL | 141 | SR SAUL RIVERA CABAN |
| 63 | HANS P DELCID | 142 | SR SAUL RIVERA CABAN |
| 64 | HEATHER ROWAN | 143 | SRA ANA LUISA DE RIVERA |
| 65 | HERBERT B PIERSON | 144 | SRTA MARIA L JUSINO TORRES |
| 66 | IRENE D LOVELL | 145 | STELLA CHIU |
| 67 | JACOBUS ALBERTS | 146 | SUSAN POE |
| 68 | JAMES JACKSON II | 147 | TAMARA GAFFORD |
| 69 | JAMES LASKA | 148 | TANISHA M GRIMES |
| 70 | JEAN RICHARDS | 149 | TERESA CAZARES |
| 71 | JEAN RUSH | 150 | THELMA LEE VERNATTI |
| 72 | JEFFREY PIETRAS | 151 | THERESA HOWLE |
| 73 | JERRY AND BRIGITE DOLPHIN | 152 | THUY PHAM |
| 74 | JESUS RUIZ | 153 | TIM HANCOCK |
| 75 | JOEL D LUCOFF & NANCY M VALENCIA | 154 | TRIVONA K STEGMAN |
| 76 | JOHN BREON | 155 | VERNON C JONES |
| 77 | JOHN W CUDDY | 156 | W HAUGHBROOK |
| 78 | JOHN WITWER | 157 | WANDA WARREN |
| 79 | JONATHAN SATO TRUSTEE FOR THE REVOCABLE LIVING TRUST OF HENRY SATO AND TERUKO TAKAKURA SATO | 158 | ZORAIDA JIMINEZ |