You UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: LINARES                                           Date:   06/29/2010
Court Reporter: PHYLLIS T. LEWIS            Civil No:   07-5325 (JLL)

<u>Title of the Case:</u>

HALL, et al
v
AT&T MOBILITY LLC, et al

<u>Appearances</u> :

James Cecchi & Brian Strange, Attorneys for Plaintiff(s), Hall
William Connelly & Jennifer K. Green,  Attorneys for Defendant, AT&T Mobility

<u>Objectors with Counsel:</u>

Joseph Antonelli, Attorney for Objector, Denise Dias
Mark Lavery, Attorney for Objector, Christopher V. Langone

<u>Pro Se Objector:</u>

H.P. Schroer, *Pro Se*

<u>Nature of Proceedings:</u>

Hearing on motion [#537] for *pro hac vice* admission of attorney, Joseph Antonelli.  Court ORDERED application GRANTED.  OTBS
Hearing on application of attorney, Mark Lavery for *pro hac vice* admission.  Court ORDERED application GRANTED.  OTBS
Final approval hearing held.
Court RESERVED decision.

                                                              Lissette Rodriguez, Courtroom Deputy
                                                              to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced:    2:00 p.m.
Time Concluded:       4:05 p.m.