UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated, <br><br>            Plaintiffs, and <br>JESSICA HALL, <br>            Plaintiff-Objector <br><br>    v. <br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL, and NEXTEL FINANCE COMPANY <br><br>            Defendants | Civil Action No. 07-05325(JLL) <br><br><br><br><br><br><br><br>**ORDER ADMITTING MARK LAVERY, ESQ. *PRO HAC VICE*** |

**THIS MATTER** having been brought before the Court on application of Christopher Langone, Esq. appearing, for the admission *pro hac vice* of Mark Lavery, Esq., of the firm of Lavery Law Firm and for such good and sufficient cause shown;

IT IS on this _29th_ day of _June_, 2010;

**ORDERED** that Mark Lavery, of the Lavery Law Firm, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to *L. Civ. R. 101.1(c)*;

**ORDERED** that Mark Lavery, Esq., shall be within the disciplinary jurisdiction of this Court; and it is further

**ORDERED** that pursuant to *New Jersey Court Rule 1:28-2(a)*, the appropriate amount be promptly submitted by Mark Lavery, Esq., or on their behalf to the New Jersey Lawyers' Fund for Client Protection, together with a copy of this Order; and it is further

**ORDERED** that the United States District Court, District of New Jersey fee for *pro hac*

*vice* admission in the amount of $150.00 be paid by Christopher Langone; and it is further

**ORDERED** that Mark Lavery make the required annual payments for any year in which the admitted attorney continues to represent a client in a matter pending before this Court; and it is further

**ORDERED** that Mark Lavery, Esq., shall be bound by the *Local Civil Rules for the District of New Jersey*, including, but not limited to the provisions of *L. Civ. R. 101.1*, Admission of Attorneys, *L. Civ. R. 103.1*, Judicial Ethics and Professional Responsibility, and *L. Civ. R. 104.1*, Discipline of Attorneys; and it is further

**ORDERED** that Mark Lavery, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, *Rule 1:21-7*, as amended.

**SO ORDRED**.

HON. JOSE L. LINARES, U.S.D.J.