James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Brian R. Strange
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
(310) 207-5055

Attorneys for Plaintiffs and the Class

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BARRY HALL, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*,<br><br>        Defendants. | Civil Action No. 07-05325 (JLL)<br><br>**NOTICE OF MOTION** |

To:   All Counsel on ECF Mailing List

     Christopher V. Langone
     207 Texas Lane
     Ithica, New York 14850

     Mark T. Lavery, Esq.
     LAVERY LAW FIRM
     733 Lee, Suite 150
     Des Plaines, Illinois 60016
     Attorney for Christopher Langone

COUNSEL:

PLEASE TAKE NOTICE that on Monday, August 2, 2010, at 10 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs and the Class shall move before Hon. Jose L. Linares at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey for an Order pursuant to the All-Writs Act, 28 U.S.C. § 1651, enjoining Christopher V. Langone from proceeding with any further action to prosecute his civil action presently pending in the United States District Court for the Northern District of Illinois encaptioned *Christopher V. Langone, individually and on behalf of a class of others similarly situated v. Paul Weiss, et al.*, Case No. 1:10-cv-3819.

The undersigned intend to rely upon the annexed Brief and Declaration of James E. Cecchi. A proposed form of order is also included herewith.

The undersigned hereby requests oral argument.

    CARELLA, BYRNE, CECCHI,
    OLSTEIN, BRODY & AGNELLO
    Attorneys for Plaintiffs


By:   /s/ James E. Cecchi
      JAMES E. CECCHI

STRANGE & CARPENTER
Attorneys for Plaintiffs


By:   /s/ Brian R. Strange
      BRIAN R. STRANGE

Dated: July 9, 2010

**CERTIFICATION OF SERVICE**

I hereby certify that on July 9, 2010 the within Notice of Motion and accompanying Brief, Declaration of James E. Cecchi, and proposed form of order were served upon all counsel on the ECF distribution list in the above matter, and were served upon Christopher V. Langone and Mark T. Lavery via email.

                                                  /s/ James E. Cecchi
                                                  JAMES E. CECCHI