James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Brian R. Strange
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
(310) 207-5055

Attorneys for Plaintiffs and the Class

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BARRY HALL, *et al.* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*<br>Defendants. | Civil Action No. 07-05325(JLL)<br><br>**DECLARATION OF**<br>**JAMES E. CECCHI** |

JAMES E. CECCHI, ESQ., of full age, hereby declares under penalty perjury as follows:

1. I am an attorney licensed to practice in New Jersey and am a member of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, co-Counsel for Plaintiff and the Class in the above matter. In such capacity, I am fully familiar with the facts contained herein.

2. Annexed hereto as Exhibit A is a true copy of the complaint filed by Christopher V. Langone in the United States District Court for the Northern District of Illinois encaptioned

*Christopher V. Langone, individually and on behalf of a class of others similarly situated v. Paul Weiss, et al.*, Case No. 1:10-cv-3819.

     3.     Annexed hereto as Exhibit B is a true copy of the correspondence between me and Mr. Langone's attorney with respect to Mr. Langone's Illinois action.

     I hereby declare under penalty of perjury that the foregoing is true and correct



/s/ James E. Cecchi
JAMES E. CECCHI

Dated: July 9, 2010