

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK

MARTIN LUTHER KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NEW JERSEY 07101

**CAMDEN OFFICE**
MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101

**Date:** June 30, 2010

WILLIAM T. WALSH
CLERK

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 301
TRENTON, NJ 08608

**REPLY TO: NEWARK**

Joy Bombarger
1334 W. North Shore Ave. #V2
Chicago, IL 606026

*Response on bottom of this letter.*

*07-5325*

**Re:** AT&T Mobility ETF Class Action Suit

Dear Ms. Bombarger,

We received your letter of intent for the results in the AT&T Mobility ETF Class Action Litigation suit dated June 9, 2010. However, due to our high volume of cases involving AT&T we are unable to locate the specific case in which you have requested to be involved. Please provide us with more detailed information such as a case number, ex. 01-CV-1234, attorney of record and/or the reference letter you received to notify you of this lawsuit. Any or all of these materials will greatly benefit the courts ability to provide you with the action you desire.

*In response to this letter I've enclosed the document that may assist you in finding the settlement for At&t Mobility. for your time. Thank you for your time & efforts! Joy Bombarger*

Very truly yours,
**WILLIAM T. WALSH**
William T. Walsh, Clerk

by: Tim Gorman
Deputy Clerk

cc: File

RECEIVED
JUL 0 9 2010
AT 8:30_____M
WILLIAM T. WALSH, CLERK

AT&T MOBILITY ETF SETTLEMENT ADMINISTRATOR
C/O RUST CONSULTING, INC.
PO BOX 2266
FARIBAULT, MN 55021-2386

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Rust Consulting, Inc.

**If You Paid or Had a Contract Including a Flat-Rate Early Termination Fee from AT&T Mobility,**
**You May Be Entitled to Benefits from a Class Action Settlement**

A 1001  0538114



1  3  0  8  5  7  6  9

POSTCARD# 13085769
JOY BOMBARGER
1334 W NORTH SHORE AVE # V2
CHICAGO IL 60626-4708

||.|l..|l....|l...l.|.l.l|l..l.l|..l|l...l.l..ll.l.l.l.ll.l|l

---

### Important Notice from the United States District Court
### for the District of New Jersey about a Class Action Settlement

*Para ver este aviso en español, vista www.ATTMETFSettlement.com/español*

A proposed Settlement has been reached in a class action lawsuit against AT&T Mobility LLC ("AT&T Mobility"). The Settlement resolves several other cases that challenge AT&T Mobility's flat-rate early termination fee ("ETF"). The lawsuit claims that AT&T Mobility's flat-rate ETF provision in its wireless telephone service contracts (generally between $150 and $175) is unlawful. AT&T Mobility strongly denies any wrongdoing, but has agreed to settle to avoid the burden and costs of further litigation. *You may be a Class Member if*:

- You subscribed to wireless telephone service from AT&T Mobility or its predecessors and paid or were charged a flat-rate ETF on or at any time after January 1, 1998; OR

- Your contract included a flat-rate ETF provision on or at any time after January 1, 1998.

The purpose of this Notice is to inform you of the settlement so you may decide what to do about it. If the Settlement is approved, a settlement fund of $16,000,000 in cash and $2,000,000 in non-cash benefits will be created. You may submit a claim to receive monetary or other benefits. Claim Forms must be submitted on-line or sent via U.S. Mail with a postmark date on or before June 14, 2010, but that deadline may be extended.

- **If you wish to exclude yourself** from the lawsuit and keep your right to sue AT&T Mobility on your own, you must send a request for exclusion to the Settlement Administrator via U.S. Mail with a postmark date on or before **March 24, 2010.** If you do not exclude yourself, you will be bound by the terms of the Settlement and give up your rights to sue in court or arbitration regarding issues in the case.

- **If you do not exclude yourself,** you or your lawyer has the right to appear before the Court and object to the proposed Settlement. Objections must be written and postmarked by **March 24, 2010.** Objections to the application for attorneys' fees and expenses must be received by **April 12, 2010.** You will be bound by the terms of the Settlement even if your objection is rejected.

The Court will determine whether to approve the Settlement at a Fairness Hearing on **April 14, 2010 at 10:00 a.m.** at the United States District Court for the District of New Jersey, located at 50 Walnut Street, Newark, New Jersey 07101.

**For a full description of the Settlement, related Court documents, and deadlines and claim forms, please visit:**
**www.ATTMETFSettlement.com, Call: 1-888-228-0885**
**or Write:  AT&T Mobility ETF Settlement Administrator, c/o Rust Consulting, Inc., P.O. Box 2266, Faribault, MN 55021-2386**

RECEIVED   CLERK
U.S. DISTRICT COURT

'10 JUL -9 A 11: 43

Mrs. Joy Bombarger
1334 W North Shore Ave.
Chicago, IL 60626-4708

RV 2

CHICAGO IL 605

09 JUL 2010   PM 1 L

U.S. District Court for
the District of New Jersey
50 Walnut Street
Newark, NJ

07101