# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C CARELLA | JAMES T BYERS | **5 BECKER FARM ROAD** | RICHARD K MATANLE, II | RAYMOND J LILLIE |
| BRENDAN T BYRNE | DONALD F MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C HAND | WILLIAM SQUIRE |
| PETER G STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J GRANT° |
| ELLIOT M OLSTEIN | KENNETH L WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | MARC D MICELI |
| ARTHUR T VANDERBILT, II | JEFFREY A COOPER | www.carellabyrne.com | WALTER G. LUGER | RAYMOND E STAUFFER° |
| JAN ALAN BRODY | CARL R WOODWARD, III | | | STEPHEN R DANEK |
| JOHN M AGNELLO | MELISSA E FLAX | | OF COUNSEL | ERIC MAGNELLI |
| CHARLES M CARELLA | DENNIS F GLEASON | | | DONALD ECKLUND |
| JAMES E CECCHI | DAVID G GILFILLAN | | | VINCENZO M MOGAVERO |
| | G GLENNON TROUBLEFIELD | | | °MEMBER N Y BAR ONLY |
| | BRIAN H FENLON | July 12, 2010 | | |
| JAMES D CECCHI (1933-1995) | KHOREN BANDAZIAN | | | |
| JOHN G GILFILLAN III (1936-2008) | LINDSEY H TAYLOR | | | |

Honorable Jose L. Linares
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re: *Hall, et al. v. AT&T Mobility LLC, et al.*,
**Civil Action No. 07-5325**

Dear Judge Linares:

This firm, along with Strange & Carpenter, are class counsel in the above captioned matter. I am writing, as we have done in the past, to update Your Honor on developments in connection with administration of claims in this case.

On March 29, 2010, Your Honor executed an order scheduling the Final Approval Hearing for two months which, consequently, moved the deadline for submitting claims since the deadline for submitting claims is 60 days after the Court finally approves the settlement. As such, approximately two more months for the submission of claims remains. In addition, as Your Honor is also aware, we anticipate seeing an uptick in the submission of claims as the deadline nears. In that regard, Class Counsel and our claims administrator, Rust, continue our normal class outreach program to insure that all valid claimants have an opportunity to submit claims. To do so, we will be sending email reminders and mail reminders to identified class members to remind class members of the relevant dates and the continuing opportunity to submit claims. We are hopeful that through these efforts and others, the fund at issue here will be exhausted as other ETF settlement funds were.

We hope this report is helpful and if you have any questions we are available at your convenience.

Respectfully yours,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

*James E. Cecchi /s/*

JAMES E. CECCHI

#399043