James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Paul M. Weiss
Jeffrey Leon
George K. Lang
Eric C. Brunick
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, Illinois  60602
(312) 220-0000

Attorneys for Plaintiff and the Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON and TESSIE ROBB, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL<br><br>             Defendants. | Civil Action No. 07-05325 (JLL)<br><br><br>**NOTICE OF MOTION** |

To:     All Counsel on ECF Mailing List

COUNSEL:

    PLEASE TAKE NOTICE that on Monday, August 23, 2010, at 10 a.m. or as soon

thereafter as counsel may be heard, the undersigned counsel for Plaintiffs and the Class shall

move before Hon. Jose L. Linares at the Martin Luther King Federal Building, 50 Walnut Street,

Newark, New Jersey for an Order pursuant to the All-Writs Act, 28 U.S.C. § 1651, enjoining The Lakin Law Firm from proceeding with any further action to prosecute its arbitration proceeding against Freed & Weiss relating to a claim for attorney's fees arising out of the claims against Sprint Nextel Corporation and Spring Spectrum L.P. which were settled in this action.

 The undersigned intend to rely upon the annexed Brief and Declaration of Jeffrey Leon.

 The undersigned hereby requests oral argument.

           CARELLA, BYRNE, CECCHI,
           OLSTEIN, BRODY & AGNELLO
           Attorneys for Plaintiffs


         By: /s/ James E. Cecchi
            JAMES E. CECCHI


Dated: July 15, 2010

## CERTIFICATION OF SERVICE

I hereby certify that on July 9, 2010 the within Notice of Motion and accompanying Brief, Declaration of James E. Cecchi, and proposed form of order were served upon all counsel on the ECF distribution list in the above matter, and were served upon Christopher V. Langone and Mark T. Lavery via email.

        /s/ James E. Cecchi  
        JAMES E. CECCHI