James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Paul M. Weiss
Jeffrey Leon
George K. Lang
Eric C. Brunick
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
(312) 220-0000

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON and TESSIE ROBB, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL<br><br>     Defendants. | Civil Action No. 07-05325 (JLL)<br><br><br>**ORDER** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello and Freed & Weiss in the presence of The Lakin Law Firm, and the Court having read the parties' papers and heard argument of counsel, and good cause appearing,

   IT IS THIS      day of August, 2010

ORDERED that The Lakin Law Firm, and any other persons acting in concert with it or on its behalf, are hereby enjoined from proceeding with any further action to prosecute its arbitration proceeding with JAMS encaptioned *The Lakin Law Firm, P.C. v. Freed & Weiss, LLC*, Arbitration # 1340007668;  and it is further

ORDERED that The Lakin Law Firm, and any other persons acting in concert with it or on its behalf, are hereby enjoined taking any action in any court or any arbitral forum other than in this civil action (including on appeal) to challenge or object to any award of fees to Freed & Weiss relating to the award of attorney's fees to Class Counsel, including to Freed & Weiss, related to the settlement with Sprint Nextel Corporation and Spring Spectrum L.P.;  and it is further

ORDERED that Class Counsel shall cause a copy of this order to be submitted to the arbitrator in the arbitration proceeding referenced in the first paragraph hereof.

 

JOSE L. LINARES, U.S.D.J.