**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Alan R. Plutzik (*pro hac vice*)
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, California  94598
Telephone: (925) 945-0200
Facsimile:  (925) 945-8792
aplutzik@bramsonplutzik.com
ltfisher@bramsonplutzik.com

**SHERMAN BUSINESS LAW**
Steven M. Sherman, Esq.
220 Montgomery Street, Suite 1500
San Francisco, CA 94104
Tel: 415/403-1660
Fax: 415/397-1577
steven@shermanbusinesslaw.com

Plaintiffs' ETF Counsel

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br>                    Defendants, | Civ. Act. No. 07-5325 (JLL)<br><br>**[PROPOSED] ORDER FOR GRANTING RENEWED JOINT MOTION OF BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP, REICH RADCLIFFE & KUTTLER, LLP AND CUNEO, GILBERT & LADUCA, LLP FOR AN AWARD OF NONTAXABLE COSTS ATTRIBUTABLE TO THE REPRESENTATION OF MEMBERS OF THE SPRINT CALIFORNIA SUBSCRIBER CLASS** |

61744

**THIS MATTER** having come before the Court upon the Renewed Joint Motion of Bramson, Plutzik, Mahler & Birkhaeuser, LLP, Reich Radcliffe & Kuttler LLP And Cuneo, Gilbert & LaDuca, LLP, for an Award of Nontaxable Costs Attributable to the Representation of Members of the Sprint California Subscriber Class, and the Court having reviewed the submissions of counsel,

**IT IS** on this _____day of _____, 2010,

**ORDERED** that Bramson, Plutzik, Mahler & Birkhaeuser, LLP, Reich Radcliffe & Kuttler, LLP, and Cuneo, Gilbert & LaDuca, LLP, are hereby granted reimbursement of expenses incurred in connection with their representation of members of the California Subscriber Class as follows:

| | |
|---|---|
| Bramson, Plutzik, Mahler & Birkhaeuser, LLP | $20,232.50 |
| Reich Radcliffe & Kuttler, LLP | $ 2,689.33 |
| Cuneo, Gilbert & LaDuca, LLP | $ 1,788.74. |

_____
Hon. Jose L. Linares, U.S.D.J.

61744

1