**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
Alan R. Plutzik (*pro hac vice*)
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
ltfisher@bramsonplutzik.com

**SHERMAN BUSINESS LAW**
Steven M. Sherman, Esq.
220 Montgomery Street, Suite 1500
San Francisco, CA 94104
Tel: 415/403-1660
Fax: 415/397-1577
steven@shermanbusinesslaw.com

Plaintiffs' ETF Counsel

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br>                      Defendants, | Civ. Act. No. 07-5325 (JLL)<br><br>**NOTICE OF RENEWED JOINT MOTION OF BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP, REICH RADCLIFFE & KUTTLER, LLP AND CUNEO, GILBERT & LADUCA, LLP FOR AN AWARD OF NONTAXABLE COSTS ATTRIBUTABLE TO THE REPRESENTATION OF MEMBERS OF THE SPRINT CALIFORNIA SUBSCRIBER CLASS** |

**PLEASE TAKE NOTICE** that on Monday, August 23, 2010, at 10:00 a.m., or as soon thereafter as the matter can be heard, the law firms of Bramson, Plutzik, Mahler & Birkhaeuser, LLP, Reich Radcliffe & Kuttler, LLP, and Cuneo, Gilbert & Laduca, LLP – part of the group defined by the Court in its January 15 Order as the "Plutzik Group" of law firms – will move, before the Honorable Jose L. Linares, U.S.D.J., at the U.S. District Court, 50 Walnut Street, Newark, New Jersey, and hereby do move, pursuant to Fed. R. Civ. P. 23, the Court's January 15, 2010 Order [Docket No. 437] (the "January 15 Order") and accompanying Opinion [Docket No. 438], the Preliminary Approval Order of this Court dated December 8, 2008 [Docket No. 92], the Court's June 2, 2009 Order [Docket No. 344], and other orders of the Court, for an order awarding them reimbursement of expenses incurred in connection with their representation of members of the California Subscriber Class.

In support of this motion are the following documents:

(1) the Joint Motion in Support of Joint Motion for Award of Attorney's Fees and Nontaxable Costs Related to the *Ayyad, Robertson*, *Molfetas* and *Lee* Cases and Supporting Memorandum of Law filed in this Court on March 3, 2009 [Docket Nos. 247 and 247-1, respectively];

(2) the Declarations of Alan R. Plutzik, Marc Reich and Pamela Gilbert in Support of Joint Motion for Award of Attorney's Fees and Nontaxable

1

Costs Related to the *Ayyad, Robertson*, *Molfetas* and *Lee* Cases, filed in this Court on March 3, 2009 [Docket Nos. 247-6, 247-13 and 247-15, respectively];

(3) the Notice of Joint Motion for Award of Attorney's Fees and Nontaxable Costs Relating to the *Ayyad*, *Robertson*, *Molfetas* and *Lee* Actions, filed October 14, 2009 [Docket No. 386];

(5) the Supplemental Declaration of Alan R. Plutzik in Support of Joint Motion for Award of Attorney's Fees and Nontaxable Costs Related to the *Ayyad, Robertson*, *Molfetas* and *Lee* Cases, filed October 14, 2009 [Docket No. 386-2];

(6) the Supplemental Declarations of Marc G. Reich, Pamela Gilbert, and Alan R. Plutzik, filed in response to the Court's January 15 Order on February 3 and 10 and March 10, 2010 [Docket Nos. 449, 450 and 458];

(7) the accompanying Memorandum of Law in Support of Renewed Joint Motion of Bramson, Plutzik, Mahler & Birkhaeuser, LLP, Reich Radcliffe & Kuttler, LLP and Cuneo, Gilbert & Laduca, LLP for an Award of Nontaxable

Costs Attributable to the Representation of Members of the Sprint California Subscriber Class; and

(8) the accompanying Proposed Order.

Dated: July 19, 2010

                                              **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**

By: *[signature]*

Alan R. Plutzik (*pro hac vice*)
L. Timothy Fisher
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
ltfisher@bramsonplutzik.com

**REICH RADCLIFFE & KUTTLER, LLP**
Marc G. Reich (State Bar No. 159936)
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: (949) 975-0512
mgr@reichradcliffe.com

**CUNEO GILBERT & LaDUCA, L.L.P.**
Pamela Gilbert
507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-1813 (fax)
pamelag@cuneolaw.com

**SHERMAN BUSINESS LAW**
Steven M. Sherman, Esq.
220 Montgomery Street, Suite 1500
San Francisco, CA 94104
Tel: 415/403-1660
Fax: 415/397-1577
steven@shermanbusinesslaw.com

Plaintiffs' ETF Counsel

3