Christopher V. Langone
Attorney at Law
207 Texas Lane
Ithaca, New York, 14850
(607) 216-2836

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, et al., ) | Civil Action No.: 07-5325 (JLL) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| AT&T MOBILITY LLC f/k/a CINGULAR ) | NOTICE OF MOTION |
| WIRELESS LLC, et al., ) | |
| ) | **September 7, 2010** |
| Defendants. ) | |

**To:    All Counsel on ECF Mailing List**

**PLEASE TAKE NOTICE** that on Tuesday, September 7, 2010,[1] at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall move before the Honorable Jose L. Linares at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to Local Rule 7.1(i), reconsidering and vacating the July 27, 2010 Order denying Mark Lavery *Pro Hac Vice* admission and striking the oral argument he gave at the final fairness hearing on June 29, 2010.

I intend to rely upon the annexed Brief and Declaration of Christopher V. Langone. A proposed form of order is included herewith. The undersigned requests oral argument.

CHRISTOPHER V. LANGONE

By: s/Christopher V. Langone

Dated: August 9, 2010

---

[1] Monday, September 6, 2010 is a holiday

**CERTIFICATION OF SERVICE**

      I hereby certify that on August 9, 2010, the within Notice of Motion and accompanying Brief, Declaration of Christopher V. Langone, and proposed form of order was served upon all counsel of record via the ECF distribution list.

                                                    s/ Christopher V. Langone