## **CERTIFICATION OF SERVICE**

      I hereby certify that on August 9, 2010, the within Notice of Motion and accompanying Brief, Declaration of Christopher V. Langone, and proposed form of order was served upon all counsel of record via the ECF distribution list.

                                                              s/ Christopher V. Langone