DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone (973) 360-1100
Facsimile (973) 360-9831

*Attorneys for Defendant AT&T Mobility LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, et al., | Civil Action No. 07-5325 (JLL) |
| Plaintiffs, | |
| vs. | **NOTICE OF WITHDRAWAL OF LAUREN R. RANDELL, ESQ.** |
| AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, et al., | |
| Defendants. | **Document electronically filed** |

Defendant AT&T Mobility LLC, formerly known as Cingular Wireless LLC ("ATTM"), by and through undersigned counsel, hereby gives notice of the withdrawal of Lauren R. Randell, Esq., as counsel for ATTM in this matter. Magistrate Judge Salas granted Ms. Randell's application to appear *pro hac vice* in this matter on April 15, 2008. Dkt. 46. Ms. Randell has left the employ of Mayer Brown LLP, co-counsel to ATTM. ATTM remains represented by all other counsel for ATTM who have entered appearances in this matter.

DRINKER BIDDLE & REATH LLP
*Attorneys for Defendant AT&T Mobility LLC*

By:  /s/ Matthew J. Fedor
     Matthew J. Fedor

Dated: August 17, 2010

## CERTIFICATION OF SERVICE

1.      I am employed as an associate at the firm Drinker Biddle & Reath LLP, counsel for Defendant AT&T Mobility LLC, formerly known as Cingular Wireless LLC ("ATTM') in the above-captioned matter.

2.      On August 17, 2010, I caused true and correct copies of ATTM's Notice of Withdrawal of Lauren R. Randell, Esq. to be served via the Court's ECF system.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  August 17, 2010                                /s/ Matthew J. Fedor
                                                                  Matthew J. Fedor