NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, et al.,<br><br>Defendants. | Civil Action No.: 07-5325 (JLL)<br><br><br><br>**ORDER** |

This matter, having come before the Court by way of Class Counsel's application to enjoin arbitration of a breach of contract dispute between the law firms of Freed & Weiss, LLC and Lakin Chapman, pursuant to the All Writs Act, 28 U.S.C. § 1651 [Docket Entry No. 562], and, for the reasons set forth in the Court's corresponding Letter Opinion dated August 18, 2010,

IT IS on this **18th day of August, 2010**,

**ORDERED** that Class Counsel's application is **denied**.

**SO ORDERED.**

Jose L. Linares
UNITED STATES DISTRICT JUDGE