LAW OFFICE OF
# JOSEPH ANTONELLI
1000 LAKES DRIVE, SUITE 450
WEST COVINA, CALIFORNIA 91790
TELEPHONE (626) 917-6228
FAX (626) 917-7686

JOSEPH ANTONELLI
JANELLE CARNEY

VISIT OUR WEBSITE:
www.antonellilaw.com

EMAIL: jantonelli@antonellilaw.com
jcarney@antonellilaw.com

October 6, 2010

Honorable Judge Jose L. Linares
**United States District Court**
**State of New Jersey**
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:  *Hall v. AT&T Mobility LLC* – Civil Action No. 07-5325; and
*Dias v. AT&T Wireless Services, Inc.*- Los Angeles Superior Court Case No. BC316195

Dear Honorable Judge Linares:

This letter is intended to provide the court with a status as to the attorneys' fees application and request for fees on behalf of the *Dias et. al. v. AT&T Wireless Services, Inc. et. al.* Los Angeles Superior Court Case No. BC316195 plaintiffs. I appeared at the Final Approval hearing and the Class Counsel were ordered to discuss the matter with me in hope of reaching an agreement. We are pleased to report that the parties have reached a confidential agreement, subject to the court ruling on the fee and cost application of Class Counsel. Class Counsel will be drafting a letter agreement setting forth the details of the fees and costs allocation.

Very truly yours,
LAW OFFICE OF JOSEPH ANTONELLI

Joseph Antonelli

JA:lg
cc: Brian Strange, Esq.
James Cecchi, Esq.
William Connolly, Esq.