*Hall, et al., v. AT&T Mobility LLC*

**United States District Court of New Jersey Case No. 07-05325 (JLL)**

*Para ver este aviso en espanol, visita www.ATTMETFSettlement.com/espanol*

A Postcard Notice was recently mailed to you in regards to the proposed Settlement in *Hall v. AT&T Mobility LLC*. **This is a reminder that if you have not yet submitted a Claim Form to receive your share of the Settlement, there is still time to do so.** Claim Forms currently must be submitted online or sent via U.S. Mail with a postmark date on or before **November 19, 2010**, but that deadline may be extended.

You may be a Class Member if you subscribed to wireless telephone service from AT&T Mobility or its predecessors on or after January 1, 1998 until November 4, 2009, and during that time period:

- You paid or were charged a flat-rate ETF; OR
- Your contract included a flat-rate ETF provision and you did not pay and were not billed a flat-rate ETF.

**If the Settlement is approved by the Court, a Settlement Fund of $16,000,000 in cash and $2,000,000 in non-cash benefits will be created for distribution to Class Members and for payment of costs, incentive awards, and attorneys' fees awarded by the Court. These cash and non-cash benefits are available and easy to claim as set forth in the General Instructions available at www.ATTMETFSettlement.com.**

For a full description of the Settlement, related Court Documents and Claim Forms, please visit www.ATTMETFSettlement.com, call 1-888-228-0885, or write to:

AT&T Mobility ETF Settlement Claims Administrator
c/o Rust Consulting, Inc.
P.O. Box 2266
Faribault, MN 55021-2386

AT&T MOBILITY ETF SETTLEMENT CLAIMS ADMINISTRATOR
C/O RUST CONSULTING, INC.
PO BOX 2266
FARIBAULT, MN 55021-2386

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE

**PAID**

Rust Consulting, Inc.

**IMPORTANT REMINDER**



POSTCARD# <<PCN>>
<<NAME LINE>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<CITY>> <<ST>> <<ZIPCODE>>