UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB and WILLIE DAVID, individually and on behalf of all others similarly situated, | ) ) ) ) ) | Civ. Action No.: 2: 07-cv-05325 (JLL – ES) |
| Plaintiffs, | ) ) | HONORABLE JOSE L. LINARES |
| -against- | ) ) | |
| AT&T MOBILITY LLC f/n/a/ CINGULAR WIRELESS LLC and ATTM CORPORATION and SPRINT SPECTRUM L.P. d/b/a ATTM | ) ) ) ) ) ) | NOTICE OF APPEAL |

Notice is hereby given that CARL R. OLSON, HUGH RAMSEY, JONI HARTER, DAVID J. MEHAFFIE and CLARK RICHARD BROWN unnamed Class Members to this action, by and through their undersigned counsel, hereby hereby appeal to the United States Court of Appeal for the Third Circuit from the Final Approval Order and Judgment (Docket 584) and the Opinion (Docket 583) entered on October 13, 2010, copies of which are attached hereto.

Respectfully submitted,

　/s/ Vincent S. Verdiramo　
VINCENT S. VERDIRAMO
VERDIRAMO & VERDIRAMO ESQS, PA
3163 Kennedy Blvd.
Jersey City NJ 07306
(201) 798-7082
(201) 798-4627
mmf036@aol.com

Edward F. Siegel
(Ohio Bar No. 0012912)
27600 Chagrin Blvd. #340
(216) 831-3424

(216) 831- 6584 fax
E-mail        efsiegel@efs-law.com
(pro hac vice applied for)

Edward W. Cochran (Ohio 0032942)
20030 Marchmont Rd.
Cleveland Ohio 44122
Tel: (216) 751-5546
Fax: (216) 751-6630 (fax)
edwardcochran@adelphia.net

Sam P. Cannata
9555 Vista Way Ste. 200
Garfield Hts., Ohio 44125
Voice:        (216)   587-0900
E-mail:scannata@snider-cannata.com

John J. Pentz (MA Bar 561907)
Class Action Fairness Group
2 Clock Tower Place, Suite 440
Maynard, MA  01754
Voice: (978) 461-1548
Fax:   (978) 405-5161
e-mail**:**  Clasaxn@earthlink.net

Co-counsel for Objectors

## CERTIFICATE OF SERVICE

The foregoing Notice of Appeal was filed with the District Court through the use of the electronic filing system and was on the  9th day November, served on all counsel through the use of such system.

\_\_/s/ Vincent  S. Verdiramo_____