UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, *et al.*,<br><br>              Plaintiffs,<br><br>   v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*,<br><br>              Defendants. | Civil Action No. 07-05325 (JLL) |

--------------------------------------------------------------------------------
**JOINT REQUEST FOR *CY PRES* RECIPIENTS**
--------------------------------------------------------------------------------

                                           Brian R. Strange
                                           Gretchen Carpenter
                                           STRANGE & CARPENTER
                                           12100 Wilshire Blvd., Suite 1900
                                           Los Angeles, California 90025
                                           (310) 207-5055

                                           James E. Cecchi
                                           Lindsey H. Taylor
                                           CARELLA, BYRNE, CECCHI,
                                           OLSTEIN, BRODY & AGNELLO
                                           5 Becker Farm Rd.
                                           Roseland, New Jersey 07068
                                           (973) 994-1700

                                           Attorneys for Plaintiffs and the Class

Pursuant to this Court's October 13, 2010 Final Approval Order and Judgment, the parties have met and conferred and respectfully submit the following joint request for *cy pres* recipients:

Defendant AT&T Mobility LLC hereby respectfully designates Junior Achievement. Junior Achievement is a partnership between the business community, educators and volunteers, all working together to inspire young people to dream big and reach their potential. Junior Achievement's hands-on, experiential programs teach the key concepts of work readiness, entrepreneurship and financial literacy to young people all over the world. Junior Achievement is the world's largest organization dedicated to educating students about workforce readiness, entrepreneurship and financial literacy through experiential, hands-on programs. For more detailed information about this organization, Junior Achievement's website is www.ja.org.

Class Counsel on behalf of Plaintiffs hereby respectfully designate Public Counsel and the Community FoodBank of New Jersey. Public Counsel is the Nation's largest *pro bono* law firm specializing in delivering pro bono legal services to low-income communities. Public Counsel strives to achieve three main goals: protecting the legal rights of disadvantaged children; representing immigrants who have been the victims of torture, persecution, domestic violence, trafficking, and other crimes; and fostering economic justice by providing individuals and institutions in undeserved communities with access to quality legal representation. For more detailed information about this organization, Public Counsel's website is www.publiccounsel.org. The Community FoodBank of New Jersey distributes over 35 million pounds of food and groceries a year, ultimately serving 1,656 non-profit programs including 436 programs served by its Partner Distribution Organizations. Through their combined efforts, they assist three-quarters of a million low-income people in 18 of New Jersey's 21 counties. For

more detailed information about this organization, the Community FoodBank of New Jersey's website is www.njfoodbank.org.

Dated: November 15, 2010	Respectfully submitted,

STRANGE & CARPENTER
Attorneys for Plaintiffs and the Class

By:	/s/ Brian R. Strange
	BRIAN R. STRANGE


DRINKER BIDDLE & REATH, LLP
Attorneys for Defendant AT&T Mobility LLC


By:	/s/ William M. Connolly
	WILLIAM M. CONNOLLY