**NOT FOR PUBLICATION**                                                                     **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, et al.,<br><br>    Defendants. | Civil Action No.: 07-5325 (JLL)<br><br><br><br>**ORDER** |

**LINARES,** District Judge.

On October 13, 2010 this Court granted Final Approval of the Class Settlement in the above matter. In that Order, the Court directed that, in accordance with Article III.6 of the Settlement Agreement ("Disposition of Unclaimed Benefits"), Class Counsel and counsel for ATTM shall meet and confer and submit to the Court, within thirty days from the date of entry of said Order, two (2) agreed-upon proposed charitable organizations for the Court's approval.

On November 15, 2010, Class Counsel and Counsel for ATTM jointly submitted three (3) proposed charitable organizations: (1) Junior Achievement, (2) Public Counsel, and (3) the Community Foodbank of New Jersey. [Docket Entry No. 593]. Having carefully considered their joint request, and for good shown,

**IT IS** on this **22nd day of November, 2010,**

**ORDERED** that the following three charitable organizations shall be the recipients of any unclaimed benefits as defined in Article III.6 of the Settlement Agreement: (1) Junior Achievement,

(2) Public Counsel, and (3) the Community Foodbank of New Jersey; and it is further

**ORDERED** that any unclaimed benefits as defined in Article III.6 of the Settlement Agreement shall be divided equally among these three (3) charitable organizations.

**IT IS SO ORDERED.**

_____
Jose L. Linares
UNITED STATES DISTRICT JUDGE