## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-1420

Judy Larson, et al v. AT&T Mobility LLC, et al

2-07-cv-05325

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

Joseph Boyle Esq.
James E. Cecchi Esq.
Lauri A. Mazzuchetti Esq.
John J. Pentz III Esq.
Jennifer Sarnelli Esq.
Lindsey H. Taylor Esq.
Jeffrey L. Weinstein Esq.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

/s/ pdb Case Manager

Dated: December 9, 2010

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.