UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, et al., | ) Civil Action No. 07-05325 (JLL) |
| Plaintiffs, | ) **[PROPOSED] ORDER GRANTING** |
| vs. | ) **MOTION BY CERTAIN ETF** |
| | ) **COUNSEL FOR ORDER** |
| AT&T MOBILITY LLC f/k/a | ) **ENFORCING AGREEMENT** |
| CINGULAR WIRELESS LLC *et al.*, | ) **WITH CLASS COUNSEL RE** |
| | ) **ALLOCATION AND** |
| Defendants. | ) **DISTRIBUTION OF ATTORNEYS'** |
| | ) **FEES AND EXPENSES** |
| | ) Date: February 7, 2011 |
| | ) Time: 10:00 a.m. |
| | ) Before: Hon. Jose L. Linares |

1

The motion of Bramson, Plutzik, Mahler & Birkhaeuser, LLP; Franklin & Franklin, APC; Law Offices of Anthony A. Ferrigno; Reich Radcliffe LLP; Cuneo Gilbert & LaDuca; Law Offices of Carl Hilliard; and Law Offices of Joshua Davis (the "Seven Law Firms") for an Order (1) enforcing an agreement between the Seven Law Firms and ETF Class Counsel – the law firms of Strange & Carpenter and Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein – regarding the allocation of attorneys' fees and expenses in connection with the AT&T Settlement in this Court; (2) ruling that Class Counsel are obligated to pay the Seven Law Firms an additional $199,691.01; and (3) ordering Class Counsel to pay that amount to the Seven Law Firms, came before the Court for decision. The Court having reviewed and considered the evidence, arguments and authorities proffered by both the moving and responding parties, as well as the pleadings and papers on file in this action, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

(1) The Court finds that Class Counsel – the law firms of Strange & Carpenter and Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein – have not complied with their letter agreement with the Seven Law Firms regarding the allocation of attorneys' fees and expenses in connection with the AT&T Settlement in this Court (the "Agreement"). The Court will enforce the Agreement.

(2) Class Counsel are obligated under the Agreement to pay the Seven Law Firms an additional $199,691.01, over and above what they have paid to date. Within seven days of the date hereof, Class Counsel shall pay that amount to the

Seven Law Firms by wire or check payable to Bramson, Plutzik, Mahler & Birkhaeuser, LLP, which shall distribute those funds to the Seven Law Firms.

**IT IS SO ORDERED.**

Dated: _____, 2011

_____
Hon. Jose L. Linares
United States District Judge