Joseph A. Boyle
Geoffrey W. Castello
Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*
*Sprint Nextel Corporation*
*Sprint Spectrum L.P. d/b/a Sprint Nextel*
*and Nextel Finance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY,<br><br>Defendants. | No. 2:07-cv-05325-JLL-ES<br><br>**CERTIFICATE OF SERVICE** |

    I, Joseph A. Boyle, Esq., a member of the firm of Kelley Drye & Warren LLP, being over the age of 18, certify that on January 18, 2011, I served the Reply Memorandum of Law In Further Support of Its Application For A Stay Of The California Appeal In The California Subscriber Class Cases, To Enjoin Re-Litigation Of Issues Subject To The Court's Final Judgment And To Issue An Order To Show Cause For Contempt Proceedings, together with supporting papers, via ECF on all counsel of record.

Date:  January 18, 2011                        *s/Joseph A. Boyle*
                                                    Joseph A. Boyle