NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, et al., individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, et al.,<br><br>  Defendants. | Civil Action No.: 07-5325 (JLL)<br><br><br><br>**ORDER** |

**LINARES**, District Judge.

**IT IS** on **this 4th day of February, 2011,**

**ORDERED** that the show cause hearing scheduled for February 8, 2011 is adjourned.

Defendants' application will be decided on the papers.

**SO ORDERED.**

/s/ Jose L. Linares
United States District Judge