**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARSON, et al., : | |
| : | |
| Plaintiffs, : | |
| v. : | CIVIL ACTION NO. 07-5325 (JLL) |
| : | |
| AT&T MOBILITY LLC, et al., : | |
| : | **ORDER** |
| Defendants. : | |

**LINARES, District Judge.**

This matter comes before the Court by way of Sprint's application to: (1) enjoin an appeal pending before the Court of Appeals of the State of California First Appellate District, Division Five (the "California Appeal"); (2) stay the litigation in the Subscriber Class Case; and (3) enter an order to show cause for contempt of this Court's Final Judgment (Dckt. No. 603; renewed through Dckt. No. 622 ); the Court having consider the parties' submissions in support of and in opposition to the application; and for the reasons set forth in this Court's corresponding opinion,

**IT IS** on this 21st day of March, 2011,

**ORDERED** that the California Appeal is hereby enjoined; and it is further

**ORDERED** that the California Subscriber Class Case is hereby stayed; and it is further

**ORDERED** that Sprint's application for a show cause order is DENIED.

**SO ORDERED.**

Jose L. Linares
UNITED STATES DISTRICT JUDGE