# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-1478

Larson, et al v. AT&T Mobility LLC, et al

2-07-cv-05325

# O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

March 23, 2011

cc:
Joseph Boyle Esq.
James E. Cecchi Esq.
Lauri A. Mazzuchetti Esq.
William J. Pinilis Esq.
Edward F. Siegel Esq.
Lindsey H. Taylor Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.