# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-4314

Judy Larson, et al v. AT&T Mobility LLC, et al

2-07-cv-05325

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Christina M. Koperna*
Christina M. Koperna, Case Manager
267-299-4930

cc:
James E. Cecchi Esq.
William M. Connolly Esq.
Matthew J. Fedor Esq.
Andrew B. Joseph Esq.
Edward F. Siegel Esq.
Brian R. Strange Esq.
Lindsey H. Taylor Esq.

**A True Copy:**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.