# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-4350

Judy Larson, et al v. AT&T Mobility LLC, et al

2-07-cv-05325

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Christina M. Koperna*
Christina M. Koperna, Case Manager
267-299-4930

cc:
Joseph Boyle Esq.
James E. Cecchi Esq.
William M. Connolly Esq.
Matthew J. Fedor Esq.
Andrew B. Joseph Esq.
Jennifer Sarnelli Esq.
Brian R. Strange Esq.
Lindsey H. Taylor Esq.
Jeffrey L. Weinstein Esq.

**A True Copy:**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.