# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-4351

Judy Larson, et al v. AT&T Mobility LLC, et al

2-07-cv-05325

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

Marcia M. Waldron, Clerk

March 23, 2011
cc:

Joseph Boyle Esq.
James E. Cecchi Esq.
William M. Connolly Esq.
Matthew J. Fedor Esq.
Andrew B. Joseph Esq.
Steve A. Miller Esq.
Brian R. Strange Esq.
Lindsey H. Taylor Esq.

**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.