## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-4352

Judy Larson, et al v. AT&T Mobility LLC, et al

2-07-cv-05325

## O R D E R

Pursuant to Fed. R. App. P. 3(a) of the Federal Rules of Appellate Procedure and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated: March 30, 2011

cc:
Joseph Boyle Esq.
James E. Cecchi Esq.
William M. Connolly Esq.
Matthew J. Fedor Esq.
Andrew B. Joseph Esq.
Brian R. Strange Esq.
Lindsey H. Taylor Esq.
Mr. William T Walsh
Brandon Wilkinson

**A True Copy**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.