# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | MARC D. MICELI |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | _____ | RAYMOND E. STAUFFER° |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | STEPHEN R. DANEK |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | ERIC MAGNELLI |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | DONALD A. ECKLUND |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | VINCENZO M. MOGAVERO |
| | G. GLENNON TROUBLEFIELD | | | AUDRA E. PETROLLE |
| | BRIAN H. FENLON | | | °MEMBER N.Y. BAR ONLY |
| JAMES D. CECCHI (1933-1995) | KHOREN BANDAZIAN | | | |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | | |

April 18, 2011

<u>VIA ECF</u>

Honorable Jose L. Linares
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey  07102

        Re:    *Hall, et al. v. AT&T Mobility LLC, et al.,*
              <u>Civil Action No. 07-5325(JLL)</u>

Dear Judges Linares:

      As you know, we are co-Class Counsel for in the above-referenced action. This responds to Mr. Plutzik's letter dated April 18, 2011.

      We have no objection to the Seven Firms sending one representative to the mediation ordered by the Court, provided that representative can speak on behalf of all of the firms.  We do object to the remainder of Mr. Plutzik's request.  This case in pending in New Jersey, the Seven Firms applied for fees in New Jersey, so we believe it is quite reasonable that mediation with respect to a dispute related to those fees take place in New Jersey under the Court's supervision.

      Thank you for your continued attention to this matter.   If the Court wishes to discuss the matter further, we are available at your convenience.

                        Respectfully submitted,

                       CARELLA, BYRNE, CECCHI,
                     OLSTEIN, BRODY & AGNELLO

                          /s/ James E. Cecchi

                          JAMES E. CECCHI

      cc:    All Counsel (via ECF)