**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HALL, | : |
|            Plaintiff, | : |
| v. | : CIVIL ACTION NO. 07-5325 (JLL) |
| AT&T MOBILITY LLC, et al., | : |
|            Defendants. | : **ORDER** |

**LINARES, District Judge.**

On April 18, 2011, the Seven Law Firms wrote to this Court seeking a modification or clarification this Court's April 11 Order. Class Counsel opposes the modification, but does not oppose the suggested clarification. Having considered both parties' positions

**IT IS** on this 5th day of May, 2011,

**ORDERED** the Seven Law Firms request to modify the April 11 Order to allow the parties to select their own mediator is **DENIED**; and it is further

**ORDERED** that the Seven Law Firms may comply with the April 11 Order by designating a single representative with settlement authority to attend and participate in mediation proceedings on behalf of the Seven Law Firms; and it is further

**ORDERED** that the Seven Law Firms' motion for attorney fees (D.E. 610) is administratively terminated.

**SO ORDERED.**

/s/ Jose L. Linares
UNITED STATES DISTRICT JUDGE