James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Brian R. Strange
Gretchen Carpenter
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
(310) 207-5055

Attorneys for Plaintiffs and the Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*,<br><br>    Defendants. | Civil Action No. 07-05325 (JLL)<br><br><br>**DECLARATION OF<br>JAMES E. CECCHI** |

    JAMES E. CECCHI, ESQ., of full age, hereby declare as follows:

    1. I am a partner in the firm of Carella, Byrne, Cecchi, Olstein, Agnello & Brody, co-Class Counsel appointed by the Court on behalf of the Class in the Court's Preliminary Approval Order dated November 4, 2009 and Final Approval Order and Judgment and Opinion dated October 13, 2010.  I am fully familiar with the facts contained herein based upon my personal knowledge.

2

    2.      Annexed hereto as Exhibit A is an email string between Class Counsel and Alan Plutzik relating to our agreement to submit the dispute relating to the allocation of attorney's fees to the Court.

    I hereby declare under penalty of perjury that the foregoing is true and correct.

                                                                 /s/ James E. Cecchi
                                                                  JAMES E. CECCHI

Dated: May 10, 2011