# Exhibit A

## James Cecchi

| | |
|---|---|
| **From:** | James Cecchi |
| **Sent:** | Tuesday, December 14, 2010 5:00 PM |
| **To:** | 'Alan Plutzik'; LACounsel@Earthlink.NET |
| **Subject:** | RE: Hall v. AT&T |

Yes, we have agreement that you may deposit the 600,000 and that, failing agreement, we will submit the question of whether the letter agreement provides for the payment of an additional 200,000 in costs to Judge Linares.

---

**From:** Alan Plutzik [mailto:aplutzik@bramsonplutzik.com]
**Sent:** Tuesday, December 14, 2010 4:54 PM
**To:** LACounsel@Earthlink.NET
**Cc:** James Cecchi
**Subject:** RE: Hall v. AT&T

Thanks very much.  Jim:  Would you please confirm as well?

> -----Original Message-----
> **From:** Brian Strange [mailto:LACounsel@Earthlink.NET]
> **Sent:** Tuesday, December 14, 2010 1:46 PM
> **To:** Alan Plutzik
> **Cc:** 'James Cecchi'
> **Subject:** RE: Hall v. AT&T
>
> Alan-This confirms you can transact the check for $600,000 as you set forth in your December 14 email below.
>
> Brian
>
>
>
> Brian R. Strange
> STRANGE & CARPENTER
> 12100 Wilshire Blvd., Suite 1900
> Los Angeles, CA 90025
> Tel:  (310) 207-5055
> Fax:  (310) 826-3210
>
> **From:** Alan Plutzik [mailto:aplutzik@bramsonplutzik.com]
> **Sent:** Tuesday, December 14, 2010 1:19 PM
> **To:** LACounsel@Earthlink.NET
> **Cc:** James Cecchi
> **Subject:** RE: Hall v. AT&T
>
> Brian:
>
> Glad to hear that, so I would expect there is no problem with you and Jim confirming, by reply email, that you are willing to have us transact the $600,000 check free of the original limitation that it is payment in full, with the understanding that both sides reserve all rights to their respective positions as to whether or not

the letter agreement requires your side to pay us our costs and expenses of $200,000.  I'm expecting too that you and Jim will confirm that that is the only issue to be submitted and argued to Judge Linares, if our talks fail to resolve the dispute.

Please confirm the above and then let's talk about trying to get this resolved without going to the Judge.

Alan

-----Original Message-----
**From:** Brian Strange [mailto:LACounsel@Earthlink.NET]
**Sent:** Monday, December 13, 2010 3:12 PM
**To:** Alan Plutzik
**Cc:** 'James Cecchi'
**Subject:** Hall v. AT&T

Dear Alan-I think you are misinterpreting what I am saying. I agree that the deal is either $600,000 or $600,000 in addition to your costs which would make it just shy of $800,000. No in-between. Let's talk soon to see if we can resolve this short of going to the Court.

Brian
Brian R. Strange
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, CA 90025
Tel:  (310) 207-5055
Fax:  (310) 826-3210