

**COLE SCHOTZ**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law       A Professional Corporation

COURT PLAZA NORTH
25 MAIN STREET
P.O. BOX 800
HACKENSACK, NJ 07602-0800
201-489-3000  201-489-1536 FAX

NEW YORK

DELAWARE

MARYLAND

TEXAS

Michael D. Sirota
MEMBER
ADMITTED IN NJ AND NY

Reply to New Jersey Office
WRITER'S DIRECT LINE: 201-525-6262
WRITER'S DIRECT FAX: 201-678-6262
WRITER'S E-MAIL: MSIROTA@COLESCHOTZ.COM

June 3, 2011

**Via ECF and E-mail**

Hon. Jose L. Linares, U.S.D.J.
U.S. District Court, District of New Jersey
M. L. King, Jr. Federal Building
50 Walnut Street
Newark, NJ  07101

    Re:    Hall v. AT&T Mobility LLC, et al., Civil Action No. 07-5325 (JLL)

Dear Judge Linares:

    In accordance with your April 11, 2011 Order I served as mediator in the above-referenced matter.

    I am pleased to report that the parties have settled this matter.

                     Respectfully yours,

                     Michael D. Sirota

MDS:cdc
cc:    James E. Cecchi, Esq. (via e-mail)
        Alan R. Plutzik, Esq. (via e-mail)