J. David Franklin, Esq., Bar No. 41659
550 West C Street, Suite 950
San Diego, CA 92101
Tel: (619) 239-6300/Fax: (619) 239-6369

*In Propria Persona*

Anthony A. Ferrigno, Esq., Bar No. 61104
1116 Ingleside Avenue
Athens, TN 37303
Tel: (423) 744-4041/Fax: (925) 945-8792

*In Propria Persona*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BARRY HALL, et al.,** | Civil Action No. 07-05325 (JLL) |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| **AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, et al.,** | Hearing Date: January 30, 2012 |
| Defendants. | Time:        3:00 p.m. |
| | Courtroom:   5D |

1.     I, ANTHONY A. FERRIGNO, am a citizen of the United States; am over the age of 18 years; am a licensed attorney and am an active member in good standing of the California State Bar and reside at 1116 Ingleside Ave., Athens, Tennessee 37303.

2.     On December 28, 2011, I caused true and correct copies of (1) MY SIGNAURE PAGE to the Memorandum of Points and Authorities in Opposition to Defendant's Motion to Enjoin Relitigation of Certain Attorneys' Entitlement to Attorneys' Fees; AND (2) MY ORIGINALLY SIGNED Declaration of Anthony A. Ferrigno in Opposition to Defendant's Motion to Enjoin Relitigation of Certain Attorneys' Entitlement to Attorneys' Fees; AND (3) this Certificate of Service to be served via overnight delivery (federal express) on Andrew B. Joseph, William M. Connolly, Drinker Biddle & Reath LLP, 500, Campus Drive, Florham Park, New Jersey 07932, (973) 549-7264, counsel for Defendant AT&T Mobility LLC.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment. Executed on December 28, 2011, at Athens, Tennessee.

ANTHONY A. FERRIGNO, Declarant