ANTHONY A. FERRIGNO CA. STATE BAR#61104<br>
LAW OFFICES OF ANTHONY A. FERRIGNO<br>
<u>MAILING</u>: 1116 INGLESIDE AVE.<br>
ATHENS, TN 37303<br>
Telephone: (423)744-4041<br>
FAX: (925) 945-8792<br>
A-trust-fraudlaw@msn.com<br>
DECEMBER 28, 2011

Clerk of the Court
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room # 4015
Newark, New Jersey 07101

<u>**SENT BY UPS NEXT BUSINESS DAY FOR FILING**</u>
RE : *Hall et al. v. AT&T Mobility LLC,* **Civil No. 07-5325 (JLL)**

Dear Clerk :

Enclosed for filing, please find my <u>originally signed</u> Declaration and my <u>originally signed signature page</u> to the Brief in opposition to the motion presently set for hearing before Judge Linares. An unsigned copy of these documents have been concurrently sent from California by Susan Sansberry, secretary for myself and Attorney J.David Franklin, together with the other documents on his and my behalf in opposition to a Motion/OSC on calendar and presently set for hearing on January 30, 2012 at 3:00 p.m. before the Honorable Judge Linares in Courtroom 5D.

Lest there be any doubt or concern about the stand-alone signed signature page to the Brief that it be a signature page that goes with the same unsigned Brief you will be receiving from California for filing, I've also included a separate copy of that document.

The reason for sending these originally signed documents separately is because I'm in Tennessee at my home right now and Attorney Franklin and Ms. Sansberry are in California. My electronic signature to the originals sent to them yesterday shows up on the computer screen but for some reason the signature itself would not print. Please forgive any confusion or inconvenience this may have caused.

I'm also enclosing a copy of the Brief, the original of which is being filed by Ms. Sansberry or Attorney Franklin. I'm also separately sending a copy of these same papers to his Honor's Courtroom. Out of an abundance of caution, I've also served a copy of the enclosed on opposing counsel, who has been separately served with the identical papers but without my signature. In that regard, please file my Certificate of service. Please send me conformed copies of the face

1.

sheets showing me the documents have been filed or, if possible, by e-mail. My e-mail address is A-trust-fraudlaw@msn.com. If there is any problem or concern with my request, please e-mail or call me. My phone number is (423)744-4041.

                                             Respectfully Yours,

cc: co-counsel
Attachments: three

                                             Anthony A. Ferrigno, Esq., Plaintiff's Attorney

2.