Andrew B. Joseph
William M. Connolly
**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florham Park, New Jersey 07932
973.549.7264
*Attorneys for AT&T Mobility LLC f/k/a Cingular Wireless LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, et al., <br><br> Defendants. | Civil Action No. 07-05325 (JLL) <br><br><br> CERTIFICATION OF SERVICE <br><br> Document Electronically Filed |

WILLIAM M. CONNOLLY hereby certifies the following pursuant to 28 U.S.C. § 1746:

1. I am employed as a partner at the law firm Drinker Biddle & Reath LLP, counsel for Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC in the above-captioned matter.

2. On December 16, 2011, I caused (1) Judge Linares' Order To Show Cause dated December 14, 2011; (2) Defendant AT&T Mobility LLC's Notice of Motion for an Order to Show Cause Why Relitigation of Certain Attorneys' Entitlement to Attorneys' Fees Should Not be Enjoined; (3) Memorandum of Law in Support of Defendant's Motion to Enjoin Relitigation of Certain Attorneys' Entitlement to Attorneys' Fees; (4) Declaration of William M. Connolly; (5) [Proposed] Order to Show Cause; (6) [Proposed] Order for injunction; (7) cover letter to Judge Linares; and (8) Certification of Service dated December 13, 2011, to be served via

Federal Express and electronic mail on: (a) J. David Franklin, Esq., Franklin & Franklin, 550 West C Street, Suite 950, San Diego, CA 92101 (jdfranklaw@san.rr.com); and (b) Anthony A. Ferrigno, Esq., Law Offices of Anthony A. Ferrigno, 2125 Oak Grove Road, Suite 120, Walnut Creek, CA 94598 (a-trust-fraudlaw@msn.com).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: January 25, 2012

William M. Connolly