Joseph A. Boyle
Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

*Attorneys for Defendants*
*Sprint Nextel Corporation*
*Sprint Spectrum L.P. d/b/a Sprint Nextel*
*and Nextel Finance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY,<br><br>Defendants. | No. 2:07-cv-05325-JLL-ES<br><br>**NOTICE OF MOTION FOR AN ORDER TO SHOW CAUSE TO STAY THE CALIFORNIA LITIGATIONS AND ENJOIN AND RESTRAIN THE BURSOR GROUP**<br><br>**(ORAL ARGUMENT REQUESTED)** |

TO:
Alan R. Plutzik, Esq.
Jennifer S. Rosenberg
Bramson, Plutzik, Mahler
 & Birkhaeuser, LLP
2125 Oak Grove Rd., Suite, 120
Walnut Creek, CA 94598

Scott A. Bursor, Esq.
Bursor & Fisher, P.A.
369 Lexington Avenue, 10th Floor
New York, NY 10017-6535

J. David Franklin, Esq.
Franklin & Franklin, APLC
550 West C Street
Suite 950
San Diego, CA 92101

Adam Gonnelli, Esq.
Faruqi & Faruqi, LLP
369 Lexington Avenue 10th Floor
New York, NY 10017

Anthony A. Ferrigno, Esq.
Law Offices of Anthony A. Ferrigno
1116 Ingleside Avenue
Athens, TN 37303

Marc. G. Reich
Reich Radcliffe LLP
4675 MacArthur Court
Suite 550
Newport Beach, California 92660

L. Timothy Fisher, Esq.
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596

David Pastor, Esq.
Gilman and Pastor, LLP
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110

Joshua Davis, Esq.
Law Offices of Joshua Davis
437 Valley Street
San Francisco, CA 94131

PLEASE TAKE NOTICE that as soon as counsel may be heard, the undersigned attorneys for defendants Sprint Nextel Corporation, Sprint Spectrum L.P. d/b/a Sprint Nextel and Nextel Finance Company (collectively, "Defendants"), will move before the Hon. Jose L. Linares, U.S.D.J. at Room 5D, United States District Court for the District of New Jersey, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order directing Scott A. Bursor of Bursor & Fisher, P.A.; Alan R. Plutzik and Jennifer S. Rosenberg of Bramson, Plutzik, Mahler & Birkhaeuser, LLP; J. David Franklin of Franklin & Franklin; Adam Gonnelli of Faruqi & Faruqi, LLP; David Pastor of Gilman and Pastor, LLP; Anthony A. Ferrigno of Law Offices of

Anthony A Ferrigno; Joshua Davis of the Law Offices of Joshua Davis; and Marc G. Reich of Reich Radcliffe LLP for the *Robertson* Class; and Scott A. Bursor and L. Timothy Fisher of Bursor & Fisher, P.A.; Alan R. Plutzik of Bramson, Plutzik, Mahler & Birkhaeuser, LLP; and J. David Franklin of Franklin & Franklin for the California Subscriber Class and the California Appeal (collectively referred to as the "Bursor Group"), and all other persons acting in concert with them, to show cause why this Court should not stay any further prosecution of *In re Cellphone Termination Fee Cases*, JCCP 4332 (the "California Subscriber Class Case") currently pending in the Alameda County Superior Court, State of California and on appeal before the Court of Appeals of the State of California First Appellate District, Division Five, No. A128026 (the "California Appeal") and *Robertson v. Nextel Commc'ns, Inc.*, Case No. RG03114214, Calif. Super. Ct., Alameda County ("*Robertson*") (collectively referred to as the "California Litigations") and enjoin and restrain the Bursor Group from prosecuting any further proceedings that could result in any ruling or judgment that would conflict with this Court's Final Judgment or otherwise interfere with this Settlement and this Court's continuing jurisdiction over the Settlement Class;

   PLEASE TAKE FURTHER NOTICE, that the Bursor Group shall immediately inform the California State courts of the entry of this Order and

3

immediately withdraw its applications in the California Litigations until this Court renders a final decision on Defendants' Motion for an Order to Show Cause;

PLEASE TAKE FURTHER NOTICE that in support of the Motion, Defendants rely upon the attached Memorandum of Law in Support of Defendants' Motion for an Order to Show Cause to Stay the California Litigations and Enjoin and Restrain the Bursor Group, and the supporting Declarations of Lauri A. Mazzuchetti and A. Brooks Gresham dated July 16, 2012.

PLEASE TAKE FURTHER NOTICE that a proposed Order To Show Cause and a proposed Order are also submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is requested in the event that this Motion is opposed.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: July 16, 2012          KELLEY DRYE & WARREN LLP

By:   *s/ Joseph A. Boyle*
      Joseph A. Boyle
      Lauri A. Mazzuchetti
      Vincent P. Rao II
      200 Kimball Drive
      Parsippany, NJ 07054

*Attorneys for Defendants*
*Sprint Nextel Corporation*
*Sprint Spectrum L.P. d/b/a Sprint Nextel*
*and Nextel Finance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2012, I caused to be served a copy of defendants Sprint Nextel Corporation, Sprint Spectrum L.P. d/b/a Sprint Nextel and Nextel Finance Company's Motion for an Order to Show Cause, together with supporting papers on all counsel of record via ECF and on the following counsel via overnight mail:

Alan R. Plutzik, Esq.
Jennifer S. Rosenberg
Bramson, Plutzik, Mahler
 & Birkhaeuser, LLP
2125 Oak Grove Rd., Suite, 120
Walnut Creek, CA 94598

J. David Franklin, Esq.
Franklin & Franklin, APLC
550 West C Street
Suite 950
San Diego, CA 92101

Adam Gonnelli, Esq.
Faruqi & Faruqi, LLP
369 Lexington Avenue 10th Floor
New York, NY 10017

Anthony A. Ferrigno, Esq.
Law Offices of Anthony A. Ferrigno
1116 Ingleside Avenue
Athens, TN 37303

Marc. G. Reich
Reich Radcliffe LLP
4675 MacArthur Court
Suite 550
Newport Beach, California 92660

Scott A. Bursor, Esq.
Bursor & Fisher, P.A.
369 Lexington Avenue, 10th Floor
New York, NY 10017-6535

L. Timothy Fisher, Esq.
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596

David Pastor, Esq.
Gilman and Pastor, LLP
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110

Joshua Davis, Esq.
Law Offices of Joshua Davis
437 Valley Street
San Francisco, CA 94131

Dated: July 16, 2012

*s/Vincent P. Rao II*
Vincent P. Rao II

5