Joseph A. Boyle
Lauri A. Mazzuchetti
Vincent P. Rao II
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

*Attorneys for Defendants*
*Sprint Nextel Corporation*
*Sprint Spectrum L.P. d/b/a Sprint Nextel*
*and Nextel Finance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY,<br><br>Defendants. | No. 2:07-cv-05325-JLL-ES<br><br><br>**DECLARATION OF**<br>**A. BROOKS GRESHAM** |

I, A. Brooks Gresham, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1.  I am an attorney duly admitted to practice before the courts of the State of California, a member of the firm of McGuireWoods, LLP and have been admitted as pro hac vice co-counsel for Sprint Nextel Corporation, Sprint Spectrum L.P. d/b/a Sprint Nextel, and Nextel Finance Company (collectively, "Sprint") in this matter. This declaration is submitted in support of Sprint's Order to Show Cause to: (1) stay the California Litigations and direct the Bursor

Group to notify the California State courts of the stay and to withdraw its applications in the California Litigations; and (2) and enjoin and restrain the Bursor Group from prosecuting any further proceedings that could result in any ruling or judgment that would conflict with this Court's Final Judgment or otherwise interfere with this Settlement and this Court's continuing jurisdiction over the Settlement Class.

2. On July 3, 2012, the Bursor Group telephoned the research attorney for the Alameda Superior Court and requested ex parte relief from any stay affecting the *Robertson v. Nextel* case in light of the Third Circuit's decision. The Court's research attorney held a telephone conference the same day with myself and with Alan Plutzik, one of the Bursor Group attorneys, and the Alameda Superior Court subsequently scheduled a hearing on plaintiffs' motion for relief from stay on August 3, 2012. Pursuant to the Court Rules, Sprint's opposition must be filed on or before July 23, 2012, or the Court may consider plaintiffs' motion to be unopposed. A true and correct copy of Plaintiffs' Notice of Motion is attached hereto as Exhibit A.

3. The same day, the Bursor Group filed a written request in the California Court of Appeal in the *Zill v. Sprint* matter for immediate relief from the stay imposed on that appeal following the issuance of this Court's prior All Writs Order. The California Court of Appeal subsequently issued an order requiring Sprint to respond by July 20, 2012 to the Bursor Group's contentions. True and correct copies of Plaintiffs' July 3, 2012 request, and the Court of Appeal's Order are attached hereto as Exhibits B and C, respectively.

4. To the best of my knowledge, the Bursor Group did not serve prior notice of any of these actions on this Court or on the counsel in this Action. Indeed, my office was not given prior notice of Plaintiff's initial call to the research attorney, nor was I served with email notice of the submission to the California Court of Appeal.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed: July 16, 2012

*[signature]*
A. Brooks Gresham