**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| NEW YORK, NY | **200 KIMBALL DRIVE** | FACSIMILE |
| WASHINGTON, DC | | (973) 503-5950 |
| CHICAGO, IL | **PARSIPPANY, NEW JERSEY 07054** | www.kelleydrye.com |
| STAMFORD, CT | | |
| | (973) 503-5900 | |
| BRUSSELS, BELGIUM | | |
| | | DIRECT LINE: (973) 503-5920 |
| AFFILIATE OFFICES | | EMAIL: jboyle@kelleydrye.com |
| MUMBAI, INDIA | | |

July 16, 2012

**VIA ECF**

Hon. Jose L. Linares, U.S.D.J.
United States District Court for the
  District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2042
Newark, New Jersey 07101

> Re:  *Larson, et al. v. AT&T Mobility LLC f/k/a
> Cingular Wireless LLC, et. al.*
> Civ. No.: 07-5325 (JLL)

Dear Judge Linares:

We represent Sprint in the above-captioned matter. Enclosed is a courtesy copy of: (1) Sprint's Notice of Motion for an Order to Show Cause to Stay the California Litigations and Enjoin and Restrain the Bursor Group together with Certification of Service; (2) proposed Order to Show Cause; (3) Proposed Order; (4) Memorandum of Law in support of Sprint's motion; (5) Declaration of Lauri A. Mazzuchetti; and (6) Declaration of A. Brooks Gresham.

As set forth in Sprint's papers, the Bursor Group has petitioned the California State courts to lift the stay in the California Appeal and in *Robertson v. Nextel* based upon the Third Circuit's recent decision in this matter. It is Sprint's position that this request violates the Final Judgment, which has not been vacated by the Third Circuit, and is a direct attempt to interfere with this Court's continuing jurisdiction over the Settlement and Settlement Class. Please be advised that Sprint's responses in the California Appeal and *Robertson* are due on July 20, 2012 and July 23, 2012, respectively. Accordingly, Sprint is seeking emergent relief under the All Writs Act.

**KELLEY DRYE & WARREN** LLP

Hon. Jose L. Linares, U.S.D.J.
July 16, 2012
Page Two

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*s/ Joseph A. Boyle*

Joseph A. Boyle

JAB:mc
Encls.

cc:   All Counsel of Record via ECF
   Alan R. Plutzik via FedEx with Enclosures
   Jennifer S. Rosenberg via FedEx with Enclosures
   J. David Franklin via FedEx with Enclosures
   Adam Gonnelli via FedEx with Enclosures
   Anthony A. Ferrigno via FedEx with Enclosures
   Marc G. Reich via FedEx with Enclosures
   Scott A. Bursor via FedEx with Enclosures
   L. Timothy Fisher via FedEx with Enclosures
   David Pastor via FedEx with Enclosures
   Joshua Davis via FedEx with Enclosures