NOT FOR PUBLICATION                                                                CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, et al.,<br><br>Defendants. | Civil Action No.: 07-5325 (JLL)<br><br><br><br>ORDER |

**THIS MATTER** comes before the Court by way of Defendants' "Application for a Stay of the California Litigations and to Enjoin the Bursor Group from Further Interfering with this Settlement and this Court's Continuing Jurisdiction Over the Settlement Class" [Docket Entry No. 663] which was filed with the Court on July 16, 2012. The Court has reviewed Defendants' application, which seeks, *inter alia*, a stay of all proceedings in the "California Litigations," as defined in the application, pursuant to the All Writs Act, 28 U.S.C. § 1651. In the interest of fairness,

**IT IS** on this **17th day of July, 2012**,

**ORDERED** that any response or opposition to Defendants' application shall be filed on the Court's docket on or before **July 24, 2012**.

**IT IS SO ORDERED.**

José L. Linares
UNITED STATES DISTRICT JUDGE

-1-