UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 10-1285/1477/1486/1587
_____

JUDY LARSON, BARRY HALL, JOE MILLIRON,
TESSIE ROBB, WILLIE DAVIS, ROMAN SASIK, DAVID DICKEY,
STEVEN WRIGHT, JANE WALDMANN, ROBERT WISE,
JACKIE THURMAN, RICHARD CHISOLM, MARY PITSIKOULIS,
DEBRA LIVELY, JACQUELINE SIMS, KISHA ORR, Individually and on behalf
of all others similarly situated

v.

AT&T MOBILITY LLC, FKA Cingular Wireless LLC;
SPRINT NEXTEL CORPORATION; SPRINT SPECTRUM,
d/b/a/ Sprint Nextel; NEXTEL FINANCE COMPANY,

LINA GALLEGUILLOS; MICHAEL MOORE; ANTRANICK HARRENTSIAN,
          Appellants in No. 10-1285,
          (Pursuant to FRAP 12(a))

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER;
LAW OFFICE OF SCOTT A. BURSOR; FRANKLIN & FRANKLIN;
GILMAN & PASTOR; LAW OFFICES OF ANTHONY A. FERRIGNO;
REICH, RADCLIFFE & KUTTLER; LAW OFFICES OF CARL HILLIARD;
MAGER & GOLDSTEIN; LAW OFFICES OF JOSHUA P. DAVIS;
CUNEO, GILBERT & LADUCA,
          Appellants in No. 10-1477
          (Pursuant to FRAP 12(a))

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER;
LAW OFFICE OF SCOTT A. BURSOR; FARUQI & FARUQI,

                              Appellants in No. 10-1486
                              (Pursuant to FRAP 12(a))

JESSICA HALL,

                              Appellant in No. 10-1587
                              (Pursuant to FRAP 12(a))

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 07-cv-5325)
District Judge: Hon. Jose L. Linares

_____

Argued
January 12, 2012

Before: McKEE, *Chief Judge*, FUENTES, and JORDAN, *Circuit Judges*.

_____

JUDGMENT

_____

      This cause came on to be considered on the record from the United States District Court for the District of New Jersey and was argued on January 12, 2012. On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the judgment issued by the District Court on January 15, 2010, be and the same is hereby VACATED and the case is

REMANDED to the District Court for further proceedings, all of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron,
Clerk

DATED: June 29, 2012

**Certified as a true copy and issued in lieu of a formal mandate on** July 23, 2012

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

3