OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



July 23, 2012

Mr. William T Walsh
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & United States Courthouse
50 Walnut Street
PO Box 999
Newark, NJ 07102

RE: Judy Larson, et al v. AT&T Mobility LLC, et al
Case Number: 10-1285/1477/1486/1587
District Case Number: 2-07-cv-05325

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case. The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

/s/ pdb Case Manager

cc:
Joseph Boyle
Scott A. Bursor
James E. Cecchi
Joseph J. DePalma

Robert J. Evola
Nadeem Faruqi
Anthony A. Ferrigno
L. Timothy Fisher
Scott A. George
Pamela Gilbert
Jacob A. Goldberg
Jayne A. Goldstein
Andrew B. Joseph
Lauri A. Mazzuchetti
David Pastor
William J. Pinilis
Alan R. Plutzik
Vincent P. Rao II
Marc G. Reich
David S. Senoff
Steven M. Sherman
Sandra G. Smith
Lindsey H. Taylor