UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: LINARES                                     Date:   08/01/2012
Court Reporter: PHYLLIS T. LEWIS                   Civil No:   07-5325

<u>Title of the Case:</u>

SAMPANG, et al
v
AT&T MOBILITY LLC, et al

<u>Appearance:</u>

James Cecchi & Lindsey Taylor,  Attorney(s) for Plaintiff
Joseph Boyle & Lauri Mazzuchetti, Attorney(s) for Defendants, Sprint, Sprint Spectrum &
Richard J. Doherty, Attorney for Objector, Jessica Hall
Scott A. Bursor & Alan R. Plutzik, Attorneys for Objector(s), Galleguillos, et al

<u>Nature of Proceedings:</u>
Judicial conference held
OTBS.

                                        Lissette Rodriguez, Courtroom Deputy
                                        to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced: 1:00 p.m.
Time Concluded:    1:30 p.m.