Joseph A. Boyle
Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY,<br><br>Defendants. | No. 2:07-cv-05325-JLL-ES<br><br>[PROPOSED] ORDER |

This matter having been brought before the Court by Kelley Drye & Warren LLP, counsel for defendants Sprint Nextel Corporation, Sprint Spectrum L.P. d/b/a Sprint Nextel and Nextel Finance Company (collectively, "Defendants"); by way of request to adjourn the settlement conference currently scheduled for August 15, 2012:

IT IS on this 8 day of August, 2012:

ORDERED that the settlement conference currently scheduled for August 15, 2012 is hereby rescheduled for September 11, 2012 at 10:00 A.M.; and it is further,

ORDERED that the following schedule shall govern the deadlines leading up to the fairness hearing:

- The parties to this action shall submit a brief, not to exceed thirty (30) pages, addressing the two (2) discrete issues listed in this Court's Order dated August 2, 2012 (Dkt. No. 675) on or before **September 28, 2012**. Any response and/or objection thereto shall be filed, as a written submission not to exceed thirty (30) pages, by **October 26, 2012**. To the extent any objections are filed, Class Counsel and Sprint may each file a reply brief, not to exceed fifteen (15) pages, on or before **November 9, 2012**. This Court will then determine whether it will hear oral arguments on these issues.

- Counsel for Objector Jessica Hall may submit a letter request for discovery in connection with the reverse auction claim on or before **September 11, 2012**. Any response thereto shall be filed on or before **September 28, 2012**.

2

IT IS SO ORDERED

Dated: August 8, 2012

_____
Honorable Jose L. Linares, U.S.D.J.