**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

NEW YORK, NY
WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

**200 KIMBALL DRIVE**

**PARSIPPANY, NEW JERSEY  07054**

(973) 503-5900

FACSIMILE
(973) 503-5950
www.kelleydrye.com

DIRECT LINE: (973) 503-5920
EMAIL: jboyle@kelleydrye.com

August 16, 2012

**VIA ECF**

Hon. Jose L. Linares, U.S.D.J.
United States District Court for the
 District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street, Room 2042
Newark, New Jersey  07101

      Re:    *Larson, et al. v. AT&T Mobility LLC f/k/a*
              *Cingular Wireless LLC, et. al.*
              Civ. No.:  07-5325 (JLL)

Dear Judge Linares:

      The settlement conference in this matter is currently scheduled for September 11, 2012 at 10:00 a.m.  By way of Text Order entered on August 15, 2012, Judge Susan D. Wigenton has rescheduled an oral argument in a separate Sprint matter from September 6, 2012 at 2:00 p.m. to September 11, 2012 at 11:00 a.m.  Due to this conflict, I respectfully request permission to be temporarily excused from the settlement conference so that I may attend the oral argument at 11:00 a.m.  My partner Lauri A. Mazzuchetti, together with our client, will remain at the settlement conference during my brief absence.

      Thank you for Your Honor's attention to this matter.

      Respectfully submitted,

      *s/ Joseph A. Boyle*

      Joseph A. Boyle

JAB:mc

cc:    All Counsel via ECF