Joseph A. Boyle
Lauri A. Mazzuchetti
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
(213) 443-3000

Attorneys for Defendants
Sprint Nextel Corporation
Sprint Spectrum L.P. d/b/a Sprint Nextel
and Nextel Finance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated, | Civ. Action No. 2:07-cv-05325-(JLL-ES) |
| Plaintiffs, | |
| v. | |
| AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL and NEXTEL FINANCE COMPANY | **NOTICE OF WITHDRAWAL FROM CASE AND FOR REMOVAL FROM SERVICE LIST** |
| Defendants. | |

**PLEASE TAKE NOTICE**, that attorneys for defendants, Sprint Nextel

Corporation, Sprint Spectrum L.P. d/b/a Sprint Nextel and Nextel Finance Company, files this

Notice of Withdrawal From Case And Request To Stop Electronic Notice And For Removal From Service List as it pertains to John Purcell, Esq., of the firm Quinn Emanual Urqhuart Oliver & Hedges LLP, who was admitted *pro hac vice* in this matter, as he is no longer active on this case.

WHEREFORE, counsel for defendant, Sprint Nextel Corporation, Sprint Spectrum L.P. d/b/a Sprint Nextel and Nextel Finance Company, respectfully requests that the Clerk remove John Purcell, Esq. from all service lists and stop electronic notices addressed to him.

Dated: September 11, 2012                    KELLEY DRYE & WARREN LLP

                                             By:____*s/Joseph A. Boyle*_____
                                                    Joseph A. Boyle
                                                    200 Kimball Drive
                                                    Parsippany, New Jersey 07054
                                                    (973) 503-5900
                                                    jboyle@kelleydrye.com
                                                    Attorneys for Defendants
                                                    Sprint Nextel Corporation, Sprint Spectrum
                                                    L.P. d/b/a Sprint Nextel and Nextel Finance
                                                    Company