# Law Offices of Anthony L. Coviello, L.L.C.

*307 Montgomery Street*
*Bloomfield, New Jersey 07003*
*(973) 748-4600*

---

*Telecopier (973) 748-6168*

ANTHONY L. COVIELLO                                                                                 EMAIL: COVIELLOLAW@AOL.COM

September 11, 2012

**Via ECF**
Honorable Jose L. Linares, U.S.D.J.
M.L. King Jr. Federal Bldg & Courthouse
50 Walnut Street, Room 5054
Newark, NJ  07101-0999

      RE:    **Larson, et al vs. AT&T Mobility, LLC, et al**
              **Case No.:  07-5325 (JLL)**

Dear Judge Linares:

      I write on behalf of Objector Jessica Hall.  We have noted the Court's docket entry resetting the Settlement Conference in the above cause for September 25, 2012.  I write to request that it be continued to a different date due to a conflict with a jury trial for Brad Lakin that week.  In view of the Court's request that individuals with direct experience in the prior negotiations be present, Mr. Lakin intends to appear personally on behalf of Objector Jessica Hall because of his negotiations with Patsy McSweeney prior to the settlement of this case.  Mr. Lakin had made arrangements to attend on  September 11, 2012.  Unfortunately, Mr. Lakin has a jury trial scheduled to begin September 24, 2012 (*Womack v. Union Pacific*, U.S. Dist. Ct., W.D. Ark., Case No. 09-cv-4116).  The trial is expected to continue for at least 8 court days and prevents him from attending the Settlement Conference in this case as it is currently scheduled.

      As a consequence, Objector Jessica Hall would ask that the Settlement Conference be continued to a date no sooner than the second week of October (and avoiding October 9, 2012 due to a deposition in a multi-party case that has required extraordinary efforts to schedule).  Consistent with the Court's prior orders, Objector Hall will file a letter request for discovery and proposed written discovery prior to the Settlement Conference

      Respectfully Submitted,

*/ss/ Anthony L. Coviello*
ANTHONY L. COVIELLO

ALC/lb