# BURSOR & FISHER
P.A.

| | |
|---|---|
| 369 LEXINGTON AVENUE<br>10ᵀᴴ FLOOR<br>NEW YORK, NY 10017-6531<br>www.bursor.com | SCOTT A. BURSOR<br>Tel: **212.989.9113**<br>Fax: **212.989.9163**<br>scott@bursor.com |

September 13, 2012

**Via ECF Filing**

Hon. Jose L. Linares, U.S.D.J.
U.S. District Court
M. L. King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07101

Re:   *Judy Larson, et al. v. AT&T Mobility LLC, et al.*
        Civil Action No. 07-5325(JLL)

Dear Judge Linares:

I represent the Galleguillos objectors in this matter. I write in opposition to Mr. Lakin's request to again postpone the settlement conference that is now set for September 25. The conference has been postponed twice before, and we have gone to great effort to schedule it for September 25. As the Court is aware, my co-counsel, Mr. Plutzik, had to re-shuffle his schedule to free up this date, and he will be travelling from California to attend.

Also, it is not clear to me what involvement Mr. Lakin has in this matter. To my knowledge he has not participated directly in any prior hearing in this matter or in any of the related actions.

Respectfully, we request that the Court go forward with the conference on September 25.

Respectfully submitted,

*/s/ Scott A. Bursor*

Scott A. Bursor

Copies to all counsel via ECF