UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES


Judge: LINARES                                Date:   09/25/2012
Court Reporter:                               Civil No:   07-5325

Title of the Case:

SAMPANG, et al
v
AT&T MOBILITY LLC, et al

Appearance:

James Cecchi & Lindsay Taylor,  Attorney(s) for Plaintiff
Joseph Boyle & Lauri Mazzuchetti, Attorney(s) for Defendants, Sprint et al
Brad Lakin, Anthony Coviello, Rob Evola & Dan Coheny, Attorneys for Objector, Jessica Hall
Scott A. Bursor & Alan R. Plutzik, Attorneys for Objector(s), Galleguillos, et al

Nature of Proceedings:

Settlement conference held.
Update due to Court by parties in 2 wks.




                              Lissette Rodriguez, Courtroom Deputy
                              to the Honorable Jose L. Linares, U.S.D.J.


Time Commenced: 10:00 a.m.
Time Concluded:   5:30 p.m.