# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | November 17, 2012 | | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| | | | | +MEMBER FL BAR ONLY |

VIA ECF
Honorable Jose L. Linares
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

      Re: *Hall, et al. v. AT&T Mobility LLC, et al.*,
        <u>Civil Action No. 07-5325(JLL)</u>

Dear Judge Linares:

  We are co-Class Counsel for Plaintiffs in the above-referenced action. As the Court will recall, among the provisions of the Settlement in the above matter was that any leftover settlement funds would be donated to selected charities. We had previously identified a potential recipient for the *cy pres* distribution. However, given recent events in New Jersey, we wish to refine our previous suggestion.

  We propose that the remaining *cy pres* funds in the amount of $1,055,901.21 be distributed to the following recipients: 1) The Link Community School, 23 Pennsylvania Avenue, Newark, a private middle school which provides educational opportunities to deserving Newark students ($350,000); 2) Hurricane Sandy New Jersey Relief Fund, to provide disaster relief to New Jersey victims of Hurricane Sandy ($450,000); 3) the Leukemia and Lymphoma Society, which provides funding for blood cancer research ($200,000); and 4) the Community FoodBank of New Jersey ($55,901.21).

  We hope that the Court is amendable to these suggestions. Of course, we are available to answer any questions you may. I have attached a proposed order for Your Honor's review.

          Respectfully submitted,

         CARELLA, BYRNE, CECCHI,
         OLSTEIN, BRODY & AGNELLO

          /s/ James E. Cecchi

          JAMES E. CECCHI

JEC
Enclosure
cc: All Counsel (via ECF)(w/encl.)

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

Brian R. Strange
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
(310) 207-5055

Attorneys for Plaintiffs and the Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY HALL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, *et al.*, <br><br> Defendants. | Civil Action No. 07-05325 (JLL) <br><br><br> **ORDER** |

THIS MATTER having been opened to the Court jointly by the parties, and the Court having granted Final Approval of the Class Settlement on October 13, 2010, which provided that, pursuant to Article III.6 of the Settlement Agreement, Class Counsel and ATTM should meet and confer and submit to the Court two agreed upon charitable organizations for the Courts approval, and on November 15, 2010, the parties submitted to the Court the name of three proposed charitable organizations, which were approved by the Court by way of Order dated November 22, 2010, and, for the reasons stated in the letter application dated November , 2012

from Class Counsel, the parties have submitted four charitable organizations which they propose to be the recipients of the unclaimed benefits pursuant to Article III.6 of the Settlement Agreement, and having carefully considered the joint request and good cause appearing,

       IT IS THIS _____ day of November, 2012

       ORDERED that the Court's November 22, 2010 Order, Docket Entry 600, is hereby vacated; and it is further

       ORDERED that the following four charitable organizations shall be the recipients of the unclaimed benefits as defined in Article III.6 of the Settlement Agreement: 1) The Link Community School; 2) Hurricane Sandy New Jersey Relief Fund; 3) the Leukemia and Lymphoma Society; and 4) the Community FoodBank of New Jersey; and it is further

       ORDERED that the unclaimed benefits as defined in Article III.6 of the Settlement Agreement shall be divided among these four charitable organizations as follows: The Link Community School, $350,000; Hurricane Sandy New Jersey Relief Fund, $450,000; the Leukemia and Lymphoma Society, $200,000; and Community FoodBank of New Jersey $55,901.21.

 

                                          _____
                                          JOSE L. LINARES, U.S.D.J.