

**SLCHAPMAN**LLC
Trial Lawyers & Counselors

330 North Fourth Street
Suite 330
St. Louis, MO 63102
314.588.9302 (fax)

**Robert J. Evola**
RobertE@SLChapman.com
314.655.7453
Licensed in Illinois & Missouri

December 13, 2012

Honorable Jose L. Linares,
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  RE: *Larson, et al. v. AT&T Mobility, LLC, et al*
    Case No. 07-cv-05325-JLL

Dear Judge Linares:

  I write on behalf of Objector Jessica Hall. In order to avoid additional costs of air travel, SL Chapman LLC requests permission to participate *by telephone* in the December 17, 2012 status conference.

  Thank you for your attention to this matter.

              Very truly yours,

              Robert J. Evola

St. Louis     Phoenix     Southern Illinois
www.SLChapman.com
109