UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: LINARES                                             Date:   12/17/2012
Court Reporter:                                            Civil No:   07-5325

<u>Title of the Case:</u>

SAMPANG, et al
v
AT&T MOBILITY LLC, et al

<u>Appearance:</u>

James Cecchi & Paul Weiss, Attorneys for Plaintiff
Joseph Boyle, Attorney for Defendants, Sprint et al
Daniel J. Cohen & Anthony Coviello, Attorneys for Objector, Jessica Hall
Scott A. Bursor, Attorney for Objector(s), Galleguillos, et al

<u>Nature of Proceedings:</u>

Status conference held


                                                Lissette Rodriguez, Courtroom Deputy
                                                to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced: 1:30 p.m.
Time Concluded:   3:30 p.m.