**BURSOR & FISHER, P.A.**
Scott A. Bursor
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
scott@bursor.com

**BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER, LLP**
Alan R. Plutzik
Jennifer S. Rosenberg
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Tel: (925) 945-0200
Fax: (925) 945-8792
aplutzik@bramsonplutzik.com
jrosenberg@bramsonplutzik.com

*Counsel To Christine Morton, Katherine Zill,
The Nextel Class And The Zill Subscriber Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY LARSON, BARRY HALL, JOE MILLIRON, TESSIE ROBB, and WILLIE DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM L.P. d/b/a SPRINT NEXTEL AND NEXTEL FINANCE COMPANY<br><br>Defendants, | Civ. Act. No. 07-5325 (JLL)<br><br>**STIPULATION AND ORDER** |

67796

## STIPULATION

It is hereby stipulated by and between (1) Plaintiffs and Class Counsel in this Action, (2) Katherine Zill ("Zill") and Christine Morton ("Morton"), and their counsel Bursor & Fisher, P.A. ("Bursor") and Bramson, Plutzik, Mahler & Birkhaeuser, LLP ("Bramson Plutzik"), and (3) Defendant Sprint Spectrum, L.P. ("Sprint"), as follows:

1. All capitalized terms used in this Stipulation that are defined in the Stipulation and Settlement Agreement filed in this action on December 3, 2008 (the "Settlement Agreement"), shall have the same meanings assigned to them in the Settlement Agreement.

2. Zill and Morton shall intervene in this action as additional Plaintiffs and shall serve as additional Class Representatives. The request for exclusion from the Settlement Class that Zill previously submitted shall be revoked. Zill and Morton shall be eligible for incentive awards to the same extent as the other Class Representatives.

3. Bursor and Bramson Plutzik shall be designated additional Class Counsel in this Action. In light of that designation, no settlement of the Ayyad Class Claims, or any claims that include the Ayyad Class Claims, in which Bursor and Bramson Plutzik, either alone or with other counsel, are counsel for the plaintiffs and/or the plaintiff class shall trigger any obligation by Sprint to pay, or

any right in the Settlement Class in this action to receive, the Conditional *Ayyad* Benefit described at Article II, pp. 24-25, of the Settlement Agreement.

4. Notwithstanding any other provision of this Stipulation or of the Settlement Agreement, neither the Settlement of this Action nor any Judgment entered pursuant thereto shall: (a) release the Ayyad Class Claims, or any claims by Morton or other class representatives individually or on behalf of the California Sprint Payer Class against Sprint in *Ayyad et al. v. Sprint Spectrum, L.P., et al.* ("*Ayyad*"), or J.C.C.P. No. 4332; or (b) preclude or otherwise affect in any way Morton's ability to continue to serve as a class representative of, or Bursor's or Bramson Plutzik's ability to continue to serve as co-lead counsel for, the California Sprint Payer Class against Sprint in *Ayyad et al. v. Sprint Spectrum, L.P., et al.*, or J.C.C.P. 4332.

IT IS SO STIPULATED.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

By: /s/ James E. Cecchi
JAMES E. CECCHI
*On Behalf of Plaintiffs*

COMPLEX LITIGATION GROUP LLC

By:_____
    PAUL M. WEISS
    *On Behalf of Plaintiffs*

SEEGER WEISS LLP

By:_____
    STEPHEN A. WEISS
    *On Behalf of Plaintiffs*

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

By: */s/ James E. Cecchi*
    JAMES E. CECCHI

SEEGER WEISS LLP

By:_____
    STEPHEN A. WEISS

BURSOR & FISHER, P.A.

By: */s/ Scott A. Bursor*
    SCOTT A. BURSOR
    *On Behalf of Zill and the Nextel Subscriber Class*

COMPLEX LITIGATION, GROUP LLC

By: _____
PAUL M. WEISS
*On Behalf of Plaintiffs*

SEEGER WEISS LLP

By: _____
STEPHEN A. WEISS
*On Behalf of Plaintiffs*

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

By: _____
JAMES E. CECCHI

SEEGER WEISS LLP

By: _____
STEPHEN A. WEISS

BURSOR & FISHER, P.A.

By: _____
SCOTT A. BURSOR
*On Behalf of Zill and the Nextel Subscriber Class*

3

67796

COMPLEX LITIGATION GROUP LLC

By:_____
    PAUL M. WEISS
*On Behalf of Plaintiffs*

SEEGER WEISS LLP

By: [signature]
    STEPHEN A. WEISS
*On Behalf of Plaintiffs*

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

By:_____
    JAMES E. CECCHI

SEEGER WEISS LLP

By:_____
    STEPHEN A. WEISS

BURSOR & FISHER, P.A.

By: [signature]
    SCOTT A. BURSOR
*On Behalf of Zill and the Nextel Subscriber Class*

3

67796

BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER, LLP

By: _____
ALAN PLUTZIK
*On Behalf of Zill and the Nextel Subscriber Class*

KELLY DRYE & WARREN LLP

By: _____
JOSEPH A. BOYLE
*For Sprint Spectrum L.P.*